State of Delaware
Secretary of State
Division of Corporations
Delivered 10:30 AM 01/14/2019
FILED 10:30 AM 01/14/2019
SR 20190238583 - File Number 7237174

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

### FIRST
### Name

The name of the limited liability company is:
ZroBlack LLC

### SECOND
### Registered Agent

The address of its registered office in the State of Delaware is 8 The Green, Suite B in the City of Dover. Zip code 19901.

The name of its registered agent at such address is Northwest Registered Agent Service, Inc.

### THIRD
### Duration

The duration of the limited liability company shall be perpetual.

### FOURTH
### Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 14th day of January, 2019.

By: _Morgan Noble_ (signature)
Authorized Person

Name: Morgan Noble

**PLAINTIFF'S EXHIBIT 2**