Date: 03/31/2019
Purpose: Assignment of Intellectual Property
To: ZroBlack, LLC
Execution Date: 03/31/2019

I, Jonathan Lee Villarreal assign the following Intellectual Property (Exhibit A) to ZroBlack, LLC,. The fair market asset value is $41.5M USD. ZroBlack, LLC is given all rights to modify, sell, and collect from the intellectual property in Exhibit A.

**Exhibit A**

| Solution ID | Solution | Description | Patent Status | Core Logic | Janus Adapter Needed (USB) |
|---|---|---|---|---|---|
| iOS/tvOS/WatchOS/AirPods - Device ID | | | | | |
| Solutions Available For: WindowsOS, MacOS, OSX, Linux Distro's, RaspbianOS.<br>Disclaimer: Solutions may need to be modified if Apple decides to change just about anything. | | | | | |
| These solutions DO NOT: install any apps, install certificates<br>install mdm profiles, jailbreak, or modify the device in any way | | | | | |
| These solutions are NOT: stolen, illegal, malware, spyware, ransomware,<br>used with OEM proprietary tools | | | | | |
| iOS - Device ID | | | | | |
| LW_M_A_ID001 | iOS Device Access Drivers | This will install the correct device drivers needed to fully access the iOS device. This will also install the security permissions that are needed to read and write data to the device | Not Started | Yes | No |
| | | There are many modes that the device can be in. Identifying the mode will then allow for the software logic to know how to proceed. | | | |
| LW_M_A_ID002 | iOS Device State | For example: If the device is in recovery mode we can still get a lot of information from the device | Not Started | Yes | No |
| | | Pairing the device is critical, and understanding the pairing state defines how the secondary software logic should perform | | | |
| LW_M_A_ID003 | iOS Pairing Status | For Example: Passcode Locked Devices, Device in lost mode, User Rejected Pairing... | Not Started | Yes | No |
| LW_M_A_ID004 | iOS Activation State | As part of the core logic, this solution helps in identifying those critical and sensative parts of the device: | Not Started | Yes | No |
| | | Examples:<br>iCloud - Email address<br>Presence of an iCloud Account<br>Activation Lock<br>MDM Profiles - MDM company name, address, email, phone number, and more<br>Provisioned Profiles<br>Find My iPhone | | | |
| LW_M_A_ID005 | iOS Lock Status | all of these device identifiers can be gathered without the need of an active internet connection | Not Started | Yes | No |
| LW_M_A_ID006 | iOS Setup State | This may seem straight forward, and simple, but if you do not understand if the device has been setup, or at what process or step the setup is in, you will not be able to send the software logic to the correct path. This is something everyone misses. | Not Started | Yes | No |
| | | This started to be a pain recently, and April 2018 I was able to identify the issue that was causing the No service triangle with exclamation, and dissapearing IMEI. | | | |
| LW_M_A_ID007 | iOS No Service Error | Recently, I have been able to repair the no service error with a programatic solution. So far I have been successful in identifying all No Service error devices, and repaired iPhone 7, 7 Plus, 8, and X models. This became part of the core logic because of the solution to fix it. There are conditions that may prevent the solution from working everytime, and more conditions must be identified per model, and iOS version. | Not Started | Yes | No |

PLAINTIFF'S
EXHIBIT

4

| Solution ID | Solution | Host Platforms Available | Description | Patent Status |
|---|---|---|---|---|
| **General** | | | | |
| **Notice: You must have these solutions implemented** | | | | |
| LW_M_HOL_D001 | USB Port Identification | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | Scans the host for available USB Ports. If a USB port on the host is damaged, and not responsive, this takes out the guess work for the end user, and helps stop unnecessary tech support phone calls.<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 1<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |
| LW_M_HOL_D002 | USB Hub Identification | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | Scans the host for connected USB Hubs, USB hubs present lots of issues if they are not properly identified. Data corruption, and restore errors are just 2 things that not identifying the USB hub, or not correctly identifying the USB hub can cause.<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 2<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |
| LW_M_HOL_D003 | USB 2.0 Identification | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | Scans the host for USB 2.0 Ports<br><br>NOTE: Some devices require a 2.0 connection in order to perform the solution, if the proper connection is not used, the solution will not work<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 3<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |
| LW_M_HOL_D004 | USB 3.0 Identifcation | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | Scans the host for USB 3.0 Ports<br><br>NOTE: Some devices require a 3.0 connection in order to perform the solution, if the proper connection is not used, the solution will not work<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 4<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |
| LW_M_HOL_D005 | USB Port Location | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | This solution identifies the exact USB port the device is running on. This is important if you want to use any of the software solutions offered on a mass scale.<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 5<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |
| LW_M_HOL_D006 | Host Unique Device Identification | WindowsOS<br>MacOS<br>OSX<br>Linix Distro's<br>RaspbianOS | This solution uniqly identifies every android device that is plugged in. This is the part that everyone gets wrong, and this is why you never see true mass solutions. Basically, this will allow you to run hundreds, and ultimatly thousands of devices at one time.<br><br>Do not underestimate this solution, it is complex, and must be understood before anything can be identified, diagnosed, data cleared, flashed, and more. Think of this as step 6<br><br>This solution is categorized as HOL (Higher-order Logic) & λProlog (Lambda Prolog) | Not Started |

| Solution ID | Solution | Description | Patent Status | Core Logic | Janus Cable Needed (USB) |
|---|---|---|---|---|---|
| **iOS/tvOS/WatchOS/AirPods - Data Clearing** | | | | | |
| Solutions Available For: WindowsOS, MacOS, OSX, Linix Distro's, RaspbianOS | | | | | |
| Disclaimer: Solutions may need to be modified if Apple decides to change just about anything. | | | | | |
| **These solutions DO NOT: install any apps, install certificates** **install mdm profiles, jailbreak, or modify the device in any way** | | | | | |
| **These solutions are NOT: stolen, illegal, malware, spyware, ransomware,** **used with OEM proprietary tools** | | | | | |
| **iOS - Data Clearing/Restore/Validation** | | | | | |
| **LW_M_A_DC001** | iOS Data Clearing | Fast Data Clearing is available for all iOS Devices 9.0+ The data clearing trigger works in less than 5 seconds, and the device will be sent back to its "birth certificate" state This solution works for 1 or 200 devices at a time. It can be a mix of iPads, iPods, iPhones | Not Started | No | No |
| **LW_M_A_DC002** | iOS Device Restore | Restoring a corrupted device's software can be done easily and quickly. This will work for all iOS verisons,and all iOS devices This solution works for 1 or 200 devices at a time. It can be a mix of iPads, iPods, iPhones | Not Started | No | No |
| **LW_M_A_DC003** | iOS Data Clearing Validation | This solution will validate that data has been cleared in less than 1s | | | |
| **tvOS - Data Clearing/Restore/Validation** | | | | | |
| **LW_M_A_DC004** | tvOS Data Clearing & Restore | Restoring a corrupted device's software can be done easily and quickly. This solution works for 1 or 200 devices at a time. It can be a mix of gen 1,2,3 This solution will install the latest iOS on the device and bring it back to a setup state Other models such as Apple 4K will be available in the future. | Not Started | No | No |
| **LW_M_A_DC005** | tvOS Data Clearing Validation | This solution will validate that data has been cleared in less than 1s | | | |
| **watchOS - Data Clearing & Restore** | | | | | |
| **LW_M_A_D006** | watchOS Data Clearing & Restore | Restoring a corrupted device's software can be done easily and quickly. It can be a mix of gen 1,2,3 watches data cleared and restored at one time. This solution will install the latest watchOS version on the device and bring it back to a setup state Note: If Apple changes their signing server, this solution will need to be revisited. This is something they change every quarter, and is important to note. If there is no signing server to verify the watchOS software, then the solution will not work. | Not Started | No | Yes |
| **LW_M_A_D007** | watchOS Data Clearing Validation | This solution will validate that data has been cleared in less than 1s | Not Started | No | Yes |
| **AirPods - Diagnostics** | | | | | |
| **LW_M_A_D008** | AirPods Data Clearing | Data clearing the device, such as assigned device name, and ear bud custom settings can be data cleared back to its "birth certificate" state in less than 5s | Not Started | No | No |
| **LW_M_A_D009** | AirPods Data Clearing Validation | This solution will validate that data has been cleared in less than 1s | | | |

| Solution ID | Solution | OEM | Carrier | Titan Cable Needed | Titan Adapter Needed | Phoebe Cable | Description | Patent Status |
|---|---|---|---|---|---|---|---|---|
| | These solutions DO NOT<br><br>- Root the device<br>- Install 3rd party software<br>- Install any software at all | | | | These solutions ARE NOT<br><br>- Illegal<br>- Malware<br>- Spyware<br>- Ransomware<br>- Stolen<br>- Used with OEM Proprietary Tools | | | |
| Notice | | | | | Disclaimer: Android Operating Sytem Version & Carrier may affect the solution. These solutions have been tested with AOS 2.0-9.0 | | | |
| | | | | | **Samsung ADB** | | | |
| LW_M_AOS_E001 | ADB Auto Enable | Samsung | Verizon | N/A | N/A | N/A | RSA prompt visisble on device | Application Submitted |
| LW_M_AOS_E002 | ADB Auto RSA Authorization | Samsung | Verizon | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Application Submitted |
| LW_M_AOS_E003 | ADB Silent | Samsung | Verizon | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized. | Not Started |
| LW_M_AOS_E004 | ADB Auto Enable | Samsung | Sprint | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E005 | ADB Auto RSA Authorization | Samsung | Sprint | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E006 | ADB Silent | Samsung | Sprint | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E007 | ADB Auto Enable | Samsung | T-Mobile | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E008 | ADB Auto RSA Authorization | Samsung | T-Mobile | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E009 | ADB Silent | Samsung | T-Mobile | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E010 | ADB Auto Enable | Samsung | AT&T | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E011 | ADB Auto RSA Authorization | Samsung | AT&T | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E012 | ADB Silent | Samsung | AT&T | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E013 | ADB Auto Enable | Samsung | US Cellular | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E014 | ADB Auto RSA Authorization | Samsung | US Cellular | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E015 | ADB Silent | Samsung | US Cellular | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E016 | ADB Auto Enable | Samsung | Claro | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E017 | ADB Auto RSA Authorization | Samsung | Claro | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E018 | ADB Silent | Samsung | Claro | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E019 | ADB Auto Enable | Samsung | Boost Mobile | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E020 | ADB Auto RSA Authorization | Samsung | Boost Mobile | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E021 | ADB Silent | Samsung | Boost Mobile | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E022 | ADB Auto Enable | Samsung | Metro PCS | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E023 | ADB Auto RSA Authorization | Samsung | Metro PCS | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E024 | ADB Silent | Samsung | Metro PCS | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| LW_M_AOS_E025 | ADB Auto Enable | Samsung | Virgin Mobile | N/A | N/A | N/A | RSA prompt visisble on device | Not Started |
| LW_M_AOS_E026 | ADB Auto RSA Authorization | Samsung | Virgin Mobile | N/A | N/A | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E027 | ADB Silent | Samsung | Virgin Mobile | N/A | N/A | N/A | Quick device flashing, the device will present as ADB Authorized.<br>This does NOT root the device, this does NOT install 3rd party<br>software, This is NOT a malicious solution | Not Started |
| | | | | | **LG ADB** | | | |
| LW_M_AOS_E028 | ADB Auto Enable | Samsung | Verizon | No | No | N/A | No RSA Prompt or RSA Prompt Available | Not Started |
| LW_M_AOS_E029 | ADB Auto RSA Authorization | Samsung | Verizon | No | No | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |
| LW_M_AOS_E030 | ADB Stealth - Wired | Samsung | Verizon | Yes | No | N/A | No RSA prompt - Stealth Authorization | Not Started |
| LW_M_AOS_E031 | ADB Stealth - Adapter | Samsung | Verizon | | Yes | N/A | Prepare the device for Authorized ADB Access without a cable.<br>This is an adapter that plugs into the OKs USB port. After plugging<br>in for 2 seconds, it can be unplugged. Software will recognize the<br>device has been prepared, and start Stealth ADB. | Not Started |
| LW_M_AOS_E032 | ADB Auto Enable | Samsung | Sprint | No | No | N/A | No RSA Prompt or RSA Prompt Available | Not Started |
| LW_M_AOS_E033 | ADB Auto RSA Authorization | Samsung | Sprint | No | No | N/A | No auto selection of "Always Trust & OK" or auto selection available | Not Started |

Printed Name: _____Jonathan Lee Villarreal_____

Signature _____