**John >**

we can talk later

*Wed, Jun 26, 11:29 AM*

Missed your call. Call me back please

I am discussing the meeting we had with Priscilla

Call you later

I'm going to dissolve the partnership so call me back when you can please

You can't sit back and expect a paycheck. You can't say you front loaded the contract then dip out. Besides I did a huge part to close the contract, I did the entire due diligence and put the entire BRIX document together. I expected you to do work after we got paid, this isn't a free ride man. Blancco only wants to go forward with me for a reason and I don't

PLAINTIFF'S EXHIBIT 11

**John**

> I'm going to dissolve the partnership so call me back when you can please

> You can't sit back and expect a paycheck. You can't say you front loaded the contract then dip out. Besides I did a huge part to close the contract, I did the entire due diligence and put the entire BRIX document together. I expected you to do work after we got paid, this isn't a free ride man. Blancco only wants to go forward with me for a reason and I don't know what happened to you. I don't know why you stopped working after getting paid $750k

> Let's work a deal but it won't be 20%

> Zroblack doesn't own anything. and ZroBlack has never sold anything. "Don't be greedy and