

PLAINTIFF'S EXHIBIT 13