4:05

< All Inboxes        **3 Messages**
                     Zroblack.com

**Jonathan Lee**                    8/15/19
To: jsaenznext@gmail.com            Details

Hey man,

Can you transfer the zroblack.com website to this email address.

1337home00@gmail.com

Let me know if you run into any issues.

Thanks,
Jonathan

See More

Found in Jonathanvill00@gmail.com Inbox

**J Saenz**                         8/16/19
To: Jonathan Lee                    Details

I will look into this today. Do you have my flight receipt from when we came back from Finland (May 10th). You paid with your Wells card. Each ticket for the flight was $6359.83 and I transferred $7000 from my account to cover my ticket. I need it for my taxes.

Thanks

**PLAINTIFF'S EXHIBIT**

**18**