# Joseph Lanza

| | |
|---|---|
| **From:** | Jonathan Lee <jonathanvill00@gmail.com> |
| **Sent:** | Thursday, March 19, 2020 5:00 PM |
| **To:** | ZroBlack, LLC_003 |
| **Subject:** | Fwd: One more thing |

Sent from my iPhone

Begin forwarded message:

> **From:** Jonathan Lee <jonathanvill00@gmail.com>
> **Date:** September 12, 2019 at 4:49:26 PM CDT
> **To:** Miguel.Villarreal@gunn-lee.com
> **Subject: One more thing**
>
> Hi Mike,
>
> John deleted all of my emails and his, and it's a felony to delete company records.
>
> He's not in a good position for John right now.
>
> Thanks for everything Mike,
> Jonathan Villarreal

PLAINTIFF'S EXHIBIT 20

1