# Joseph Lanza

| | |
|---|---|
| **From:** | Jonathan Lee <jonathanvill00@gmail.com> |
| **Sent:** | Thursday, March 19, 2020 5:25 PM |
| **To:** | ZroBlack, LLC_003 |
| **Subject:** | Fwd: Sorry I missed your call |

Sent from my iPhone

Begin forwarded message:

> **From:** Jonathan Lee <jonathanvill00@gmail.com>
> **Date:** September 13, 2019 at 7:53:59 PM CDT
> **To:** Miguel.Villarreal@gunn-lee.com
> **Subject: Sorry I missed your call**
>
> Hi Mike,
>
> Sorry I missed your call.
>
> I'm beside myself right now, and really struggling with everything, I can't eat, I can't sleep, my anxiety and stress is so high, and for the next 3 years if I continue like this I'll end up losing my contracts and not be able to work.
>
> I have worked too hard to allow myself to slip like this. I need help Mike, this is not right. I've done nothing wrong. John got $750,000 cash, and there has to be a way for me to stop this madness, get him to give up the 2%, get my company website, my company documents, and my company computer. Like I said, I have a company that pays real taxes, has 10 real employees, we have a real physical location, and I can't even put up my company website.
>
> I want to still see what you recommend but also, can you refer me to an attorney that can help me that you trust. I can't deal with this stress anymore.
>
> Thank you,
> Jonathan

1



PLAINTIFF'S EXHIBIT 21