# Joseph Lanza

| | |
|---|---|
| **From:** | Jonathan Lee <jonathanvill00@gmail.com> |
| **Sent:** | Thursday, March 19, 2020 5:36 PM |
| **To:** | ZroBlack, LLC_003 |
| **Subject:** | Fwd: meeting |
| **Attachments:** | G-12356 - GLC 09-26-2019 Invoice.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Mike Villarreal <Miguel.Villarreal@gunn-lee.com>
> **Date:** September 26, 2019 at 4:58:41 PM CDT
> **To:** "jonathan lee (jonathanvill00@gmail.com)" <jonathanvill00@gmail.com>, "J Saenz (jsaenznext@gmail.com)" <jsaenznext@gmail.com>
> **Cc:** Rebekah Maldonado <Rebekah.Maldonado@gunn-lee.com>
> **Subject: meeting**
>
> Gentlemen,
>
> Following up on my conversations with you both, I am pleased to hear that you all are amenable to meeting with each other to discuss settling your disagreement. You both indicated you would like to have Jonathan's father and John's father-in-law attend a sit down discussion with you all. John also asked that his wife be present as well. I again offer our offices in which to have this discussion.
>
> Of course, you will need to check on the availability of Jonathan's father and John's father-in-law and wife. To the extent they are amenable to join in, I ask that Jonathan reach out to his father and John reach out to his father-in-law and wife to invite them to attend.
>
> Also, please note that <u>whatever is said in this meeting will be maintained confidential</u>. This will also include confidentiality on the part of Jonathan's father and John's father-in-law and wife. We are trying to resolve your differences, not attempting to take advantage of each other. I appreciate you both willing to show good faith on both your parts in coming together and seeing if a resolution can be reached.
>
> For my part, I am available Monday (Sept. 30; 9:30am-4:30pm) and Friday, Oct. 4 after 2:30pm. If neither of these days works, please let me know and I can check my availability for the following week.
>
> From my conversation with John, he tells me that he, his wife and father-in-law are available at **2:30pm, Friday, Oct. 4**.
> Jonathan, please let me know if you and your father will also be available on this date and time. If so, I will reserve one of our conference rooms.
>
> Finally, I'm attaching our invoice no. 60047 which runs through yesterday, Sept. 25, 2019. I noticed there is a past due already. Please remit your payment as soon as you can as I will need your account to be current when we meet. You may pay online at the following link: https://secure.lawpay.com/pages/gunnleecave/operating



PLAINTIFF'S EXHIBIT 24

1

Your reference number is G-12356.  Please include this to ensure proper credit.  I really appreciate it and thank you in advance for your prompt payment!

Thank you both!

Sincerely,

Mike Villarreal
Gunn, Lee & Cave, P.C.
Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500
(210) 886-9883 (Facsimile)
mvillarreal@gunn-lee.com

The documents and information accompanying this electronic transmission contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileged.  This information is only intended for the use of the individual or entity named above.  IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, PRINTING, COPYING, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED.  If you have received this electronic transmission in error, please immediately reply and notify the sender and delete the message.  Unauthorized interception of this electronic transmission is a violation of federal criminal law.