# Gunn, Lee & Cave, P.C.
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248

August 31, 2019

In Reference To:   G-12356.000 - General Matters
                   **(Email invoices to: jsaenznext@gmail.com; jv@zroblack.com)**

Invoice #59812

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/5/2019 | MMV | Email from J. Saenz and J. Villarreal regarding Amendment to PSA; reviewed Amendment; email to JV and JS. | 0.25 | 85.00 |
| | MMV | Telephone conference with J.Saenz regarding Amendment; emails with J. Villarreal regarding Amendment. | 0.25 | 85.00 |
| | MMV | Office conference with N. Guinn regarding Amendment to PSA and revisions to Release and Resolution. | 0.25 | 85.00 |
| | MMV | Reviewed Resolution and Release documents; made changes to same. | 0.50 | 170.00 |
| | MMV | Worked on Release and Resolution documents. | 0.75 | 255.00 |
| | MMV | Email from J. Villarreal regarding signed Resolution and Release documents. | 0.25 | 85.00 |
| | NG | Revise corporate Resolution and Release documents; office conference with M. Villarreal. | 1.00 | 220.00 |
| 8/6/2019 | MMV | Emails with J. Villarreal regarding Release and Resolution documents. | 0.25 | 85.00 |
| | MMV | Email from J. Villarreal; email from J. Saenz; telephone call with J. Saenz. | 0.25 | 85.00 |
| 8/7/2019 | MMV | Telephone conference with J. Villarreal regarding changes to provisions in Release per J. Villarreal and J. Saenz. | 0.25 | 85.00 |
| | MMV | Emails with J. Villarreal and J. Saenz regarding additional changes. | 0.25 | 85.00 |
| 8/9/2019 | MMV | Emails with J. Villarreal and J Saenz. | 0.25 | NO CHARGE |



PLAINTIFF'S EXHIBIT 26

ZroBlack, LLC                                                                                                              Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/9/2019 | MMV | Reviewed PSA; reviewed Release and Resolution; made changes per clients' request to Release; email to J. Villarreal and J Saenz. | 2.00 | 680.00 |
| 8/12/2019 | MMV | Emails from J. Villarreal and J. Saenz with signed Resolution and Release; email to JS and JV regarding next steps. | 0.25 | 85.00 |
| 8/13/2019 | NG | Research Delaware regarding filing amendments when membership changes. | 0.50 | 110.00 |
|  | MMV | Office conference with Nick regarding potential filing to Delaware Secretary of State regarding change of ownership concerning ZroBlack, LLC. | 0.25 | 85.00 |
| 8/14/2019 | MMV | Office conference with N. Guinn regarding no submissions to Delaware Secretary of State required; checked registered agent of record; email to J. Villarreal and J. Saenz. | 0.50 | 170.00 |
|  | MMV | Emails with J. Villarreal regarding corporate documents regarding ZroBlack, LLC. | 0.25 | 85.00 |
|  |  | For professional services rendered | 8.25 | $2,540.00 |
|  |  | Previous balance |  | $7,610.00 |
|  |  | Balance due |  | $10,150.00 |

.

For your convenience, you can now pay invoices on-line using a credit card at the following link: https://secure.lawpay.com/pages/gunnleecave/operating

**Gunn, Lee & Cave, P.C.**
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248


September 30, 2019

In Reference To:   G-12356.000 - General Matters
**(Email invoices to: jsaenznext@gmail.com;
jonathanvill00@gmail.com)**

Invoice #60048

Professional Services

|            |     |                                                                                   | Hours | Amount       |
|------------|-----|-----------------------------------------------------------------------------------|-------|--------------|
| 9/26/2019  | MMV | Telephone conference with John Saenz.                                             | 0.25  | 85.00        |
|            | MMV | Email to J. Villarreal and J. Saenz regarding meeting on resolution of issues.    | 0.50  | 170.00       |
| 9/27/2019  | MMV | Emails from J. Villarreal; email to J. Villarreal and J. Saenz.                   | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Saenz.                                               | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Villarreal.                                          | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Saenz.                                               | 0.25  | 85.00        |
|            | MMV | Call to J. Villarreal; left voice message.                                        | 0.25  | NO CHARGE    |
|            | MMV | Call to J. Villarreal; left voice message.                                        | 0.25  | NO CHARGE    |
|            | MMV | Emails to J. Saenz and J. Villarreal regarding invoice.                           | 0.25  | 85.00        |
|            |     | For professional services rendered                                                | 2.50  | $680.00      |

Previous balance                                                                                                $17,035.00

Accounts receivable transactions

9/27/2019   Payment - Thank You (Visa ... 1096 from J. Villarreal)                                              ($8,517.50)
9/30/2019   Payment - Thank You (Mastercard ... 9598)                                                           ($5,075.00)

ZroBlack, LLC                                                                                                               Page        2

                                                                                                                          Amount

                  Balance due                                                                                           $4,122.50

.

For your convenience, you can now pay invoices on-line using a credit card at the following link:
https://secure.lawpay.com/pages/gunnleecave/operating

**Gunn, Lee & Cave, P.C.**
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248


October 28, 2019

In Reference To:   G-12356.000 - General Matters
   **(Email invoices to: jsaenznext@gmail.com;
   jonathanvill00@gmail.com)**

Invoice #60274

   Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/3/2019 | MMV | Several email exchanges with J. Villarreal and J. Saenz regarding possible meeting. | 1.75 | 595.00 |
| 10/10/2019 | MMV | Telephone conferences with J. Saenz; telephone call with J. Villarreal. | 0.50 | 170.00 |
|  |  | For professional services rendered | 2.25 | $765.00 |
|  |  | Previous balance |  | $4,122.50 |
|  |  | Accounts receivable transactions |  |  |
| 10/28/2019 |  | Payment - Thank You (J. Saenz Mastercard ... 9598) |  | ($2,720.00) |
| 10/28/2019 |  | Credit (courtesy credit authorized by Miguel Villarreal, Jr.) |  | ($170.00) |
|  |  | Balance due |  | $1,997.50 |

.

For your convenience, you can now pay invoices on-line using a credit card at the following link:
https://secure.lawpay.com/pages/gunnleecave/operating