2019/07/27 05:35:09

> I will not be on the call at 6:00am, but I have decided to give it all to you. - I will give you ZroBlack - I will take "0" percent of all future revenue. - I will be released from all obligations and responsibilities from both ▮▮▮▮ and ZroBlack. - I will also be released from all current or future liability and legal action. - I will release ▮▮▮▮ and ZroBlack from any current or future liability and legal action. It will be all yours after everything is signed. The only thing I require is that the $750k I received will be formally recognized as a "Gift" from you per IRS rules and not a payment. I'm sending you this as my intention, but not a formal document. It is pending a review by an attorney and CPA to make sure it is all legal and feasible. The point of this message is to express my goal of exiting any and all business relationships with You, ZroBlack, and ▮▮▮▮ Releases will be required for all parties. My only requirement is the gift provision listed above.

**PLAINTIFF'S EXHIBIT 27**