# AFFIDAVIT OF SERVICE

**State of Texas**         **County of**         **United States District Court**

Case Number: 5:20-CV-00571-OLG

Plaintiffs:
**Jonathan Villareal, individually and derivatively on behalf of Zroblack, LLC**

vs.

Defendants:
**John Saenz, et al**

Received these papers on the 14th day of May, 2020 at 11:18 am to be served on **John Saenz, 28710 Estin Height Street, San Antonio, TX 78260.**

I, David D.Pace, being duly sworn, depose and say that on the **2nd day of June, 2020 at 6:16 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Plaintiff's Original Complaint, Civil Cover Sheet, Plaintiff's Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief, Exhibits** with the date and time of delivery endorsed thereon by me, to: **John Saenz** at the address of: **28710 Estin Height Street, San Antonio, TX 78260**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 200, Hair: Salt & Pepper, Glasses: Y

I am of sound mind. I declare that the foregoing is true and correct. I certify that I am over the age of 18. I have no interest in the above action. I am a Process Server in good standing with the state of Texas.

Sworn to before me on the 5th day of June, 2020

NOTARY PUBLIC

Altanita Pace
My Commission Expires
07/24/2023
ID No. 124558825

**David D.Pace**
PSC-1820  EXP 12/31/2020

Our Job Serial Number: PLL-2020000757
Ref: 38218.001

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

