**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JONATHAN VILLAREAL,** | § | |
| **individually and derivatively on behalf of** | § | |
| **ZROBLACK LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 5:20-CV-00571-OG** |
| | § | |
| **JOHN SAENZ; MIGUEL VILLAREAL,** | § | |
| **JR.; and GUNN, LEE & CAVE, P.C.,** | § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANT JOHN SAENZ'S MOTION TO DISMISS

Defendant John Saenz's Motion to Dismiss is hereby **GRANTED**, and it is therefore **ORDERED** that all claims against Defendant John Saenz are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Defendant John Saenz is **DISMISSED** from the present lawsuit. The Court further **ORDERS** that Defendant John Saenz is entitled to recover his attorneys' fees and costs from Plaintiff in an amount to be determined at a subsequent hearing.

So **ORDERED** this _____ day of _____, 2020.

_____
The Hon. Orlando L. Garcia,
Chief United States District Judge

4834-8745-2865.3