IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, Plaintiff, | § § § § § | CIVIL ACTION NO.: 5:20-CV-00571-OLG |
| v | § § | |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C.,, Defendants | § § § § | JURY TRIAL DEMANDED |

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANT JOHN SAENZ'S MOTION TO DISMISS**
_____

On this date, the Court considered *Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendant John Saenz's Motion to Dismiss*. After considering said motion, and the response and arguments of counsel, if any, the Court hereby GRANTS Plaintiff's Unopposed Motion for an Extension of Time to file his Response to Defendant John Saenz's Motion to Dismiss.

IT IS THEREFORE ORDERED that the Defendant John Saenz's Motion to Dismiss seeking an extension of Seven (7) days, until July 14, 2020.

_____
**JUDGE PRESIDING**