IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, Plaintiff, <br><br> v <br><br> JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., Defendants | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO.: 5:20-CV-00571-OLG <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS' GUNN, LEE & CAVE, P.C. AND MIGUEL VILLARREAL, JR.'S MOTION TO DISMISS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff Jonathan Villareal, individually and derivatively on behalf of ZroBlack, LLC, ("Plaintiff"), by and through his undersigned counsel, and files this *Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal's Motion to Dismiss* seeking an extension of seven (7) days, until August 3, 2020. This motion is unopposed. Plaintiff would respectfully show the Court as follows:

1. On July 13, 2020 Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal, Jr. filed their Motion to Dismiss. Pursuant to Rule CV-7(e)(2) of the Local Rules for the U.S. District Courts of the Western District of Texas, a response to a dispositive motion shall be filed not later than 14 days after the filing of the motion. Thus, Plaintiff's response

is due to be filed on July 27, 2020. Plaintiff seeks to extend that deadline 7 days to August 3, 2020.

2. The undersigned has good cause for the requested extension of time. The undersigned is scheduled to be on vacation the week of July 20, 2020.

3. Additionally, as the Court is well aware, Texas generally and municipalities within the Western District specifically, including San Antonio, continue to see high numbers of COVID-19 infections. In response, State and local government officials have reintroduced stricter orders and advisories to curtail the spread of COVID-19. This continues to severely limit our firm's ability to coordinate with our trial team and support staff and working remotely, hampering our efforts.

4. This is the first request for extension of time for Plaintiff to file his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal, Jr. Motion to Dismiss. Plaintiff previously filed a request for an extension of time to file a response to Defendant John Saenz's Motion to Dismiss.

5. For the foregoing reasons, Plaintiff respectfully requests that this Court grant *Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal, Jr.'s Motion to Dismiss*, granting a 7-day extension until August 3, 2020, to file his Response.

6. Counsel for Plaintiff has conferred with Defendant's counsel, regarding the subject matter of this motion. Defendant's counsel has advised that Defendant is **UNOPPOSED** to the motion.

7. This Motion is not made for delay, but so that justice may be done.

**PRAYER FOR RELIEF**

8. For the reasons set forth above, Plaintiff requests that this Court grant *Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal, Jr.'s Motion to Dismiss* and extend the deadline for filing his Response, up to August 3, 2020.

Respectfully submitted,

**THE VETHAN LAW FIRM, P.C.**

By: /s/ *Joseph L. Lanza*

    Charles M.R. Vethan
    Attorney-in-Charge
    Texas Bar No. 00791852
    Steven A. Costello
    Texas Bar No. 24062677
    Two Memorial City Plaza
    820 Gessner Road, Suite 1510
    Houston, Texas 77024
    Telephone: (713) 526-2222
    Facsimile: (713) 526-2230
    Email: edocs@vwtexlaw.com

    Joseph L. Lanza
    Texas Bar No. 00784447
    **VETHAN LAW FIRM – SAN ANTONIO**
    11459 Huebner, Suite 101
    San Antonio, Texas 78230
    Tel: (210) 824-2220
    Fax: (713) 526-2230
    Email: edocs@vwtexlaw.com

    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court on the 20th day of July 2020, and electronically served on the date reflected in the ECF system upon all parties registered to receive notice pursuant to the Court's CM/ECF system.

/s/ *Joseph L. Lanza*
Joseph L. Lanza