IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, Plaintiff, | § § § § § § § § § § § § § | CIVIL ACTION NO.: 5:20-CV-00571-OLG |
| v | | |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., Defendants | | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS GUNN, LEE & CAVE, P.C. AND MIGUEL VILLARREAL, JR.'S MOTION TO DISMISS**

On this date, the Court considered *Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal's Motion to Dismiss*. After considering the said motion, and the response and arguments of counsel, if any, the Court hereby GRANTS Plaintiff's Unopposed Motion for an Extension of Time to File his Response to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal's Motion to Dismiss.

IT IS THEREFORE ORDERED that the deadline for Plaintiff to respond to Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal's Motion to Dismiss is extended seven (7) days, from July 27, 2020 until August 3, 2020.

Date: July ___, 2020

_____
**JUDGE PRESIDING**