IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JONATHAN VILLAREAL,** individually and derivatively on behalf of ZROBLACK, LLC. | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CIVIL ACTION NO. 5:20-cv-00571-OLG** |
| **JOHN SAENZ, MIGUEL VILLARREAL, JR., and GUNN, LEE, & CAVE, P.C.** | § § § § § | |
| **Defendants** | § | |

**PLAINTIFFS' NOTICE OF NON-CONSENT
TO PROCEED BEFORE MAGISTRATE**

_____

JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, collectively the Plaintiffs, state that they do not consent to proceed before the assigned Magistrate Judge in the above styled matter.

        Respectfully submitted,

        THE VETHAN LAW FIRM, PC

        By: /s/ *Joseph L. Lanza*

        Charles M. R. Vethan
        Attorney-in-Charge
        Texas Bar No.  00791852
        Steven A. Costello
        Texas Bar No. 24062677
        VETHAN LAW FIRM - HOUSTON
        Two Memorial City Plaza
        820 Gessner, Suite 1510
        Houston, Texas 77024
        Tel: (713) 526-2222
        Fax: (713) 526-2230
        Email: edocs@vwtexlaw.com

                          Joseph L. Lanza
                          Texas bar No. 00784447
                          VETHAN LAW FIRM – SAN ANTONIO
                          11459 Huebner, Suite 101
                          San Antonio, Texas 78230
                          Tel: (210) 824-2220
                          Fax: (713) 526-2230
                          Email: edocs@vwtexlaw.com

                          ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was electronically filed with the Court on the 7th day of August 2020, and electronically served on the date reflected in the ECF system upon all parties registered to receive notice pursuant to the Court's CM/ECF system.

David A. Vanderhinder
State bar No. 24070787
DVanderhinder@dykema.com
Ryan J. Sullivan
State Bar No. 24102548
RSullivan@dykema.com
DYKEMA GOSSETT PLLC
112 East Pecan St., Suite 1800
San Antonio, Texas 78205

**Attorney for Defendant John Saenz**

George R. Spencer, Jr.
State Bar. No. 18921001
gspencer@langleybanack.com
Natalie F. Wilson
State Bar. No. 24067769
nwilson@langleybanack.com

**Attorneys for Defendants Gunn, Lee & Cave, P.C.
And Miguel Villarreal, Jr.**

                                                   /s/ *Joseph L. Lanza*
                                                      Joseph L. Lanza