IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLARREAL, | § | |
| Individually and derivatively on behalf | § | CASE NO. 20-571-OG |
| Of ZROBLACK, LLC | § | |
|           Plaintiffs, | § | |
| v. | § | |
| | § | |
| JOHN SAENZ, et al., | § | |
|           Defendants. | § | |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Rules 16 & 26, Federal Rules of Civil Procedure and the Court's operating procedures, the parties to the above-captioned litigation submit the following *Joint Proposed Scheduling Order* :

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by October 23, 2020. REGARDLESS OF WHETHER THE PARTIES CONCLUDE THAT ADR IS APPROPRIATE OR NOT, THE PARTIES SHALL INCLUDE THE NAME, ADDRESS AND TELEPHONE NUMBER OF A COURT-APPROVED MEDIATOR OR A MEDIATOR AGREED UPON BY BOTH PARTIES IN THEIR ADR REPORT. A list of court-approved neutrals and alternative dispute resolution summary form may be obtained at http://www.txwd.uscourts.gov/forms/mediator.asp. If you do not have access to the internet, you may call the United States District Clerk's office at (210) 472-6550 to obtain a copy.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **December 21, 2020** and each opposing party shall respond, in writing, by **January 11, 2021**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties no later than **75 days** from the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed. R. Civ. P. 12.

4. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **120 days** from the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed. R. Civ. P. 12**.** Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **150 days** from the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed.

  R. Civ. P. 12**.** All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 14 days of receipt of the written report of the expert's proposed testimony, or within 14 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **250 days** from the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed. R. Civ. P. 12**.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.  The parties will complete and submit their Rule 26(f) discovery plan within 14 days of the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed. R. Civ. P. 12.

7. All dispositive motions shall be filed no later than **280 days** from the Court's ruling on all pending motions to dismiss filed by Defendants John Saenz, Gunn, Lee & Cave, P.C. and Miguel Villarreal under Fed. R. Civ. P. 12**.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

8. This case will be set for jury selection and trial at a later date.  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

**SIGNED AND ENTERED** this \_\_\_\_ day of _____.

              _____
              **ORLANDO GARCIA**
              **UNITED STATES CHIEF DISTRICT JUDGE**

APPROVED AND AGREED TO

/s/ *Natalie F. Wilson*
**LANGLEY & BANACK, INCORPORATED**
745 E. Mulberry, Suite 700
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
Email: nwilson@langleybanack.com

GEORGE H. SPENCER, JR.
State Bar No. 18921001
NATALIE F. WILSON
State Bar No. 24067769

COUNSEL TO MIGUEL VILLARREAL, JR., and
GUNN, LEE & CAVE, PC

/s/ *Joseph L. Lanza*
Steven A. Castello
Joseph L. Lanza
Charles M.R. Vethan

VETHAN LAW FIRM
11459 Huebner Road, Suite 101
San Antonio, TX 78230
210-824-2220
Fax: 713-526-2230

COUNSEL TO PLAINTIFFS

/s/ *David A. Vanderhider*
David A. Vanderhider
State Bar No. 24070787
DVanderhider@dykema.com
Ryan J. Sullivan
State Bar No. 24102548
RSullivan@dykema.com

DYKEMA GOSSETT PLLC
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: 210-554-5484
Fax: 210-226-8395

COUNSEL TO DEFENDANT JOHN SAENZ