IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ZROBLACK, LLC; | § § § § § § § § § § § § § | 5-20-CV-00571-OLG-RBF |
| *Plaintiff*, | | |
| vs. | | |
| JOHN SAENZ, MIGUEL VILLARREAL, JR., GUNN, LEE & CAVE, P.C., | | |
| *Defendants*. | | |

**ORDER**

Before the Court is the status of the above-referenced case which was referred for disposition (except with respect to requests for injunctive relief) pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 22. On October 14, 2020, the Court held a hearing at which all parties appeared through counsel of record. As stated on the record at the October 14 hearing, **IT IS ORDERED THAT**:

Plaintiff Jonathan Villarreal individually and on behalf of Zroblack, LLC may file an amended complaint and request for injunctive relief within **thirty (30) days** from the date of this Order. Any amended request for injunctive relief shall be filed as a *motion separate from the amended complaint*. *See* Local Rule CV-65. The filing of the amended complaint will moot the Defendants' pending motions to dismiss. Defendants' answer or other responsive pleading shall be due within the time period prescribed by Federal Rule of Civil Procedure 15(a)(3). Defendants' response to any amended motion requesting injunctive relief shall be due within

1

**fourteen (14) days** after the filing of the motion. Any reply shall be due within **seven (7) days** thereafter. The parties are advised that they may consent to Magistrate Judge jurisdiction over discrete matters such as the request for injunctive relief or over the entire action. *See* 28 U.S.C. §636; Local Rule CV-72; Rule 1(i) in App. C to Local Rules.

Within **fourteen (14)** days from the date of this Order, the parties shall meaningfully confer regarding the potential for disclosure of confidential information in this case and either: (1) submit a proposed joint protective order; or (2) request that the Court enter the Western District of Texas's standard protective order.

The parties are advised that before filing any matter under seal, a motion for leave to seal will be required. *See* Local Rule CV-5.2. The motion for leave should attach an unredacted sealed version of the document at issue. The parties, however, must then separately file a redacted version of the document for the public record. *See* Fed. R. Civ. P. 5.2(d).

Finally, the deadline for the parties to file their ADR Report as set forth in the Court's Scheduling Order, Dkt. No. 21, is **STAYED** until otherwise ordered by the Court.

**IT IS SO ORDERED**.

SIGNED this 15th day of October, 2020.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE