UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC, Plaintiff, | § § § § § | |
| v. | § § | No. 5:20-CV-00571-OG |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., Defendants. | § § § § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE HIS FIRST AMENDED COMPLAINT AND FIRST AMENDED APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTIVE RELIEF

On this date, the Court considered *Plaintiff's Motion for an Extension of Time to File His First Amended Complaint and First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief* (the "Motion"). After considering the Motion and the response and arguments of counsel, the Court hereby DENIES the Motion as improperly filed under seal.

Date: November ___, 2020

_____
**THE HONORABLE ORLANDO L. GARCIA,
UNITED STATES CHIEF DISTRICT JUDGE**

4822-1229-9730.1