UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC,       Plaintiff, | § § § § § | |
| v. | § § | No. 5:20-CV-00571-OG |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C.,       Defendants. | § § § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT AND FIRST AMENDED
APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION, AND PERMANENT INJUNCTIVE RELIEF
UNDER SEAL**

On this date, the Court considered *Plaintiff's Motion for Leave to File Plaintiff's First Amended Verified Complaint and First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief Under Seal* (the "Motion").

After considering the Motion and the response and arguments of counsel, the Court hereby DENIES the Motion and orders Plaintiff to file the First Amended Verified Complaint, First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief, and exhibits thereto currently filed as exhibits to Docket Entry [27] in the public record with redactions that are necessary only to legitimately protect national security or information whose disclosure might conceivably cause competitive harm.

Any applicable time limits (including defendants' responsive pleading deadline) triggered by the filing described herein shall run from the date of such filing in accordance with this Order.

Date: December ___, 2020

_____
**THE HONORABLE ORLANDO L. GARCIA,
UNITED STATES CHIEF DISTRICT JUDGE**

4836-5490-8116.1