State of Delaware
Secretary of State
Division of Corporations
Delivered 10:30 AM 01/14/2019
FILED 10:30 AM 01/14/2019
SR 20190238583 - File Number 7237174

# STATE of DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE of FORMATION

## FIRST
## Name

The name of the limited liability company is:
ZroBlack LLC

## SECOND
## Registered Agent

The address of its registered office in the State of Delaware is
8 The Green, Suite B in the City of Dover. Zip code 19901.

The name of its registered agent at such address is
Northwest Registered Agent Service, Inc.

## THIRD
## Duration

The duration of the limited liability company shall be perpetual.

## FOURTH
## Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 14th day of January, 2019.

By: _____
Authorized Person

Name: Morgan Noble

**PLAINTIFF'S EXHIBIT 2**