# Wells Fargo Simple Business Checking



Account number: ████0222 ■ April 1, 2019 - April 30, 2019 ■ Page 1 of 4

ZROBLACK LLC
1150 N LOOP 1604 W STE 108-259
SAN ANTONIO TX 78248-4552

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,095.00 |
| Deposits/Credits | 1,510,000.00 |
| Withdrawals/Debits | - 1,492,627.75 |
| **Ending balance on 4/30** | **$18,467.25** |
| Average ledger balance this period | $77,335.19 |

Account number: ████0222

**ZROBLACK LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



PLAINTIFF'S
EXHIBIT

**8**

Account number:  ███████0222  ■  April 1, 2019 - April 30, 2019  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/2 | | Purchase authorized on 04/01 Gunn Lee & Cave PC 210-8869500 TX S389091276008796 Card 8032 | | 1,000.00 | 95.00 |
| 4/15 | | ████████████████ | 1,500,000.00 | | |
| 4/15 | | Online Transfer From Villarreal J Everyday Checking xxxxxx1451 Ref #Ib0643Jt7Z on 04/15/19 | 10,000.00 | | |
| 4/15 | | Wire Trans Svc Charge - Sequence: 190415092646 Srf# 105535581 Trn#190415092646 Rfb# Rbh15049909No4Zk | | 16.00 | |
| 4/15 | | Online Transfer to Saenz J Way2Save Checking xxxxxx6220 Ref #Ib0643Csfm on 04/15/19 | | 50,000.00 | |
| 4/15 | | Etransfer IN Branch/Store - to Checking 205 W Bandera Rd Boerne TX 1451 | | 740,000.00 | |
| 4/15 | | Online Transfer to Villarreal J Everyday Checking xxxxxx1451 Ref #Ib0643Jy6P on 04/15/19 | | 9,800.00 | |
| 4/15 | | Online Transfer to Villarreal J Everyday Checking xxxxxx1451 Ref #Ib064497TX on 04/15/19 | | 200.00 | 710,079.00 |
| 4/17 | | ███████████ | | ███ | |
| 4/17 | | Online Transfer to Saenz J Way2Save Checking xxxxxx6220 Ref #Ib0649Zn8P on 04/17/19 | | 60,000.00 | 649,831.84 |
| 4/18 | | ████████████ | | ███ | |
| 4/18 | | █████████ | | | |
| 4/18 | | Online Transfer to Saenz J Way2Save Checking xxxxxx6220 Ref #Ib064F5Bk2 on 04/17/19 | | 630,000.00 | 19,587.93 |
| 4/22 | | ██████████ | | ███ | 19,533.30 |
| 4/24 | | Purchase authorized on 04/22 Gunn Lee & Cave PC 210-8869500 TX S589113237745132 Card 3667 | | 870.00 | 18,663.30 |
| 4/26 | | ███████████████ | | ███ | ███ |
| ███ | | ███████████████ | | ███ | ███ |
| ███ | | ██████████ | | ███ | |
| ███ | | █████████████ | | ███ | |
| ███ | | ███████████████ | | ███ | ███ |
| **Ending balance on 4/30** | | | | | **18,467.25** |
| **Totals** | | | **$1,510,000.00** | **$1,492,627.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2019 - 04/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|--------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $77,335.00 ☑ |

Account number: ████0222 ■ April 1, 2019 - April 30, 2019 ■ Page 3 of 4



*Monthly service fee summary (continued)*

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective June 24, 2019, the cash deposited fee will be renamed to cash deposit processing fee. There is no change to the amount of cash you can deposit to your account each month at no charge. In addition, the fee assessed for exceeding the amount of cash deposited each month with no fee will remain the same. To review the amount of cash deposits processed each month with no fee and any cash deposit processing fees, please refer to Cash Deposited information in the "Account transaction fees summary" section of your statement.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

Account number: ████0222 ■ April 1, 2019 - April 30, 2019 ■ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801