

PLAINTIFF'S
EXHIBIT

14