4:05 ✓

< **All Inboxes**          **3 Messages**          ∧ ∨
                              Zroblack.com

**Jonathan Lee**                    8/15/19        JL
To: jsaenz ▇▇▇▇▇▇▇           **Details**

Hey man,

Can you transfer the <u>zroblack.com</u> website to this email address.

▇▇▇▇▇▇▇▇▇▇

Let me know if you run into any issues.

Thanks,
Jonathan

**See More**                                    ↩

Found in ▇▇▇▇▇▇▇ **Inbox**                📁

↩ **J Saenz**                        8/16/19        JS
To: Jonathan Lee                **Details**

I will look into this today.  Do you have my flight receipt from when we came back from ▇▇▇ (May 10th).  You paid with your Wells card. Each ticket for the flight was $6359.83 and I transferred $7000 from my account to cover my ticket.  I need it for my taxes.

Thanks,

⚑      📁      🗑      ↩      ✏

PLAINTIFF'S
EXHIBIT

**18**