| | |
|---|---|
| **From:** | Jonathan Lee |
| **Sent:** | Thursday, March 19, 2020 5:02 PM |
| **To:** | ZroBlack, LLC_003 |
| **Subject:** | Fwd: Zroblack.com |

Sent from my iPhone

Begin forwarded message:

> **From:**
> **Date:** August 15, 2019 at 5:54:36 PM CDT
> **To:** jsaenz
> **Subject: Zroblack.com**
>
> Hey man,
>
> Can you transfer the zroblack.com website to this email address.
>
> Let me know if you run into any issues.
>
> Thanks,
> Jonathan

PLAINTIFF'S EXHIBIT 19

1