

**From:** Jonathan Lee
**Date:** September 13, 2019 at 7:53:59 PM CDT
**To:** Miguel.Villarreal
**Subject: Sorry I missed your call**

Hi Mike,

Sorry I missed your call.

I'm beside myself right now, and really struggling with everything, I can't eat, I can't sleep, my anxiety and stress is so high, and for the next 3 years if I continue like this I'll end up losing my contracts and not be able to work.

I have worked too hard to allow myself to slip like this. I need help Mike, this is not right. I've done nothing wrong. John got $750,000 cash, and there has to be a way for me to stop this madness, get him to give up the 2%, get my company website, my company documents, and my company computer. Like I said, I have a company that pays real taxes, has 10 real employees, we have a real physical location, and I can't even put up my company website.

I want to still see what you recommend but also, can you refer me to an attorney that can help me that you trust. I can't deal with this stress anymore.

Thank you,
Jonathan

