

**From:** jonathan lee
**Date:** September 19, 2019 at 9:18:08 PM CDT
**To:** Mike Villarreal
**Cc:** "jsaenznext                            | Rebekah Maldonado
**Subject: Re: White Flag Meeting**

John and Mike,

I don't have the availability or ability to do anything next week. As of next week, I will be going forward with new legal representation, and I will no longer be able to communicate with you John. John I will formally ask one more time (the first being through Mike) as the owner of ZroBlack,LLC:

1. Please return the company laptop (without wiping, removing, destroying, or modifying any data)
   **Formal Requests Made Previously: 1**
   **Formal Request Status: John Saenz Refused**

   o My business is in jeopardy of losing a contract with a client due to the laptop not being returned to the company.
   o The data on the device contains highly sensitive company trade secrets and needs to be returned to Gunn-Lee Law Offices immediately.
   o The risk for ZroBlack and its clients grows every day the computer is not returned
   o This is the 2nd formal request, the first request was delivered by Mike Villarreal
   o Original cables, and accessories must be included when returning the company asset
   o Any damage to the device will be assessed and you will assume all liability.
   o The physical computer is valued at market price of $4766.27, and was purchased on a ZroBlack company card not assigned to me on 5/6/2019.
   o You must inform Gunn-Lee Law Offices (Specifically Mike Villarreal), on how you plan to deliver the device by 5pm CST 9/20/2019. ZroBlack, LLC lawfully owns the asset, and will take all necessary actions to ensure the future of the company, and ensure its clients data is not compromised.

2. Please surrender all company emails
   **Formal Requests Made Previously: 1**
   **Formal Request Status: John Saenz Refused**

   o My business is suffering from missed opportunities sent via email to jv@zroblack.com
   o The destruction of my company records within jv@zroblack.com, je@zroblack.com, and info@zroblack.com, is unacceptable, and has prevented me and ZroBlack from conducting business with an unknown upward potential for earnings.

PLAINTIFF'S EXHIBIT 22

- o  I have already experienced a monetary loss due to the inability to receive communications via a zroblack.com email address

3. Please surrender all company documents
   **Formal Requests Made Previously: 22**
   **Formal Request Status: John Saenz Refused**

   - My business is suffering because I am not able to access specific company documents that allow me to go forward in business negotiations.
   - Among other requests, I have asked 22 times formally written through text, email, and with Mike Villarreal for a log of all your tasks, duties, accomplishments, issues, contributions, and more as former CEO of ZroBlack. The documents are critical in allowing me to go forward in having a proper valuation of the company.
   - The documents allow me to have a legal and proper filing of payouts made by the company.

4. Please surrender the company web address (www.zroblack.com)
   **Formal Requests Made Previously: 2**
   **Formal Request Status: John Saenz Refused**

   - This web address was used as an asset to obtain and validate business
   - When surrendering the company web address, do not assign it to me personally, you can let Mike know you agree to give back the company asset, and I will have someone work with Mike to properly register the web address.
   - I am not able to properly conduct business, I am losing money, and my reputation is being damaged because I do not have the proper avenue to address clients. This is now the 3rd request for the transfer of ZroBlack.com, the 1st being via Email 8/15/2019, the 2nd being through Mike Villarreal, in which you refused to transfer over the web address.

5. Please remit a payment to Gun-Lee made out to ZroBlack,LLC for the amount of $554,994.
   **Formal Requests Made Previously: 0**
   **Formal Request Status: Pending**

   a. $740,000 was transferred to your personal checking account initiated by you (John Saenz)
   b. The $1.5M USD paid by ZroBlack's client was for ZroBlack's services, not to the individuals.
   c. I am legally required to demand 9 months of the 1-year contract of $1.5M USD be paid back to ZroBlack immediately. Payment must be sent to Gunn-Lee by 5pm CST 9/20/2019.
   d. This is non-negotiable. My business and I run the risk of committing IRS fraud due to the misappropriation of funds, and contribution to embezzlement. If I allow this money to stay outside of the company, I will lose my contracts with my clients, and my losses will be even greater than $554,994.
   e. Please take this very seriously, $740,000 was not a gift, this money is earned company money and has to be claimed. You were paid for work from April 2019 to June 2019 only for a total amount of $185,006 USD, and you will be sent a 1099 from ZroBlack for your services. At this point, I have no choice but to protect myself, my company, my inventions, and all else from potential fraud and embezzlement charges.
   f. As owner of ZroBlack, I will not be able to accept any claims of work without the following:
      VALIDATION: For validation, legal records, and IRS fund appropriations purposes, any claim to any ZroBlack project that was worked on by you John Saenz must be validated by an authorized licensed 3rd party service paid for by you for consideration of additional funds for hours worked. I have been asking for these documents since June 26th 2019, so I believe I have provided plenty of time to submit all claims. All claims must be validated by a 3rd party and submitted to Gun-Lee by 5pm CST 9/20/2019. Claims are not a guarantee of payment, and will be reviewed not only by myself, but by other ZroBlack affiliates, as ZroBlack will be the distributor and be held liable for all payouts.

      i.   Date Worked
      ii.  Hours Worked
      iii. Project Being Worked On
      iv.  Description of Project

     v. ZroBlack Mutual NDA (if project is with a 3rd Party)
    vi. Project Contacts Information
1. First Name
2. Last Name
3. Address
4. Phone number
5. E-mail Address
6. Company Name
7. Title
8. License Number (if applicable)
9. Affiliation to you (John Saenz)
    vii. Project Documents
1. Project Objectives
2. Project Progression Strategies
3. Risk Analysis
4. Exit Strategies
5. Profit Loss Analysis
    viii. Location of documents