

Begin forwarded message:

**From:** jonathan lee
**Date:** September 20, 2019 at 9:26:00 AM CDT
**To:** Mike Villarreal
**Cc:** "jsaenznext                              | Rebekah Maldonado

**Subject: Re: White Flag Meeting**

Good Morning Everyone,

As the owner of ZroBlack, LLC, this is a reminder that all items in the previously sent email are due at 5pm CST 9/20/2019 (today), and Gun-Lee must have everything in their possession by that time. The return of cash payment can be sent via wire to Gun-Lee (call or email Gunn-Lee for instructions), or given to Gun-Lee in person or by courier via cashier check.

Moreover, to ensure I have clearly documented this, on July 27th, John Saenz asked if I would make a claim to the IRS that $750,000 he had received from himself be formally recognized as a gift and not as a payment from ZroBlack. He mentions this is his intent, and it was not formalized yet. I mentioned that IRS fraud is something I will be party to.

I had an obligation as the owner of ZroBlack,LLC to contact local law enforcement to make them aware that my company asset is being held ,and John is refusing to give back my company property. I have tried to resolve things amicably as noted with Mike Villarreal, yet I am being extorted for more money in the form of percentages of revenue to which I signed under duress. I have also spoken with the FBI for assistance and they will be looking into a possible investigation for corporate fraud. I was advised by the FBI today 9/20/2019 @ 6:47am via phone to let them know of any updates today pertaining to the recovery of all ZroBlack assets.

Re-iteration: Only work done for the PSA 1-year contract can be claimed in a payment dispute since this is the only Contract ZroBlack had at the time, and the only source of revenue. Again, a dispute does not mean ZroBlack, LLC will or has to approve the claim.

Lastly, after reviewing the 1st PSA Amendment, John Saenz released ▓▓▓▓▓▓▓ and all of its affiliates (Jonathan Villarreal) from any demands, payments etc. This renders the Release (which I signed under duress) between John and I NULL.

I have expressed to Mike Villarreal, and John Saenz, through text, email, phone conversations, and in person at the law offices of Gunn-Lee, that because of John's performance, my life's work is in jeopardy. Although John was released by ▓▓▓▓▓▓▓, John's performance materially impacted the PSA and a decrease in percentage of revenue was warranted by the client since they would no longer be getting work from both parties meaning John and I. I will also be seeking damages for all revenue lost because of John's Performance as a previous partner in ZroBlack.

I am hopeful for a return of all ZroBlack assets by today at 5pm CST.

**PLAINTIFF'S EXHIBIT 23**

Respectfully,
Jonathan Villarreal