**From:** Jonathan Lee ████████████████████
**Date:** October 3, 2019 at 6:11:13 PM CDT
**To:** Mike Villarreal ████████████████████
**Subject: Re:  meeting**

Thanks for trying Mike,

I have gone a different direction and I will not be attending any meeting for resolution.

Can you tell me the risk I assume for him not paying the rest of the bill?

Thanks,
Jonathan

Sent from my iPhone

> On Oct 3, 2019, at 5:54 PM, Mike Villarreal ████████████████████ wrote:

> He just responded  she does not have to attend the meeting, however the window for this week has closed.  It is now to late for them to travel from out of town. We will have to set a meeting for next next Friday.

> Please check your calendar and let me know if next Friday is good for you. I'll look at my calendar to see whether it works better in the morning or afternoon. Looks like we may be able meet and resolve this after all. Thank you very much Jonathan.

Sent from my Sprint Samsung Galaxy S® 6.

-------- Original message --------
From: Jonathan Lee ████████████████
Date: 10/3/19 5:46 PM (GMT-06:00)
To: Mike Villarreal ████████████████████
Subject: Re: meeting

1

PLAINTIFF'S EXHIBIT

25

Any word?

Sent from my iPhone

> On Oct 3, 2019, at 3:59 PM, Mike Villarreal ███████████ ███████ wrote:
>
> Yes i will.
>
> Sent from my Sprint Samsung Galaxy S® 6.
>
> -------- Original message --------
> From: Jonathan Lee ████████████████
> Date: 10/3/19 3:56 PM (GMT-06:00)
> To: Mike Villarreal ███████████████████
> Subject: Re: meeting
>
> Can you ask him about his wife coming please
>
> Sent from my iPhone
>
>> On Oct 3, 2019, at 3:52 PM, Mike Villarreal ████████████████████ wrote:
>>
>> John told me to let you know that the remaining portion is not his charges.
>>
>> He also says he only has 5 min to let his father in law know or we might have to wait till next week on Friday. He will be coming home from Austin. He did not tell me anything about his wife since last we (you and i) spoke.
>>
>> Is a meeting still possible? How should i respond? Thank you Jonathan.
>>
>> Sent from my Sprint Samsung Galaxy S® 6.
>>
>> -------- Original message --------
>> From: Jonathan Lee ██████████████
>> Date: 10/3/19 3:40 PM (GMT-06:00)

To: Mike Villarreal ███████████████

Subject: Re: meeting

What did John say about his wife not being there?

Sent from my iPhone

> On Oct 3, 2019, at 3:22 PM, Jonathan Lee ████████████████ wrote:
>
> Do you know why the other portion was not paid?
>
> Thanks,
> Jonathan
>
> Sent from my iPhone

>> On Oct 3, 2019, at 2:21 PM, Mike Villarreal  wrote:
>>
>> John paid a portion of the bill on Monday $5,075.00.
>>
>> Sent from my Sprint Samsung Galaxy S® 6.

>> -------- Original message --------
>> From: Jonathan Lee ███████████████
>> Date: 10/3/19 1:40 PM (GMT-06:00)
>> To: ████████████████
>> Subject: Re: meeting
>>
>> Hi Mike,
>>
>> Has John paid his bill?
>>
>> Jonathan

Sent from my iPhone

On Oct 3, 2019, at 11:38 AM, Mike Villarreal

██████

> wrote:

Jonathan, thank you for your kind words.

I just heard from John asking about meeting together tomorrow afternoon to discuss and hopefully come to a resolution.  Are to still amenable to

meeting? Please let me know. Thank you.

*Sent from my Sprint Samsung Galaxy S® 6.*

-------- Original message -------- From: jonathan lee > Date: 9/27/19 5:44 PM (GMT-06:00) To: Mike Villarreal m>, Laura Keck >, Rebekah Maldon

5

ado



>

Subject: Re: meeting

Mike, I cannot wait for John to make a decision, and this is my last communication with you regarding this venture. I hope you are able to collect on the other half of the payment, as you and your firm have earned it by providing both of us

service. I would still like to be informed of the full invoice being paid, and if Laura or Rebekah can let me know the status i would be most grateful.

Thank you for everything you have done Mike, you are an excellent attorney, and it's been a pleasure to work with you throughout this

venture. I have so much respect for you. You'll always be Mike "Machete" Villarreal.

Respectfully,
Jonathan Villarreal

On Fri, Sep 27, 2019 at 4:49 PM Mike Villarreal <█████> wrote:

> Dear gentlemen,
>
> As requested, attached are the followi

ng documents:

- PSA

- PSA, First Amended

- Release

- Resolution of Assignment

- PSA, Second Amended

Please let me know if you have any trouble opening up the attachments.

I hope you all have a good

weekend.

Sincerely,

Mike Villarreal
Gunn, Lee & Cave, P.C.

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500
(210) 886-9883 (Facsimile)



The documents and information

accompanying this electronic transmission contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileged.  This information is only intended for the use of the individual or entity named above.  IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, PRINTING, COPYIN

G, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED. If you have received this electronic transmission in error, please immediately reply and notify the sender and delete the message. Unauthorized interception of this electronic transmission is a violation of federal criminal law.

**From:** Mike Villarreal
**Sent:** Friday, September 27, 2019 12:08 PM
**To:** 'jonathan lee'
**Cc:** 'J Saenz █████████; Rebekah Maldonado
**Subject:** RE: meeting

John,

As a follow up to our conversation of moments ago, I'm forwarding you the

August invoice you indicated you had not seen.

Thank you in advance for your payment.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Mike Villarreal Gunn, Lee & Cave, P.C.

Callaghan Tower

8023 Vantage Dr., Suite 1500 San Antonio, Texas 78230 (210) 886-9500 (210) 886-9883 (Facsimile)

The documents and information accompanying this electronic transmission contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileg

ed. This information is only intended for the use of the individual or entity named above. IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, PRINTING, COPYING, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED. If you have receive

d this electronic transmission in error, please immediately reply and notify the sender and delete the message. Unauthorized interception of this electronic transmission is a violation of federal criminal law.

---

**From:** Mike Villarreal
**Sent:** Friday, September 27, 2019 10:12 AM
**To:** 'jonathan lee'
**Cc:** J Saenz



██████ ;
Rebekah Maldonado

**Subject:** RE: meeting

Good morning Jonathan,

Thank you very much for your payment. I've confirmed receipt of payment with our billing dept. Thank you!

I will let you all know once the remaining

balance is paid.

Sincerely,

Mike Villarreal
Gunn, Lee & Cave, P.C.

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500
(210) 886-9883 (Facsimile)



The documents and

information accompanying this electronic transmission contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileged.  This information is only intended for the use of the individual or entity named above.  IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, PRINTI

NG, COPYING, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED. If you have received this electronic transmission in error, please immediately reply and notify the sender and delete the message.  Unauthorized interception of this electronic transmission is a violation of federal

criminal law.

**From:** jonathan lee [mailto 

**Sent:** Friday, September 27, 2019 7:59 AM
**To:** Mike Villarreal
**Cc:** J Saenz  Rebekah Maldonado
**Subject:** Re: meeting

Mike and Rebekah,

My half of the invoice has

been paid.

Thank you both for everything,

Jonathan Villarreal

On Thu, Sep 26, 2019 at 4:58 PM Mike Villarreal  wrote:

> Gentlemen,
>
> Following up on my conversations with you

both, I am pleased to hear that you all are amenable to meeting with each other to discuss settling your disagreement. You both indicated you would like to have Jonathan's father and John's father-in-law attend a sit down discussion with you

all. John also asked that his wife be present as well. I again offer our offices in which to have this discussion.

Of course, you will need to check on the availability of Jonathan's father and John's father-in-law and wife. To

the extent they are amenable to join in, I ask that Jonathan reach out to his father and John reach out to his father-in-law and wife to invite them to attend.

Also, please note that <u>whatever is said in this meeting will be maint</u>

<u>ained</u> <u>confi</u> <u>denti</u> <u>al</u>. This will also include confidentiality on the part of Jonathan's father and John's father-in-law and wife. We are trying to resolve your differences, not attempting to take advantage of each other. I appreciate you both willin

g to show good faith on both your parts in coming together and seeing if a resolution can be reached.

For my part, I am available Monday (Sept. 30; 9:30am-4:30pm) and Friday, Oct. 4 after 2:30pm. If neither of these days work

s, please let me know and I can check my availability for the following week.

From my conversation with John, he tells me that he, his wife and father-in-law are available at **2:30pm, Friday, Oct. 4**.

Jonathan, please let

me know if you and your father will also be available on this date and time. If so, I will reserve one of our conference rooms.

Finally, I'm attaching our invoice no. 60047 which runs through yesterday, Sept. 25, 2019. I noticed

there is a past due already.  Please remit your payment as soon as you can as I will need your account to be current when we meet.  You may pay online at the following link: https://secure.lawpay.com/pages/gunleecave/operating

Your reference number is G-12356. Please include this to ensure proper credit. I really appreciate it and thank you in advance for your prompt payment!

Thank you both!

Sincerely,

Mike Villarreal Gunn

, Lee & Cave, P.C.

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500
(210) 886-9883 (Facsimile)

The documents and information accompanying this electronic transmission

contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileged. This information is only intended for the use of the individual or entity named above. IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE,

PRINTING, COPYING, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED. If you have received this electronic transmission in error, please immediately reply and notify the sender and delete the message. Unauthorized interception of this electr

onic
trans
missio
n is a
violati
on of
feder
al
crimin
al law.