

Jonathan Villarreal <████████>

## Deployment Program Support at Apple Case# 101052608148
2 messages

**vpp@apple.com** <vpp@apple.com>  
To: ████████

Wed, Mar 25, 2020 at 12:18 PM



Hello Jonathan,

My name is Xuan, and I'm from Deployment Program Support at Apple. I'm happy to be assisting you today.

We're following up with you about enrollment ID 30513428.

We have been unable to reach you at your organization's contact number: (210) 473-1694.

To proceed with the enrollment process, we must reach the you by phone. Please call us at (866) 902-7144, Monday through Friday from 8:00 a.m. to 7:00 p.m. central time.

You may reference case number 101052608148.

Best regards,

Xuan  
Apple Inc.

**Jonathan Villarreal** <████████>  
To: vpp@apple.com

Thu, Mar 26, 2020 at 9:46 PM

Xuan,

I apologize for this. The phone number is associated to my former business partner, and I have been unable to get him to respond to me in regards to this matter. I am desperately needing to register for the Apple Deployment Program so that I may

PLAINTIFF'S EXHIBIT  
**31**

keep a commitment to my client. I have tried to change the phone number for the DUNS account, but it requires me to validate my email address, which I do not have access to. I have tried to reach out to my former business partner since August of 2019 so that I can have access to the email server and change the phone number associated to the DUNS account for ZroBlack,LLC, but I have not had any success.

I am 100% owner of ZroBlack,LLC and I can provide any documents to show this. Please advise me on how I can register for the Apple Deployment Program given the situation I am in.

Respectfully,
Jonathan Villarreal

On Mar 25, 2020, at 12:18 PM, vpp@apple.com wrote:

[Quoted text hidden]

 jonathan villarreal

## Deployment Programs Support at Apple - Case1 01118397166

**vpp@apple.com** <vpp@apple.com>  Thu, Jun 25, 2020 at 9:07 AM
To:



Hello Jonathan,

We're following up with you about Apple School Manager enrollment ID 49477245.

We have been unable to reach the verification contact listed for your organization:

Bettina Holbrook
2104731694

To proceed with the enrollment process, we must reach the verification contact by phone. Please ask Bettina Holbrook to call us at 866-902-7144. We are available Monday to Friday between the hours of 8:00 a.m to 7:00 p.m. central time.

Best regards,

Patrick
Apple Inc.