# EXHIBIT 34

**Is Redacted In Its Entirety Due to the Confidential Nature of the Document**