

**John Saenz**

May 22, 2019, 9:32 PM

> Walter says he's in. Contracting is what he wants to do, he will quit the same day we need him

> But for real we're fucked if we can't have him secure things and package up the software

I agree, we just need to get ███████ buy-in

If not we can't sell them anything else and we have to bombard them with products so they can decline and we can move on

They need to treat this like the company depends on it cause it does

**PLAINTIFF'S EXHIBIT 40**