Gmail

1337 00 <[redacted]>

**You've successfully deleted an Office 365 user account**
1 message

**GoDaddy** <donotreply@godaddy.com>
To: [redacted]

Thu, Aug 15, 2019 at 1:09 PM

GoDaddy

GoDaddy Customer, we've completed your request to delete a user account.

24/7 Support: +1 (480) 463-8835

# User account removed

As requested, an Office 365 user account associated with the following email address has been deleted:

jv@zroblack.com
Office 365 Starter Email

Ready to set up a new one?

Set up new user account

Email from Godaddy To
Jonathan Villarreal's Recovery
Email Address set for jv@zroblack.com

John Saenz Deleted JV@ZROBLACK.COM

**Date: August 15th, 2019**

## Need Help?

Call: +1 (480) 463-8835

Click: Online Support

PLAINTIFF'S EXHIBIT 41



# zroblack.com

**whois information**

Whois | DNS Records | Diagnostics

John Registers Zroblack.com
With Godaddy For another year

Notice the date of update
Godaddy Bills On The Exact Same Date
If Auto Renew Is Activated
This was a manual renew of Zroblack.com
John Saenz has ownership of Zroblack.com

**Date: Jan 12th, 2020**

cache expires in 23 hours, 58 minutes and 41 seconds

## Registrar Info

| | |
|---|---|
| **Name** | GoDaddy.com, LLC |
| **Whois Server** | whois.godaddy.com |
| **Referral URL** | http://www.godaddy.com |
| **Status** | clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited<br>clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited<br>clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited<br>clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited |

## Important Dates

| | |
|---|---|
| **Expires On** | 2021-01-11 |
| **Registered On** | 2019-01-11 |
| **Updated On** | 2020-01-12 |

## Name Servers

| | |
|---|---|
| NS71.DOMAINCONTROL.COM | 97.74.105.46 |
| NS72.DOMAINCONTROL.COM | 173.201.73.46 |

## Similar Domains

Reset My Password

GoDaddy INC. (US) https://sso.godaddy.com/v1/account/reset?app=o365&realm=pass

GoDaddy

Contact Us 24/7




Jonathan Villarreal
Attempts A Password
Reset of je@zroblack.com
through Godaddy Office 365 Email

**Date: Jun 20th, 2020**

Copyright © 1999 - 2020 GoDaddy Operating Company, LLC. All Rights Reserved. Privacy Policy


Reset My Password
GoDaddy INC. (US)
godaddy.com
GoDaddy
Contact Us 24/7
Office 365
Back
Reset Password
How do you want to reset your password?
Email a link to je@zroblack.com
Email a link to j*****@g*****.com
Email a link to your account administrator
Send Email
Jonathan Villarreal
Is Presented With
Password Reset Options for
je@zroblack.com
From Godaddy Office 365 Email
Date: Jun 20th, 2020


GoDaddy
Contact Us 24/7
Office 365
Back
Reset Password
That email address doesn't exist in our system.
Enter your Office 365 email.
Office365 email
jv@zroblack.com
Security challenge
protected by reCAPTCHA
Privacy - Terms
Continue
Jonathan Villarreal Attempts To Perform a Password Reset For jv@zroblack.com Through Godaddy Office 365 Email
Response: Email Address Does Not Exist
Date: Jun 20th, 2020