IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JONATHAN VILLAREAL, individually** | § | |
| **and derivatively on behalf of** | § | |
| **ZROBLACK, LLC.** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 5:20-cv-00571-OLG** |
| | § | |
| **JOHN SAENZ, MIGUEL** | § | |
| **VILLARREAL, JR., and GUNN, LEE,** | § | |
| **& CAVE, P.C.** | § | |
| **Defendants** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S REDACTED VERSIONS OF THEIR FIRST AMENDED VERIFIED COMPLAINT, FIRST AMENDED APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTIVE RELIEF AND EXHIBITS INTO THE PUBLIC RECORD**

On this date, the Court considered *Plaintiffs' Motion for Leave to File Redacted Versions of Plaintiff's First Amended Verified Complaint, First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction and Permanent Injunctive Relief, and Exhibits into the Public Record* .

After considering the Motions, the response, and arguments of counsel, if any, the Court GRANTS the Motion and allows Plaintiffs leave so that they may file Plaintiffs' First Amended Verified Complaint, First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction and Permanent Injunctive Relief, and Exhibits 1 through 27, 29-33, and 35-41 in the public record with redactions. Exhibits 28 and 34 are to remain sealed from the public record.

Date: December _____, 2020.

———————————————————
**THE HONORABLE ORLANDO L. GARCIA,
UNITED STATES CHIEF DISTRICT JUDGE**
