**From:** **je@ZroBlack** je@zroblack.com
**Subject:** morning meetings
**Date:** May 17, 2019 at 8:01 AM
**To:** Russ Ernst
**Cc:** JV jv@zroblack.com

Russ,

I wanted to send you a note to clarify my role on these calls. I will be on from time to time as an observer and to offer guidance from ZroBlack's point of view. Jonathan can handle all the technical side of the conversations. I will be here to make sure we are meeting our obligation to ████ on this agreement and offer further strategies/insight into areas where we can make the most impact to both of our organizations. I think we are off to a great start and if you need anything please let me know.

Sincerely,
John E. Saenz
CEO

e: je@zroblack.com
p: 210-473-1694
w: www.zroblack.com


D824631D319C4AFC9...93].jpg
4 KB

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

PLAINTIFF'S EXHIBIT
10