## Gunn, Lee & Cave, P.C.
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248

August 31, 2019

In Reference To:   G-12356.000 - General Matters
   **(Email invoices to: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)**

Invoice #59812

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/5/2019 | MMV | Email from J. Saenz and J. Villarreal regarding Amendment to PSA; reviewed Amendment; email to JV and JS. | 0.25 | 85.00 |
| | MMV | Telephone conference with J.Saenz regarding Amendment; emails with J. Villarreal regarding Amendment. | 0.25 | 85.00 |
| | MMV | Office conference with N. Guinn regarding Amendment to PSA and revisions to Release and Resolution. | 0.25 | 85.00 |
| | MMV | Reviewed Resolution and Release documents; made changes to same. | 0.50 | 170.00 |
| | MMV | Worked on Release and Resolution documents. | 0.75 | 255.00 |
| | MMV | Email from J. Villarreal regarding signed Resolution and Release documents. | 0.25 | 85.00 |
| | NG | Revise corporate Resolution and Release documents; office conference with M. Villarreal. | 1.00 | 220.00 |
| 8/6/2019 | MMV | Emails with J. Villarreal regarding Release and Resolution documents. | 0.25 | 85.00 |
| | MMV | Email from J. Villarreal; email from J. Saenz; telephone call with J. Saenz. | 0.25 | 85.00 |
| 8/7/2019 | MMV | Telephone conference with J. Villarreal regarding changes to provisions in Release per J. Villarreal and J. Saenz. | 0.25 | 85.00 |
| | MMV | Emails with J. Villarreal and J. Saenz regarding additional changes. | 0.25 | 85.00 |
| 8/9/2019 | MMV | Emails with J. Villarreal and J Saenz. | 0.25 | NO CHARGE |

PLAINTIFF'S EXHIBIT 26

ZroBlack, LLC                                                                                        Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/9/2019 | MMV | Reviewed PSA; reviewed Release and Resolution; made changes per clients' request to Release; email to J. Villarreal and J Saenz. | 2.00 | 680.00 |
| 8/12/2019 | MMV | Emails from J. Villarreal and J. Saenz with signed Resolution and Release; email to JS and JV regarding next steps. | 0.25 | 85.00 |
| 8/13/2019 | NG | Research Delaware regarding filing amendments when membership changes. | 0.50 | 110.00 |
|  | MMV | Office conference with Nick regarding potential filing to Delaware Secretary of State regarding change of ownership concerning ZroBlack, LLC. | 0.25 | 85.00 |
| 8/14/2019 | MMV | Office conference with N. Guinn regarding no submissions to Delaware Secretary of State required; checked registered agent of record; email to J. Villarreal and J. Saenz. | 0.50 | 170.00 |
|  | MMV | Emails with J. Villarreal regarding corporate documents regarding ZroBlack, LLC. | 0.25 | 85.00 |

For professional services rendered                                        8.25        $2,540.00

Previous balance                                                                              $7,610.00

Balance due                                                                                  $10,150.00

.

For your convenience, you can now pay invoices on-line using a credit card at the following link:
https://secure.lawpay.com/pages/gunnleecave/operating

# Gunn, Lee & Cave, P.C.
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248

September 30, 2019

In Reference To: G-12356.000 - General Matters
**(Email invoices to:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓**)**

Invoice #60048

Professional Services

|            |     |                                                                                  | Hours | Amount       |
|------------|-----|----------------------------------------------------------------------------------|-------|--------------|
| 9/26/2019  | MMV | Telephone conference with John Saenz.                                            | 0.25  | 85.00        |
|            | MMV | Email to J. Villarreal and J. Saenz regarding meeting on resolution of issues.   | 0.50  | 170.00       |
| 9/27/2019  | MMV | Emails from J. Villarreal; email to J. Villarreal and J. Saenz.                  | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Saenz.                                              | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Villarreal.                                         | 0.25  | 85.00        |
|            | MMV | Telephone conference with J. Saenz.                                              | 0.25  | 85.00        |
|            | MMV | Call to J. Villarreal; left voice message.                                       | 0.25  | NO CHARGE    |
|            | MMV | Call to J. Villarreal; left voice message.                                       | 0.25  | NO CHARGE    |
|            | MMV | Emails to J. Saenz and J. Villarreal regarding invoice.                          | 0.25  | 85.00        |
|            |     | For professional services rendered                                               | 2.50  | $680.00      |
|            |     | Previous balance                                                                 |       | $17,035.00   |

Accounts receivable transactions

| 9/27/2019 | Payment - Thank You (Visa ... 1096 from J. Villarreal) | ($8,517.50) |
|-----------|---------------------------------------------------------|-------------|
| 9/30/2019 | Payment - Thank You (Mastercard ... 9598)               | ($5,075.00) |

ZroBlack, LLC                                                                                                          Page     2

                                                                                                                        Amount

                        Balance due                                                                                   $4,122.50

.

For your convenience, you can now pay invoices on-line using a credit card at the following link:
https://secure.lawpay.com/pages/gunnleecave/operating

**Gunn, Lee & Cave, P.C.**
**Attorneys at Law**

Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, TX 78230
Telephone: (210) 886-9500

ZroBlack, LLC
Jonathan Villarreal
1150 N. Loop 1604 W. Ste 108-259
San Antonio, TX 78248

October 28, 2019

In Reference To:  G-12356.000 - General Matters
**(Email invoices to:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇**)**

Invoice #60274

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/3/2019 | MMV | Several email exchanges with J. Villarreal and J. Saenz regarding possible meeting. | 1.75 | 595.00 |
| 10/10/2019 | MMV | Telephone conferences with J. Saenz; telephone call with J. Villarreal. | 0.50 | 170.00 |
| | | For professional services rendered | 2.25 | $765.00 |
| | | Previous balance | | $4,122.50 |

Accounts receivable transactions

| | | |
|---|---|---|
| 10/28/2019 | Payment - Thank You (J. Saenz Mastercard ... 9598) | ($2,720.00) |
| 10/28/2019 | Credit (courtesy credit authorized by Miguel Villarreal, Jr.) | ($170.00) |

Balance due  $1,997.50

.

For your convenience, you can now pay invoices on-line using a credit card at the following link:
https://secure.lawpay.com/pages/gunnleecave/operating