1337 00 <█████████>

## RELEASE THE EMAIL SERVER NOW!

1337 00 <█████████>
To: █████████
Wed, Mar 25, 2020 at 3:37 PM

I'm going to try from this email address to send you a demand email to release the ZroBlack email server now!

My █████████ email address has been blocked by you, and I need this done! Do not waste time, Take this seriously! I need this email server!!!

---------- Forwarded message ----------
From: jonathan lee <█████████>
To: █████████
Cc:
Bcc:
Date: Wed, 25 Mar 2020 15:31:45 -0500
Subject: RELEASE THE EMAIL SERVER NOW!
John,

You are affecting my business more and more every day by your repeated refusal to turn over the email server.

1. I cannot access the email accounts to confirm my business for my DUNS number
2. Apple has been calling your cell phone number for you to confirm the business' DUNS number and they have sent me an email saying the have been trying to reach out me at your cell phone number 210-473-1694.
4. Do not contact Apple or DUNS and change the number into my phone number because I do not want my personal cell phone number associated, I have a real business, with a real business number.
5. Do not attempt to transfer the DUNS into my personal email address or anything other email address, because I do not want the DUNS associated to anything other than ZroBlack, LLC a company that I own 100%.
6. I am in jeopardy of losing a multimillion dollar contract, and I cannot confirm my identity or ownership of ZroBlack. I have been asking for this since August of 2019, and I need the email server now!!!

Respond to this email ASAP with exactly how I can access the email server.

Jonathan.


PLAINTIFF'S EXHIBIT 30