

Jonathan Villarreal <​███████████>

## Deployment Program Support at Apple Case# 101052608148
2 messages

**vpp@apple.com** <vpp@apple.com>  Wed, Mar 25, 2020 at 12:18 PM
To: ███████

> Hello Jonathan,
>
> My name is Xuan, and I'm from Deployment Program Support at Apple. I'm happy to be assisting you today.
>
> We're following up with you about enrollment ID 30513428.
>
> We have been unable to reach you at your organization's contact number: (210) 473-1694.
>
> To proceed with the enrollment process, we must reach the you by phone. Please call us at (866) 902-7144, Monday through Friday from 8:00 a.m. to 7:00 p.m. central time.
>
> You may reference case number 101052608148.
>
> Best regards,
>
> Xuan
> Apple Inc.

**Jonathan Villarreal** <███████████>  Thu, Mar 26, 2020 at 9:46 PM
To: vpp@apple.com

Xuan,

I apologize for this. The phone number is associated to my former business partner, and I have been unable to get him to respond to me in regards to this matter. I am desperately needing to register for the Apple Deployment Program so that I may

PLAINTIFF'S EXHIBIT 31

keep a commitment to my client. I have tried to change the phone number for the DUNS account, but it requires me to validate my email address, which I do not have access to. I have tried to reach out to my former business partner since August of 2019 so that I can have access to the email server and change the phone number associated to the DUNS account for ZroBlack,LLC, but I have not had any success.

I am 100% owner of ZroBlack,LLC and I can provide any documents to show this. Please advise me on how I can register for the Apple Deployment Program given the situation I am in.

Respectfully,
Jonathan Villarreal

On Mar 25, 2020, at 12:18 PM, vpp@apple.com wrote:

[Quoted text hidden]

 Gmail     jonathan villarreal <​█████>

## Deployment Programs Support at Apple - Case1 01118397166

**vpp@apple.com** <vpp@apple.com>      Thu, Jun 25, 2020 at 9:07 AM
To: █████



Hello Jonathan,

We're following up with you about Apple School Manager enrollment ID 49477245.

We have been unable to reach the verification contact listed for your organization:

Bettina Holbrook
2104731694

To proceed with the enrollment process, we must reach the verification contact by phone. Please ask Bettina Holbrook to call us at 866-902-7144. We are available Monday to Friday between the hours of 8:00 a.m to 7:00 p.m. central time.

Best regards,

Patrick
Apple Inc.