**Follow Up**

**Jonathan Villarreal** <███████████████████████>
Fri 8/21/2020 2:01 PM

**To:** Matthew Anderson <████████████████████>

Hey Matt,

Hope you're doing well, just wondering if you heard anything else after we lost the ███████ contract? It's been silent on my end. I feel horrible about everything, and responsible. I wish I could have done more. I tried so hard to get a trusted Apple Business Developer account to show those guys at the ████████ that we can integrate with their solutions and we could use Apple's API in a different way, but my company Zroblack couldn't get verified after I tried 2 times because my former business partner refused to transfer the Apple account information over to me every time Apple called him.

I'm on the hunt for another ████████ contract, and I'll let you know if I find anything. Again, I just wanted to apologize because its weighing heavy on me.

Speak soon,
Jonathan Villarreal



PLAINTIFF'S EXHIBIT 33