Auto-Response 2020-08-14 13:43:02

I have sent a follow-up to our legal department.

Auto-Response 2020-08-10 10:23:33
reply from: █████████

Hi, I'm hoping to get a status update, I am still unable to bid on any contracts, I have lost so many opportunities, and I'm not sure what to do anymore. Please advise, Jonathan

On Tue, Jul 21, 2020 at 2:29 PM
Federal Service Desk gsafsd@servicenowservices.com
wrote: Short Description: Fraud Allegation
Click here to view Incident: 200625-003664
https://www.fsd.gov/nav_to.do?uri=incident.do%3Fsys_id=9659c63e1ba15090a046eb5ce54bcbfb%26sysparm_stack=incident_list.do%3Fsysparm_query=active=true&gt

Severity: Urgent Priority: 5 - Planning Category: Inquiry / Help
Comments: 2020-07-21 15:28:58 EDT - M Eaton PM*
Additional comments:

I have provided all of the relevant information to our legal department for them to review. I will let you know immediately if I hear anything from them
Ref:MSG16251202

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Auto-Response 2020-07-21 15:28:58
I have provided all of the relevant information to our legal department for them to review. I will let you know immediately if I hear anything from them.

Auto-Response 2020-07-21 10:20:43
Hi, I was hoping I could get a status update, I have missed bidding on so many contracts, and everything I have worked for in my career has literally come to a halt because of this fraud. My company has a great reputation and has a lot of public data proving my solutions work, and can help with a lot of things the government needs.

Auto-Response 2020-07-08 14:53:36
GSA legal is reviewing.

Auto-Response 2020-07-01 12:33:45
A pdf copy of this ticket has been provided to GSA legal to review.

Auto-Response 2020-06-25 16:18:54
#ConnectSupport: Okay.

Auto-Response 2020-06-25 16:18:53


PLAINTIFF'S EXHIBIT 37

#ConnectSupport: thanks for all the help

Auto-Response 2020-06-25 16:18:52
#ConnectSupport: i can upload them in the incident number

Auto-Response 2020-06-25 16:18:51
#ConnectSupport: So you are uploading more documents right now?

Auto-Response 2020-06-25 16:18:50
#ConnectSupport: Okay.

Auto-Response 2020-06-25 16:18:49
#ConnectSupport: just finished scanning he rest of the docs

Auto-Response 2020-06-25 16:18:48
#ConnectSupport: ok cool thank you so much

Auto-Response 2020-06-25 16:18:47
#ConnectSupport: Tier 3 will email you back about this issue.

Auto-Response 2020-06-25 16:18:46
#ConnectSupport: After the chat ends you can log into FSD, under the questions section click this incident number 200625-003664, and you can upload more documents. You can also add more information and view our chat history. You can view the full ticket that way.

Auto-Response 2020-06-25 16:18:45
#ConnectSupport: there is public press on this you an read about

Auto-Response 2020-06-25 16:18:44
#ConnectSupport: that is my civil lawsuit

Auto-Response 2020-06-25 16:18:43
#ConnectSupport: Villarreal, et al v. Saenz, et al Filed: May 8, 2020 as 5:2020cv00571

Auto-Response 2020-06-25 16:18:42
#ConnectSupport: Okay.

Auto-Response 2020-06-25 16:18:41
#ConnectSupport: almost done getting these files together

Auto-Response 2020-06-25 16:18:40
#ConnectSupport: also, i have the text message saying that he was going to upload the articles of incorporation to SAM, the articles of incorporation are fraudulent, and are missing 2 pages that do not contain my signature

Auto-Response 2020-06-25 16:18:39
#ConnectSupport: Okay, I will document that in the ticket so tier 3 can look into that also.

Auto-Response 2020-06-25 16:18:38
#ConnectSupport: we have never been disadvantaged, and he has done this to fraudulently avoid taxes, and gain contracts

Auto-Response 2020-06-25 16:18:37

#ConnectSupport: oh and also, John fraudulently said that Zroblack was was disadvantaged business which is not correct

Auto-Response 2020-06-25 16:18:36
#ConnectSupport: Where we do not manage the DUNS website the DUNS report is something I can not validate or give much information on.

Auto-Response 2020-06-25 16:18:35
#ConnectSupport: SAM is no payment system. Other sites pull SAM data to send payments. So maybe a contract they already had sent a payment. I can not confirm that though where SAM does not coordinate any payments.

Auto-Response 2020-06-25 16:18:34
#ConnectSupport: thats so strange why this transaction would appear

Auto-Response 2020-06-25 16:18:33
#ConnectSupport: When you see the entity you can click view details.

Auto-Response 2020-06-25 16:18:32
#ConnectSupport: If you go to SAM, click search records, enter the DUNS into the quick search, click search button, it will say no records found, click inactive on the left hand side, click apply filters, and you can see the entity.

Auto-Response 2020-06-25 16:18:31
#ConnectSupport: i'm scanning some docs right now

Auto-Response 2020-06-25 16:18:30
#ConnectSupport: It shows the entity become active on 2/11/2019 and expired on 2/06/2020 so nothing has been done since then.

Auto-Response 2020-06-25 16:18:29
#ConnectSupport: can you tell me when he renewed

Auto-Response 2020-06-25 16:18:28
#ConnectSupport: Okay, thank you. I will make sure tier 3 reviews that DUNS report also.

Auto-Response 2020-06-25 16:18:27
#ConnectSupport: yes i'll upload some more documents right now

Auto-Response 2020-06-25 16:18:26
#ConnectSupport: that is what shows up in the DUNS report

Auto-Response 2020-06-25 16:18:25
#ConnectSupport: I will be sending this to tier 3 for review and I will put the severity level on urgent for you. If you want upload any documents that might help tier 3 you can do so by clicking the paper clip icon.

Auto-Response 2020-06-25 16:18:24
#ConnectSupport: I can not see when he lasted logged in. It just shows he was the last person to renew and the registration expired at that time. So he should not been able do any contracts or grants since 2/06/2020 where it has expired.

Auto-Response 2020-06-25 16:18:23

#ConnectSupport: so can you see any recent activity or logins?

Auto-Response 2020-06-25 16:18:22
#ConnectSupport: It expired on 2/06/2020.

Auto-Response 2020-06-25 16:18:21
#ConnectSupport: I paid for the DUNS credit report

Auto-Response 2020-06-25 16:18:20
#ConnectSupport: yes, I can see the registration expired as well, but 04/2020 there was a payment of $250 made by Zroblack to a public administration office

Auto-Response 2020-06-25 16:18:19
#ConnectSupport: Let me check here.

Auto-Response 2020-06-25 16:18:18
#ConnectSupport: can you tell me the last time the Zroblack Sam account was updated please

Auto-Response 2020-06-25 16:18:17
#ConnectSupport: I see the registration expired so as of right now he should not be able to use that DUNS number until it gets renewed.

Auto-Response 2020-06-25 16:18:16
#ConnectSupport: My biggest concern is that he is making transactions with my government ID because I have never had access to the SAM System

Auto-Response 2020-06-25 16:18:15
#ConnectSupport: Okay, I will send this to tier 3 so they can review this issue. The tier 3 team will contact you back through email if they need any of that information. If you feel like you need attach any documents right now you can and they will be able see the attachments. If you ever need access you can do a notarized letter that we offer to gain access. The tier 3 team will advise how to proceed with getting access.

Auto-Response 2020-06-25 16:18:14
#ConnectSupport: I have sent multiple password reset requests to je@zroblack.com in an attempt to prove he has access, and I cannot access the SAM govt system

Auto-Response 2020-06-25 16:18:13
#ConnectSupport: my attorneys can send them to you if necessary

Auto-Response 2020-06-25 16:18:12
#ConnectSupport: I can provide all legal documents

Auto-Response 2020-06-25 16:18:11
#ConnectSupport: yes, he would not approve it, the email associated is je@zroblack.com and he has held the email and domain hostage and renewed the domain as well for now over a year

Auto-Response 2020-06-25 16:18:10
#ConnectSupport: I see John Saenz was the last person to renew the registration. If you sent a role request to become the admin you are advising he would not approve it?

Auto-Response 2020-06-25 16:18:09

#ConnectSupport: i have called local law enforcement for impersonation of my company Zroblack, and withholding a government issued ID, and they would not help

Auto-Response 2020-06-25 16:18:08
#ConnectSupport: i have a case number for the DLA

Auto-Response 2020-06-25 16:18:07
#ConnectSupport: i have called the DLA and reported fraud and they escalated this to high priority because it involved national security importance

Auto-Response 2020-06-25 16:18:06
#ConnectSupport: 116957880

Auto-Response 2020-06-25 16:18:05
#ConnectSupport: yes

Auto-Response 2020-06-25 16:18:04
#ConnectSupport: now, there have been transactions DUNS has found using ZroBlack LLC government CAGE code and i don't know what to do

Auto-Response 2020-06-25 16:18:03
#ConnectSupport: Okay, can I please have the DUNS number?

Auto-Response 2020-06-25 16:18:02
#ConnectSupport: my name is Jonathan Villarreal and I'm the owner of ZroBlack LLC - My former business partner has been holding my sam.gov login and cage number hostage, since august of 2019. He signed the company over to me on August 9th, 2019, legally with attorney's and I have been battling this for almost a year

Auto-Response 2020-06-25 16:18:01
#ConnectSupport: My name is Trenton. I am happy to assist you. Mr. Jonathan Villarreal, so you are advising that the SAM account is being fraudulent used. Can you provide some more information?

Auto-Response 2020-06-25 16:18:00
#ConnectSupport: How may I assist you today?

Auto-Response 2020-06-25 16:17:59
#ConnectSupport: My Sam.gov ID fraudulently being used, please help

Auto-Response 2020-06-25 16:17:58
Mr. Villarreal stated &quot;I'm the owner of ZroBlack LLC - My former business partner has been holding my sam.gov login and cage number hostage, since august of 2019. He signed the company over to me on August 9th, 2019, legally with attorney's and I have been battling this for almost a year.&quot; Agent requested if he sent a role request would John Saenz be able to approve the request. He stated he would not approve it. Agent advised we will send this to tier 3 for further assistance. Knowledge article KB0013436: [code]&lt;p style=&quot;margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt;If you become concerned that your user account or SAM registration have been compromised, we recommend that you:&lt;/span&gt;&lt;/p&gt; &lt;p style=&quot;margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt; &lt;/span&gt;&lt;/p&gt; &lt;ul style=&quot;margin-bottom: 0in; list-style-position: inside;&quot;&gt;&lt;li style=&quot;font-size: 10pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;, serif;&quot;&gt;Check the information on your SAM user

account and update any inaccurate information. See &lt;u&gt;&lt;span style=&quot;color: #1155cc;&quot;&gt;&lt;a href=&quot;https://fsd.gov/fsd-gov/answer.do?sysparm_kbid&amp;#61;45d0e67e6f5851002119565 32e3ee437&amp;amp;sysparm_search&amp;#61;KB0011109&quot; rel=&quot;nofollow&quot;&gt;&quot;How do I change the information on my SAM User Account?&quot;&lt;/a&gt;&lt;/span&gt;&lt;/u&gt;&lt;/li&gt;&lt;li style=&quot;font-size: 10pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;, serif;&quot;&gt;Change your login.gov password and update your security questions if unauthorized access to your user account is suspected. See &lt;u&gt;&lt;span style=&quot;color: #1155cc;&quot;&gt;&lt;a href=&quot;https://fsd.gov/fsd-gov/answer.do?sysparm_kbid&amp;#61;cdd0e67e6f5851002119565 32e3ee439&amp;amp;sysparm_search&amp;#61;KB0011115&quot; rel=&quot;nofollow&quot;&gt;&quot;How do I change my Login.gov user account password for SAM?&quot;&lt;/a&gt;&lt;/span&gt;&lt;/u&gt;&lt;/li&gt;&lt;li style=&quot;font-size: 10pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;, serif;&quot;&gt;Confirm that all other users associated with the SAM registration are the appropriate authorized users. Update your authorized users as needed. See &lt;a title=&quot;&quot;How do I remove a user's roles for an entity?&quot;&quot; href=&quot;https://www.fsd.gov/fsd-gov/answer.do?sysparm_kbid&amp;#61;57581aaedbe56fc04b207d0e0f961 92d&amp;amp;sysparm_search&amp;#61;KB0013437&quot; target=&quot;_blank&quot; rel=&quot;nofollow&quot;&gt;&quot;How do I remove a user's roles for an entity?&quot;&lt;/a&gt;&lt;/li&gt;&lt;li style=&quot;font-size: 10pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;, serif;&quot;&gt;Notify any authorized users that they should change their login.gov account passwords.&lt;/li&gt;&lt;li style=&quot;font-size: 10pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;, serif;&quot;&gt;Log in to your SAM registration to verify the accuracy of the information, and update where needed. Remember to click submit when you have finished making any changes. See &lt;u&gt;&lt;span style=&quot;color: #1155cc;&quot;&gt;&lt;a href=&quot;https://fsd.gov/fsd-gov/answer.do?sysparm_kbid&amp;#61;dad02a7e6f5851002119565 32e3ee437&amp;amp;sysparm_search&amp;#61;KB0011673&quot; rel=&quot;nofollow&quot;&gt;&quot;How do I view my entity management registration while logged in to SAM?&quot;&lt;/a&gt;&lt;/span&gt;&lt;/u&gt;&lt;/li&gt;&lt;/ul&gt; &lt;p style=&quot;margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt; &lt;/p&gt; &lt;p style=&quot;margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt;&lt;strong&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt;Note:&lt;/span&gt;&lt;/strong&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt; Sensitive information (i.e. Banking Information) is masked with the exception of the last 4 characters. If the last 4 characters do not match as expected, you should update the information.  &lt;u&gt;&lt;span style=&quot;color: #1155cc;&quot;&gt;&lt;a href=&quot;https://fsd.gov/fsd-gov/answer.do?sysparm_kbid&amp;#61;86d02a7e6f5851002119565 32e3ee412&amp;amp;sysparm_search&amp;#61;KB0011590&quot; rel=&quot;nofollow&quot;&gt;&quot;How do I update my entity's existing SAM registration?&quot;&lt;/a&gt;&lt;/span&gt;&lt;/u&gt;.&lt;/span&gt;&lt;/p&gt;[/code] Knowledge article KB0013434: [code]&lt;p style=&quot;border: none; margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt;The user indicated that FSD should perform further fraud investigation regarding this issue. &lt;/span&gt;&lt;/p&gt; &lt;p style=&quot;border: none; margin: 0in 0in 0.0001pt; line-height: 115%; font-size: 11pt; font-family: Arial, sans-serif;&quot;&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt; &lt;/span&gt;&lt;/p&gt; &lt;p&gt;&lt;span style=&quot;font-size: 10.0pt; line-height: 115%; font-family: &amp;#39;Times New Roman&amp;#39;,serif;&quot;&gt;Escalating the request for potential SAM Fraud Investigation. The Tier-1 agent is not authorized to address this particular issue but is tasking an authorized Tier-3 agent to provide further assistance.&lt;/span&gt;&lt;/p&gt;[/code] Knowledge article KB0012635: [code] &lt;p&gt;Escalating request to the Tier 3 queue for the associated service. &amp;nbsp;The tier-1 agent is

not authorized to address this particular issue, but is tasking a Tier-3 agent, who is authorized to help you with this issue.&lt;/p&gt; [/code]