Gmail        Jonathan Villarreal

# DLA Service Ticket Response

2 messages

**Mary Nigg**                Thu, Jul 2, 2020 at 2:11 PM
To: JONATHAN VILLARREAL

Thank you for contacting DLA. Below are details regarding your issue and/or concern.

Service Ticket Information
Ticket No./Date:    8006533214 / 07/01/2020
Description:        CGE DUNS 116957880 CAGE 88RY7
NSN:
Requisition Number:
PO#/PR#:
Contract Number:
Status:           Closed

Problem/Interim/Resolution
RESOLUTION 7/2/2020

Jonathan Villarreal:

The information and resolution contained in ticket number 8006522770 are being forwarded to our DLA legal counsel and Fraud Counsel. If they have further questions regarding your case then someone will contact you. The DLA CAGE Office cannot comment on what action you need to take when you already have a civil court case and the FBI involved.

This DUNS number has expired in the SAM system in February 2020. You would need to contact GSA and have them give you steps on how to prevent Mr. Saenz from having continued access to the registration and data contained within. Their helpdesk is the Federal Service Desk - 866-606-8220, https://www.fsd.gov/fsd-gov/home.do.

The DLA CAGE Office will flag this CAGE Code and DUNS number for any further update actions in the future to help prevent any changes to the data.

As for your question regarding what CAO-ADP S4402A-HQ0339 is, these are codes that identify what contract administrative office and payment office are related to the zip code location given in the registration.

Thank you,
Mary Nigg
Commercial and Government Entity (CAGE), Business Management Office
Enterprise Sourcing, Medical, Contingency (J62-CHA)
Defense Logistics Agency (DLA)Service Ticket Detail
Created By:       HP90441
Created On:      07/01/2020
Closed On:       07/02/2020

Customer Information
Contact Name:      JONATHAN VILLARREAL
Contact Position:   Mr.
Contact Telephone:
Contact Email:


PLAINTIFF'S EXHIBIT 38

Account Address
DODAAC:
----------------------------------------------------------------------
We are DLA. We stand committed to providing logistics solutions to our valued customers.

This email is for information purposes only. If you require further assistance, please send a reply back on this email or call our DLA Customer Interaction Center (CIC) at 1(877)352-2255, COMM 1(269)961-7766, or DSN 661-7766. To help us assist you, please refer to your Service Ticket number.

ZROBLACK LLC                                  Page
179 ENTERPRISE PARKWAY STE 101                 2
BOERNE TX  78006


Service Ticket No./Date
8006533214 / 07/01/2020


Customer Interaction Center (CIC) Toll Free 1-877-352-2255 (Available 24 X 7)
Direct 1-269-961-5189
Cell 269-832-1486
DSN 661-5189
http://www.dla.mil/CustomerSupport.aspx

"We are DLA. We are committed to providing you, our valued customer, with logistics solutions."

################################################################################
INTERIM RESPONSE:  7/2/20

We received your request and are exploring all opportunities to assist you. You will be contacted regarding your request. Registrations sent from SAM to CAGE for processing are worked in the date order received at CAGE after IRS validation. Please take note the date processing order will be adhered to by CAGE.

Your patience is greatly appreciated. This email is for informational purposes only. Please do not reply; doing so could delay your response.

Thank you,

Defense Logistics Agency - Commercial and Government Entity (CAGE) Team
Defense Logistics Agency Customer Interaction Center - 1-877-352-2255
(Available 24 X 7)




Problem:

Customer is calling regarding his entity and what was proposed as a resolution.  Please see ticket number 8006522770.   Customer states the concern he has with creating a new entity is it does not reflect the

work he put into his company and the reputation he has worked hard to establish.   He is unable to be awarded contracts.   He does not know what to do to protect that.   There has been a lot of technology he has created that has been compromised.   He is looking for some sort of help.   He is also inquiring ------------------------------what this information means ------------------------------from the cage---------

We are DLA.  We stand committed to providing logistics solutions to our valued customers.

This email is for information purposes only.  If you require further assistance, please send a reply back on this email or call our DLA Customer Interaction Center (CIC) at 1(877)352-2255, COMM 1(269)961-7766, or DSN 661-7766.  To help us assist you, please refer to your Service Ticket number.

ZROBLACK LLC                                                  Page
179 ENTERPRISE PARKWAY STE 101                                 3
BOERNE TX  78006


Service Ticket No./Date
8006533214 / 07/01/2020


website.  CAO-ADP S4402A-HQ0339

DUNS 116957880 CAGE 88RY7


Learn about DLA Self Help Tools available to you online at
http://www.dla.mil/CustomerSupport/Resources/SelfHelp.aspx

We are DLA.  We are committed to providing you, our valued customer, with logistics solutions.

---

We are DLA. We stand committed to providing logistics solutions to our valued customers.

This email is for information purposes only. If you require further assistance, please send a reply back on this email or call our DLA Customer Interaction Center (CIC) at 1(877)352-2255, COMM 1(269)961-7766, or DSN 661-7766. To help us assist you, please refer to your Service Ticket number.

---

**jonathan villarreal**                    Sun, Jul 5, 2020 at 12:11 AM
To: Mary Nigg

Hi Mary,

Thank you for the response. Unfortunately, I have not heard back from the FSD, it's been over 2 weeks now, and I regularly follow up. I was however contacted by a Sam.gov employee. I have a full recorded phone call with her telling me that a 56 page document that you sign when signing up for Sam.gov is not a contract, it's an agreement(no difference), and that Sam.gov is not responsible for any fraudulent claims people make.

This has now come to the point in which my civil rights are being violated under the color of law, and I will be going forward with filing a civil rights complaint with the Department of Justice, Monday Morning July 6th, 2020. Mary, you were very kind, helpful, and took this very seriously, and I thank you for that.

Please pass this along to anyone that may be able to help the department of justice investigate this fraud against me, my company and the gov., investigate my civil rights have being violated, and investigate the discrimination and abuse I endured for 45 minutes on a recorded phone call with Sam.gov.

I will be happy to provide all correspondence and the audio and video recording I am speaking of.

Respectfully,
Jonathan Villarreal

> On Jul 2, 2020, at 2:16 PM, Mary Nigg        wrote:
>
>

[Quoted text hidden]