# Gmail

## You've successfully deleted an Office 365 user account

1 message

**GoDaddy** <donotreply@godaddy.com>  
Thu, Aug 15, 2019 at 1:09 PM  
To: 1337 00 <​_____​>

# GoDaddy

GoDaddy Customer, we've completed your request to delete a user account.

24/7 Support: +1 (480) 463-8835

## User account removed

As requested, an Office 365 user account associated with the following email address has been deleted:

jv@zroblack.com  
Office 365 Starter Email

Ready to set up a new one?

**Set up new user account**

### Need Help?

Call: +1 (480) 463-8835

Click: Online Support

---

Email from Godaddy To Jonathan Villarreal's Recovery Email Address set for jv@zroblack.com

John Saenz Deleted JV@ZROBLACK.COM

Date: August 15th, 2019

---

**PLAINTIFF'S EXHIBIT 41**

# zroblack.com
whois information

[ Whois ] [ DNS Records ] [ Diagnostics ]

John Registers Zroblack.com
With Godaddy For another year

Notice the date of update
Godaddy Bills On The Exact Same Date
If Auto Renew Is Activated
This was a manual renew of Zroblack.com
John Saenz has ownership of Zroblack.com

Date: Jan 12th, 2020

cache expires in 23 hours, 58 minutes and 41 seconds

## Registrar Info

| | |
|---|---|
| Name | GoDaddy.com, LLC |
| Whois Server | whois.godaddy.com |
| Referral URL | http://www.godaddy.com |
| Status | clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited |

## Important Dates

| | |
|---|---|
| Expires On | 2021-01-11 |
| Registered On | 2019-01-11 |
| Updated On | 2020-01-12 |

## Name Servers

| | |
|---|---|
| NS71.DOMAINCONTROL.COM | 97.74.105.46 |
| NS72.DOMAINCONTROL.COM | 173.201.73.46 |

## Similar Domains



Jonathan Villarreal Attempts A Password Reset of je@zroblack.com through Godaddy Office 365 Email

Date: Jun 20th, 2020





Jonathan Villarreal Attempts To Perform a Password Reset For jv@zroblack.com Through Godaddy Office 365 Email

Response: Email Address Does Not Exist

Date: Jun 20th, 2020