FILED
January 19, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                       DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLAREAL,<br>    *Plaintiff*,<br><br>v.<br><br>JOHN SAENZ, MIGUEL VILLAREAL, JR.,<br>GUNN, LEE & CAVE, P.C.,<br>    *Defendants*. | §<br>§<br>§<br>§   CAUSE NO: SA-20-CV-0571-OLG<br>§<br>§<br>§<br>§ |

## AMENDED REFERRAL ORDER

On this date came on to be considered the status of the above-styled and numbered cause. On August 24, 2020, the instant action was referred to United States Magistrate Judge Richard B. Farrer for disposition of all pretrial matters, with certain exceptions, including Motions for Temporary Restraining Orders and Preliminary Injunctions. *See* docket no. 22. The original Referral Order stated that if appropriate, those matters "shall be referred by separate order of this Court." *See id*.

Having reviewed the status of the case and Plaintiff's First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief (docket no. 29-3) (the "Motion for TRO and Injunctive Relief" or "Motion"), the Court finds that it is appropriate to refer consideration of those matters to Magistrate Judge Farrer as well.

Accordingly, pursuant to 28 U.S.C. § 636 and the Court's prior Referral Order, Plaintiff's Motion for TRO and Injunctive Relief (docket no. 29-3) and all associated and/or attached

filings[1] are hereby **REFERRED** to United States Magistrate Judge Richard B. Farrer for consideration.

It if further **ORDERED** that the Court's prior Referral Order (docket no. 22) shall otherwise remain in effect with respect to all other matters in this case.

It is so **ORDERED**.

Signed this  19th  day of January, 2021.

                                      ORLANDO L. GARCIA
                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Motion for TRO and Injunctive Relief is presently filed as an attachment to a Motion for Leave to File Sealed Document. It is the Court's understanding that the Motion for TRO and Injunctive Relief will be given its own docket number, and thus, this Order shall be construed as referring the substantive consideration of those matters irrespective of whether they are docketed as docket no. 29-3 or a separate item.