**From: je@ZroBlack** je@zroblack.com 📎
**Subject:** Fwd: Apple Quotation for Zroblack : 2205493291
**Date:** May 2, 2019 at 9:13 AM
**To:** JV jv@zroblack.com

Do you agree with all this?  We now have an Apple business account.  6% off MacBook and 10% off apple care and other discounts on different items.

Sincerely,
John E. Saenz
CEO

e: je@zroblack.com
p: 210-473-1694
w: www.zroblack.com
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Begin forwarded message:

**From:** Apple Business Team <lacanterabusiness@apple.com>
**Date:** May 2, 2019 at 9:08:00 AM CDT
**To:** je@zroblack.com
**Cc:** <lacanterabusiness@apple.com>
**Subject: Apple Quotation for Zroblack : 2205493291**
**Reply-To:** <lacanterabusiness@apple.com>



| Quote: | Date: | Valid until: |
|---|---|---|
| 2205493291 – 18000002540784 | Thursday, May 02, 2019 | Saturday, June 01, 2019 |

| Prepared for: | Ship to: | Prepared by: |
|---|---|---|
| John Saenz | John Saenz | Joseph Sannicola |
| Zroblack | APPLE INC | Apple Business Team |
| 1150 N Loop 1604 w Ste. 108–259 | 15900 LA CANTERA PARKWAY | lacanterabusiness@apple.com |
| San Antonio, TX 78248 | SAN ANTONIO, TX 78256–2422 | |
| 2104731694 | 2104731694 | |
| je@zroblack.com | | |
| Customer ID: 18000002540783 | | |

| Product / Description | Qty | Price | Total |
|---|---|---|---|
| **15–inch MacBook Pro with Touch Bar: 2.6GHz 6–core 8th–generation Intel Core i7 processor, 512GB – Space Gray** | 1 | $2,631.00 | **$2,631.00** |
| MR942LL/A | | | |
| **Configuration:** | | | |
| • 2.6GHz 6–core 8th–generation Intel Core i7 | | | |



PLAINTIFF'S
EXHIBIT

**5**

- 8th Gen 6-core 8th-generation Intel Core i7 processor, Turbo Boost up to 4.3GHz
- Radeon Pro 560X with 4GB of GDDR5 memory
- 16GB 2400MHz DDR4 memory
- 512GB SSD storage
- Force Touch Trackpad
- Four Thunderbolt 3 ports
- Touch Bar and Touch ID
- Backlit Keyboard – US English

| | | | |
|---|---|---|---|
| **AppleCare+ for 15-inch MacBook Pro**<br>S6127LL/A | 1 | $341.00 | **$341.00** |
| **AirPods with Charging Case**<br>MV7N2AM/A | 13 | $159.00 | **$2,067.00** |

| | |
|---|---|
| Subtotal | $5,039.00 |
| Estimated Tax | $415.72 |
| **Estimated Total (USD)** | **$5,454.72** |

**Additional Notes**

Here is the quote with Loyalty Pricing applied to the MacBook Pro. this order will also qualify your business to receive discounts on any purchase for the next 12 month cycle. Percentages vary by product. I can provide you with more details about the Loyalty Pricing Program in store.

If you would like to proceed with this order please let me know and I can ensure the AirPods are set aside for us.

Have a Great Day,

Joseph Sannicola
Business Expert
lacanterabusiness@apple.com
(210)276-2305

**Terms and Conditions**

This is a quote invoice, not a receipt of purchase. The applicable sales tax and any additional surcharges (such as recycling fees) are subject to verification and will be reflected on your final invoice.

Product availability and pricing are subject to change without notification. The configurations and pricing noted in this quote are generally valid for up to 30 days, and are specifically intended for purchase by the entity indicated above. Quotes that reflect promotional or special sales event discounts are valid only for the duration of the promotion or special sales event.

Consideration for business pricing is made based on the type of product, the quantity and the availability of the products ordered. For further information regarding this proposal, please contact your Apple Business Team. Our full sales and refund terms and conditions can be found at http://www.apple.com/legal/sales-support/.

http://www.apple.com/retail/business/

DUPLICATE RECEIPT



**Apple La Cantera**
15900 La Cantera Pkwy
San Antonio, TX 78256
lacantera@apple.com
210-276-2302
www.apple.com/retail/lacantera

---

May 02, 2019  05:00 PM

---

| | |
|---|---|
| **MBP 15.4 SG/2.6GHZ/16GB/RP560X/512GB** | **$ 2,799.00** |

Part Number: MR942LL/A
Serial Number: C02YF1Y9JG5J
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

| | |
|---|---|
| Business Discount | ($ 168.00) |

| | |
|---|---|
| **AppleCare+ for MacBook Pro 15/16inch** | **$ 379.00** |

Part Number: S6056LL/A
Agreement Number: 970131319012581
Plan End Date: May. 01, 2022
Sales Associate ID: 973538150
Serial Number: C02YF1Y9JG5J

This plan is registered automatically.
Verify your coverage at
apple.com/support/applecare/ww/

Terms & Conditions:
You may cancel at any time (restrictions apply). By purchasing,
you agree to receive the contract terms electronically by
visiting http://www.apple.com/legal/sales-support/applecare/
applecareplus/docs/applecareplusmacus.html

For Support, Visit: support.apple.com

| | |
|---|---|
| Business Discount | ($ 38.00) |

| | |
|---|---|
| **AIRPODS WITH CHARGING CASE-AME** | **$ 159.00** |

Part Number: MV7N2AM/A
Serial Number: GT9YJ12KLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

| | |
|---|---|
| **AIRPODS WITH CHARGING CASE-AME** | **$ 159.00** |

Part Number: MV7N2AM/A
Serial Number: GT2YK0K8LX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

| | |
|---|---|
| **AIRPODS WITH CHARGING CASE-AME** | **$ 159.00** |

Part Number: MV7N2AM/A
Serial Number: GT7YJ42TLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT2YK0PSLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT6JY2VLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT2YK1FFLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT6YK1UWLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT7YJ0KMLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

**AIRPODS WITH CHARGING CASE-AME**                                    **$ 159.00**

Part Number: MV7N2AM/A
Serial Number: GT9YK18XLX2Y
Return Date: May. 16, 2019

For Support, Visit: www.apple.com/support

| | |
|---|---|
| Sub-Total | $ 4,403.00 |
| Tax@8.25% | $ 363.27 |
| **Total** | **$ 4,766.27** |

**Payment Method**

Amount Paid Via  (Manual)                                    $ 4,766.27
•••• 8032
025957



\* R 1 3 1 4 6 4 6 8 2 8 \*

Please debit my account  •••• 8032 by $ 4,766.27 (Sale)
Card Number: •••• 8032
Terminal ID: xxxx0072
Application PAN Sequence Number: 0
Device Id: DEVICE_ID
Card Type: Credit
Verified by Signature

http://apple.com/legal/sales-support/sales-policies/retail.html
Get one year free Apple TV+ when you buy a new iPhone, iPad, iPod touch, Apple TV, or
Mac, subject to the terms and conditions. For details go to https://www.apple.com/promo
For information on how to recycle used electronic
devices, please visit: https://www.apple.com/trade-in

# Wells Fargo Simple Business Checking

May 31, 2019  ■  Page 1 of 6



ZROBLACK LLC
1150 N LOOP 1604 W STE 108-259
SAN ANTONIO TX 78248-4552

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $18,467.25 |
| Deposits/Credits | 9,338.42 |
| Withdrawals/Debits | - 24,178.46 |
| **Ending balance on 5/31** | **$3,627.21** |
| Average ledger balance this period | $7,849.19 |

Account number: ▓▓▓▓▓**0222**

**ZROBLACK LLC**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|-------------------|---------------------|
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | ■ |
| 5/3 | | Purchase authorized on 05/01 Apl*Apple Online S 800-676-2775 CA S309121830183426 Card 8032 | | 344.24 | |
| 5/3 | | Purchase authorized on 05/01 Apl*Apple Online S 800-676-2775 CA S469121832266875 Card 8032 | | 344.24 | |
| 5/3 | | Purchase authorized on 05/01 Apl*Apple Online S 800-676-2775 CA S309121833843263 Card 8032 | | 344.24 | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | | ■ |
| 5/6 | | Purchase Return authorized on 05/05 Apl*Apple Online S 800-676-2775 CA S629125544113793 Card 8032 | 344.24 | | |
| 5/6 | | Purchase Return authorized on 05/05 Apl*Apple Online S 800-676-2775 CA S629125544114177 Card 8032 | 344.24 | | |
| 5/6 | | Purchase authorized on 05/02 Apple Store #R131 San Antonio TX S589122791855855 Card 8032 | | 4,766.27 | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | ■ |
| ■ | | ■ | | ■ | |
| ■ | | ■ | | ■ | |

May 31, 2019 ■ Page 3 of 6



*Transaction history*  *(continued)*



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| ████ | | ████████ | ████ | | |
| ████ | | ████████████ | | ██ | |
| ████ | | ████████ | | ██ | |
| ████ | | ████████ | | ██ | |
| ████ | | █████████ | | ██ | |
| ████ | | ██████████ | | ██ | |
| ████ | | █████████ | | ██ | |
| ████ | | ███████ | | ██ | ███ |
| ████ | | ████████ | | ██ | |
| ████ | | ██████████ | | ██ | |
| ████ | | █████████ | | ██ | |
| ████ | | ██████████ | | ███ | |
| ████ | | ██████████ | | ███ | |
| ████ | | █████████ | | ██ | |
| ████ | | ████████ | | ██ | |
| ████ | | ██████████ | | ██ | |
| ████ | | ████████ | | ██ | |
| ████ | | ████████ | | ███ | ███ |
| ████ | | █████████ | | ██ | |
| ████ | | ██████████ | | ███ | ███ |
| ████ | | ██████████ | | ███ | ███ |
| ████ | | █████████ | | ████ | ███ |
| ████ | | █████████ | | ██ | ███ |
| ████ | | █████████ | ██ | | ███ |
| ████ | | ████████ | ██ | | |
| ████ | | ██████████ | | ██ | |
| | | █ | | | |

May 31, 2019 ▪ Page 5 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| ████ | | █████████████████████ | | █████ | ██████ |
| **Ending balance on 5/31** | | | | | **3,627.21** |
| Totals | | | $9,338.42 | $24,178.46 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2019 - 05/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $500.00 | $7,849.00 ☑ |
| C1/C1 | | |

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✔ IMPORTANT ACCOUNT INFORMATION

Effective June 24, 2019, the cash deposited fee will be renamed to cash deposit processing fee. There is no change to the amount of cash you can deposit to your account each month at no charge. In addition, the fee assessed for exceeding the amount of cash deposited each month with no fee will remain the same. To review the amount of cash deposits processed each month with no fee and any cash deposit processing fees, please refer to Cash Deposited information in the "Account transaction fees summary" section of your statement.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                      $ _____
register or transfers into                               $ _____
your account which are not                               $ _____
shown on your statement.                               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801