**From:** JV jv@zroblack.com
**Subject:** Re: Project Z
**Date:** April 12, 2019 at 7:49 AM
**To:** Mike Villarreal
**Cc:** je@ZroBlack je@zroblack.com, Rebekah Maldonado

John and I went through it last night, he had concerns, but at the end of our talks we worked out the logic behind the revenue sharing.

I hope this closes today too, hard lessons have been learned for sure. If we sign today, it's basically as though we are getting a $750,000 salary each for 2019.

Do you have a recommendation for an attorney that can setup a trust for me?

Thanks!
Jonathan Villarreal

On Apr 12, 2019, at 7:39 AM, Mike Villarreal wrote:

> They also went back to the split in customers (new vs. existing) and calculations for revenue, and , even disputes to be handled in Delaware.
> I assume all their changes were acceptable then?
>
> Hopefully this will close today.
>
> Mike Villarreal
> Gunn, Lee & Cave, P.C.
> Callaghan Tower
> 8023 Vantage Dr., Suite 1500
> San Antonio, Texas 78230
> (210) 886-9500
> (210) 886-9883 (Facsimile)
>
> The documents and information accompanying this electronic transmission contain information belonging to Gunn, Lee & Cave, P.C., which is confidential and/or legally privileged.  This information is only intended for the use of the individual or entity named above.  IF YOU ARE NOT THE NAMED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, PRINTING, COPYING, DISTRIBUTION OR TAKING OF THIS INFORMATION FOR ANY USE WHATSOEVER IS STRICTLY PROHIBITED.  If you have received this electronic transmission in error, please immediately reply and notify the sender and delete the message.  Unauthorized interception of this electronic transmission is a violation of federal criminal law.



PLAINTIFF'S EXHIBIT 9