

**From:** Jonathan Lee
**Date:** September 12, 2019 at 4:49:26 PM CDT
**To:** Miguel.Villarreal
**Subject: One more thing**

Hi Mike,

John deleted all of my emails and his, and it's a felony to delete company records.

He's not in a good position for John right now.

Thanks for everything Mike,
Jonathan Villarreal

PLAINTIFF'S EXHIBIT
20