Gmail

jonathan villarreal 

## Deployment Programs Support at Apple - Case1 01118397166

jonathan villarreal < ▓▓▓▓ >
To: vpp@apple.com

Thu, Jun 25, 2020 at 12:19 PM

Patrick,

Thanks for reaching out.

I am the lawful owner of ZroBlack, Bettina Holbrook is my wife and an employee of Bike Inc, a corporation owned by ZroBlack.

I added Bettina's phone number as a reference as the Apple business form requested, but it seems as though the DUNS phone number is still attached to the last phone number associated.

The phone number you have been trying to reach 210-473-1694 is the phone number of John Saenz, a former business partner that is fraudulently impersonating my company ZroBlack. I have been trying to get him to release the DUNS information and this is the 2nd time now that I have tried to apply to the Apple Business Programs with no avail. I have alerted the authorities of the fraud and impersonation, and I can't seem to get around his phone number being tied to all of my company asserts.

John Saenz is holding my company information hostage, and this is the 2nd email I have sent to Apple regarding this exact situation. My company ZroBlack is registered to my name only in Delaware and in Texas. The email address ▓▓▓▓▓▓ is also an email address I own which is registered with Apple Business, and I cannot access that email address because it too is being held hostage, and preventing me from conducting business and receiving important messages legal correspondence from DUNS and CAGE and Apple.

I can provide all necessary documentation. I also have filed a stolen laptop report with Apple regarding John Saenz stealing a company MacBook Pro purchased by ZroBlack, registered with the ZroBlack business account. I was able to verify my identity and ownership of ZroBlack when I called in as I was advised 2 months ago when applying for the Apple Business Solutions Account (which I already have and cannot access).

I am desperately needing to use Apples MDM business solutions to conduct business and to continue my Doctoral Dissertation in Computer Science. I currently attend Colorado Technical University.

I have had to beg professors for more time to conduct my research, I have asked clients for more time to implement Apple specific solutions and I am now out of time. I am in dire straits right now, and I do not know what to do.

I can submit all legal information through email and even through my attorneys if necessary.

Thank you for your time and please let me know how you can help, time is of the essence.

Respectfully,
Jonathan Villarreal
Owner of ZroBlack, LLC
830-499-3071

On Jun 25, 2020, at 9:07 AM, vpp@apple.com wrote:

[Quoted text hidden]

