IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLARREAL, § | |
| Individually and derivatively on behalf § | |
| Of ZROBLACK, LLC § | |
|     Plaintiffs, § | |
| v. § | No. 5:20-cv-00571-OLG |
| § | |
| JOHN SAENZ, et al., § | |
|     Defendants. § | |

## AGREED ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

**CAME ON** for consideration the Unopposed Motion to Exceed Pages Limits filed by Defendants MIGUEL VILLARREAL, JR., and GUNN, LEE, & CAVE, P.C. (the "Motion"). The Court, having considered the Motion, the Parties' agreements as represented therein, and the record in this case, finds that the Motion is well-taken and should be granted. It is therefore

**ORDERED, ADJUDGED, and DECREED** that the Defendants may file motions pursuant to Federal Rule of Civil Procedure 12 that do not exceed 30 pages; it is further

**ORDERED** that the Plaintiffs may file responses to such motions pursuant to Federal Rule of Civil Procedure 12 that do not exceed 30 pages; it is further

**ORDERED** that the Defendants may file replies to Plaintiffs' responses that do not exceed 15 pages.

Dated January __, 2021.

_____
RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE

AGREED TO IN FORM AND SUBSTANCE

| | |
|---|---|
| /s/ *Natalie F. Wilson*<br>**LANGLEY & BANACK, INC.**<br>745 E. Mulberry, Suite 700<br>San Antonio, Texas 78212<br>(210) 736-6600 Telephone<br>(210) 735-6889 Telecopier<br>Email:  nwilson@langleybanack.com<br><br>GEORGE H. SPENCER, JR.<br>State Bar No. 18921001<br>NATALIE F. WILSON<br>State Bar No. 24067769<br><br>Counsel to MIGUEL VILLARREAL, JR., and GUNN, LEE & CAVE, PC | /s/ *David A. Vanderhider* (with permission)<br>**DYKEMA GOSSETT PLLC**<br>112 E. Pecan Street - Suite 1800<br>San Antonio, TX 78205<br>210-554-5484<br>Fax: 210-226-8395<br><br>DAVID A. VANDERHIDER<br>State Bar No. 24070787<br>RYAN J. SULLIVAN<br>State Bar No. 24102548<br><br>Counsel to Defendant JOHN SAENZ |
| /s/ *Joseph L. Lanza* (with permission)<br>**VETHAN LAW FIRM**<br>11459 Huebner Road, Suite 101<br>San Antonio, TX 78230<br>210-824-2220<br>Fax: 713-526-2230<br><br>CHARLES M.R. VETHAN<br>State Bar No. 00791852<br>JOSEPH L. LANZA<br>State Bar No. 00784447<br>STEVEN A. CASTELLO<br>State Bar No. 240672677<br><br>Counsel to PLAINTIFFS | |