IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLARREAL, § <br> Individually and derivatively on behalf § <br> Of ZROBLACK, LLC § <br>             Plaintiffs, § <br> v. § <br> § <br> JOHN SAENZ, et al., § <br>             Defendants. § | No. 5:20-cv-00571-OLG |

**STIPULATION AND AGREED ORDER FOR DEADLINES RELATED TO (I) PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT AND (II) PLAINTIFF'S FIRST AMENDED APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTIVE RELIEF**

**CAME ON FOR CONSIDERATION** the request by to enter a Stipulation and Agreed Order Related to (I) Plaintiffs' First Amended Verified Complaint and (II) Plaintiffs' First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief. The Court, having considered the Parties' stipulation and representations and the record in this case, finds that the request is well-taken and should be Granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the deadline for Defendants to file their responses to the First Amended Verified Complaint and the Amended Application shall be February 4, 2021.

[Signature Page Follows]

Dated January __, 2021.

                                                _____
                                                RICHARD FARRER
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATED AND AGREED TO BY

| | |
|---|---|
| /s/ *Natalie F. Wilson*<br>**LANGLEY & BANACK, INC.**<br>745 E. Mulberry, Suite 700<br>San Antonio, Texas 78212<br>(210) 736-6600 Telephone<br>(210) 735-6889 Telecopier<br>Email: nwilson@langleybanack.com<br><br>GEORGE H. SPENCER, JR.<br>State Bar No. 18921001<br>NATALIE F. WILSON<br>State Bar No. 24067769<br><br>Counsel to MIGUEL VILLARREAL, JR., and GUNN, LEE & CAVE, PC | /s/ *David A. Vanderhider* (with permission)<br>**DYKEMA GOSSETT PLLC**<br>112 E. Pecan Street - Suite 1800<br>San Antonio, TX 78205<br>210-554-5484<br>Fax: 210-226-8395<br><br>DAVID A. VANDERHIDER<br>State Bar No. 24070787<br>RYAN J. SULLIVAN<br>State Bar No. 24102548<br><br>Counsel to Defendant JOHN SAENZ |
| /s/ *Joseph L. Lanza* (with permission)<br>**VETHAN LAW FIRM**<br>11459 Huebner Road, Suite 101<br>San Antonio, TX 78230<br>210-824-2220<br>Fax: 713-526-2230<br><br>CHARLES M.R. VETHAN<br>State Bar No. 00791852<br>JOSEPH L. LANZA<br>State Bar No. 00784447<br>STEVEN A. CASTELLO<br>State Bar No. 240672677<br><br>Counsel to PLAINTIFFS | |