UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC,<br>   Plaintiff,<br><br>v.<br><br>JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C.,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:20-CV-00571-OG |

### ORDER GRANTING DEFENDANT JOHN SAENZ'S MOTION TO DISMISS

Defendant John Saenz's Motion to Dismiss is hereby **GRANTED**, and it is therefore **ORDERED** that all claims against Defendant John Saenz in this action are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Defendant John Saenz is **DISMISSED** from the present lawsuit. The Court further **ORDERS** that Defendant John Saenz is entitled to recover his attorneys' fees and costs from Plaintiff in an amount to be determined by subsequent order of the Court.

So **ORDERED** this _____ day of _____, 2021.

_____
The Hon. Orlando L. Garcia,
Chief United States District Judge