# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC,<br>    Plaintiff,<br><br>v.<br><br>JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C.,<br>    Defendants. | § § § § § § § § § § § § § | No. 5:20-CV-00571-OG |

### AFFIDAVIT OF STEVEN S. BRODERHAUSEN

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF BEXAR | § |

BEFORE ME, the undersigned authority, on this day personally appeared STEVEN S. BRODERHAUSEN, who, being by me duly sworn, deposed and testified as follows:

1. "My name is Steven S. Broderhausen. I am over eighteen years old, I am of sound mind and am fully competent and capable of making this Affidavit. I have never been convicted of a felony or other offense involving moral turpitude. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2. I am the President and Lead Examiner for Exhibit A Computer Forensics, LLC ("Exhibit A"). In this role, I oversee and manage all aspects of Exhibit A's business, which includes computer forensics investigations, mobile forensics investigations, expert witness testimony, data recovery services, and digital forensics consulting. I personally have over thirty (30) years of experience in software and computer technology, more than half of which has included forensics investigations. I am a Certified Computer Forensic Examiner and hold a Bachelor of Science degree in Computer Science. I also have experience in, and am familiar with, software development and code writing. Attached as Exhibit "1" to this Affidavit is a true and correct copy of my curriculum vitae.

3. In my role with Exhibit A, I was retained by counsel for John Saenz, a defendant in Cause No. 5:20-CV-00571-OG; *Villarreal v. Saenz, et al.* pending before the United States District Court, Western District of Texas, San Antonio Division (the "Lawsuit"), to perform a forensic analysis of

the subject laptop computer (a 15-inch Apple MacBook Pro) referenced in Plaintiff Jonathan Villarreal's First Amended Verified Complaint and First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief (the "Computer"). The Computer is a 15-inch Apple MacBook Pro identified as part number MR94LL/a, serial number C02YF1Y9JG5J. I am personally familiar with the facts and circumstances surrounding Exhibit A's forensic analysis of the Computer and its associated findings and conclusions. I also received and reviewed redacted copies of Plaintiff Jonathan Villarreal's First Amended Verified Complaint and First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief that I understand were filed in the public record.

4. I understand that the investigation and analysis of the Computer by Exhibit "A" is confidential and that any information obtained as a result of the investigation and analysis shall be used solely for the purpose of the Lawsuit. I have not and will not disclose the contents of the laptop or the results of the investigation or analysis to anyone other than Saenz, his counsel, and the Court (should that be necessary). I understand that I personally will be bound, and Exhibit "A" will be bound, by the terms of the Confidentiality and Protective Order (the "Order") entered in the Lawsuit with respect to any information that may in the future be designated pursuant to the Order.

5. In performing its forensic analysis of the Computer, Exhibit A determined which programs and files are on the Computer and also searched in particular for any indication of proprietary code, hardware schematics, hardware drawings, or any non-factory-installed programming software. No such code, hardware schematics, hardware drawings, or non-factory-installed programming software were found on the Computer. The only programming software located on the Computer are those programs pre-installed and periodically updated by Apple, and Exhibit A found no indication that those programs had been utilized for any coding purposes whatsoever—much less for proprietary computer code capable of performing the complex functions described in Plaintiff's First Amended Complaint and Application. In this regard, any proprietary computer code, data or other trade secrets capable of performing ZroBlack, LLC's ("ZroBlack") security services would be large in file size and plainly noticeable to Exhibit A in its forensic analysis. No such code, data or trade secrets were located after an exhaustive search. Additionally, there was no evidence or indication to suggest that any such code, data or trade secrets had been deleted from the Computer.

6. Exhibit A's forensic investigation and analysis of the Computer, my personal involvement in and familiarity with the same, and my industry

2

knowledge, education, training and experience have led me to conclude that (1) the Computer does not contain any proprietary code, hardware schematics or hardware drawings; (2) the Computer does not contain any non-factory-installed programming software; and (3) the Computer does not contain any computer code, data or other trade secrets capable of performing ZroBlack's security services described in Plaintiff's First Amended Complaint and Application, including, without limitation, any computer code, data or other trade secrets capable of accessing an electronic device for the purpose of wiping its data, copying data, or recovering deleted data.

FURTHER AFFIANT SAYETH NOT.

_____
Steven S. Broderhausen

SWORN TO AND SUBSCRIBED before me on the 4 day of February 2021.

_____
Notary Public, State of Texas

ROBERT SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-07-25
Notary ID # 12518093-5

# Exhibit 1



EXHIBITACFI.COM
100 NE Loop 410 **|** SUITE 540
SAN ANTONIO **|** TEXAS 78216

## Curriculum Vitae

### Steven Scott Broderhausen
TX PI License #A16118

M 210 **|** 846 **|** 9432
O 877 **|** 445 **|** 5362
www.exhibitAcfi.com
Forensics@ExhibitAcfi.com

## Professional Experience

**Exhibit A Computer Forensics, LLC; San Antonio, Texas**
**President/Lead Examiner,** 2009 - Present

- Computer Forensics Investigations
- Mobile Forensics Investigations
- Expert Witness Testimony
- Data Recovery Services
- Digital Forensics Consulting

**CDR Business IT Solutions; San Antonio, Texas**
**President,** 2004 - Present

- Digital Forensics Investigations
- Forensic Data Recovery
- Digital Forensic Imaging

**Alcatel; Los Angeles, CA**
**Software Development Manager,** 1998-2003

- Software Development
- Development Management

**Unisys; Los Angeles, CA**
**Software Engineer,** 1988-1991

- Software Development
- Software Quality Assurance

## Certifications

- Certified Computer Forensic Examiner (CHFI)
- Cellebrite Certified Mobile Phone Examiner (CCLO)
- Certified Mobile Phone Examiner (AME)
- AccessData Certified Examiner (ACE)
- Microsoft Certified Software Developer (MCSD)
- Microsoft Certified Professional (MCP)

## Education

- Bachelor of Science in Computer Science, Texas State University

## Speaking

- Texas Association of Private Investigators (TALI) – Use of Computer Forensics in Investigations
- Texas State University – Guest Lecturer on Computer Forensics
- Trinity University – Guest Lecturer on Computer Forensics
- Hill & Ford – Spoke on Digital Evidence Gathering and Analysis
- Fisher Law – Invited to speak to all attorneys on the Digital Forensic Process

Exhibit 1

## Federal Court Cases

- Computer Forensic Expert – US v. Michalik – Attorney Ed Bartolomei – August 2019.

## Military Court Cases

- Computer Forensic Expert – US Navy v. Gold – Attorney Ryan M. Feingold – March 2019.

## State Criminal Cases

- Computer Forensic Expert – State of Texas v. R. Jackson – Attorney Lowell Kendall – Jan 2018. (Case No. 17-1657-CR-B)

## Expert Deposition and Testimony

**Expert Testimony**

- Expert Testimony – Cantrell v Cantrell – Attorneys Tom Railsback & Carlo Garcia– September 2018. (438th District Court, Judge Alvarado, Bexar County, San Antonio, Texas)

- Expert Testimony – Bilhartz v Bilhartz – Attorneys Jean Brown & Jane Deyoso– May 2018. (131st Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – Kodati v Vinnakota – Attorneys Marc Pederson & Bob Garza– March 2018. (288th District Court, Judge Casseb, Bexar County, San Antonio, Texas)

- Expert Testimony – Bilhartz v Bilhartz – Attorneys Jean Brown & Jane Deyoso– November 2017. (131st Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – Cavin v Whitley – Attorney Mark Canan – August 2017. (53th Judicial District Court, Travis County, Austin, Texas)

- Expert Testimony – Martinez v Martinez – Attorney Elizabeth Fischer – May 2015. (37th Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – T & D Moravits v Murray – Attorney Richards/McNelis – November 2014. (37th Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – Hausheer v Hausheer – Attorney Amy Geistweidt – October 2014. (Kendall County Court, Kendall County, Boerne, Texas)

- Expert Testimony – Vanderpoorten Custody Case – Attorney Christina Molitor – May 2014. (45th Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – Cone v Cone – Attorney Jim Monnig – April 2014. (166th Judicial District Court, Bexar County, San Antonio, Texas)

- Expert Testimony – 360 Industrial Supply – Attorney David Slater – May 2013. (26th Judicial District Court, Williamson County, Texas)

Exhibit 1

**Court Appearances**

- Court Appearance – US v Michalik– Attorney Ed Bartolomei – August 2019.
  (US District Court Western District of Texas, San Antonio, Texas)

- Court Appearance – Pizana v Arbona– Attorney Harold Zuflacht – June 2018.
  (Bexar County Courthouse, San Antonio, Texas)

- Court Appearance – Bilhartz v Bilhartz– Attorneys Jean Brown & Jane Deyoso – April 2018.
  (Bexar County Courthouse, San Antonio, Texas)

- Court Appearance – N.M. v Metzger – Attorney Amy Geistweidt – January 2018.
  (198th Judicial District Court, Kerr County, Kerrville, Texas)

- Court Appearance – Cavin v Whitley – Attorney Mark Canan – September 2017.
  (53th Judicial District Court, Travis County, Austin, Texas)

- Court Appearance – Martinez Divorce Case – Attorney Elizabeth Fisher – March 2015.
  (37th Judicial District Court, Bexar County, San Antonio, Texas)

- Court Appearance – Hausheer v Hausheer – Attorney Amy Geistweidt – May 2014.
  (Kendall County Courthouse, Boerne, Texas)

- Court Appearance – Icon Builders Civil Case – Attorney Jami Milner – Dec 2013.
  (Travis County Courthouse, Austin, Texas)

- Court Appearance – Theiler v Theiler – Attorney Allison Skipper – June 2012.
  (Bexar County Courthouse, San Antonio, Texas)

- Court Appearance – Navarro v Navarro – Attorney Albert W. Van Cleave – June 2013.
  (Bexar County Courthouse, San Antonio, Texas)

- Court Appearance – Adamson Custody Case – Attorney Paul Velte – May 2013.
  (Johnson City Municipal Court, Blanco County, Johnson City, Texas)

**Depositions**

- Deposition – Balderas v. Roberts, et al. – Liles White PLLC – August 2018.
  (Espey & Associates, P.C., 12400 San Pedro, Suite 200, San Antonio, Texas 78216)

- Deposition – Coleman v Coleman – Attorney Sam Bashara – October 2016.
  (Law Office of Bashara & Schwartz, P.C., San Antonio, Texas)

- Deposition – Foster v Foster – Attorney Jennifer White – October 2012.
  (Law Office of Mark Medley, San Antonio, Texas)

- Deposition – Kee v Kee – Attorney Jeff Bernstein – November 2012.
  (Law Office of Jodi Head Lopez, Schertz, Texas)

Exhibit 1

## CE Training

**Recent Training**
- Mastering the Mobile Device Challenge in eDiscovery, Cellebrite, September 2019
- Fraud, IP Theft, and an Intrusion, Magnet Forensics – September 2018
- Utilizing Qualcomm EDL Access Mode, Cellebrite, San Antonio, TX – September 2018
- Processing and Decrypting iCloud, Cellebrite, San Antonio, TX – September 2018
- Acquiring Data on the Internet of Things, Cellebrite, San Antonio, TX – September 2018
- USB Detection and Tracking, AccessData – June 2018
- Decryption Techniques, AccessData – June 2018
- Shellbag Analysis, AccessData – June 2018
- Email Investigations, AccessData – June 2018
- Investigating Volume Shadow Copy, AccessData – June 2018
- Analyzing Windows Event Logs, AccessData – June 2018
- Investigating TrueCrypt and Other Encrypted Volumes, AccessData – June 2018
- ACE Certification Training, AccessData – June 2018
- How Security Apps are Impacting Investigations, Magnet Forensics – January 2018
- Fighting Child Exploitation with Digital Forensics, Guidance Software – December 2017
- Cellebrite Training, San Antonio, TX - September 2017
- Connecting Artifacts and User Activity, San Antonio, TX - September 2017
- File System Analysis, Las Vegas, NV – May 2017
- Investigative Forensics, Las Vegas, NV – May 2017
- Working with Lawyers from Preparation Through Trial, Las Vegas, NV – May 2017
- Smartphones and Connection to Internet of Things (IOT), Las Vegas, NV – May 2017
- Password Cracking with Commercial and Open Source Tools, Las Vegas, NV – May 2017
- Internet of Things Forensics, Las Vegas, NV – May 2017
- Data Extraction Involving Severely Damaged Mobile Devices, Las Vegas, NV – May 2017
- Website Vulnerability, Las Vegas, NV – May 2017
- Smart Phone Extraction Methods, San Diego, CA - May 2017
- Graphics Investigations, San Diego, CA - May 2017
- MAC OS Forensics, San Diego, CA - May 2017
- SQL Lite Analysis, San Diego, CA - May 2017
- Edge/Cortana Forensics, San Diego, CA - May 2017
- Forensic Analysis of the Windows Journaling Log, San Diego, CA - May 2017
- File Tracking, San Diego, CA - May 2017

**Overall**
- Computer Forensics Training—203 hours
- Cellebrite Mobile Investigations Training – 37 hours
- Forensic Boot Camp—Access Data 24 hours
- MAC Forensic Analysis—20 hours
- Social Media Investigations—training 7 hours
- Windows Registry Examinations—12 hours
- Password Recovery Methodology—14 hours
- Forensic Toolkit Training—Access Data — 70 hours
- Advanced Microsoft Windows Forensics—Access Data — 36 hours
- Microsoft Windows Software Development Training Camp—40 hours
- Mobile Forensics Training — Access Data — 50 hours

## Clients

- Airrosti
- Alamo Colleges
- Alcatel
- CB Harper Realtors
- ComalTex Insurance
- Copes & Copes Law
- Data Forte
- Davis Motor Cars
- Dr. Rogers Weight Loss Clinic
- Electronic Evidence Retrieval
- E-Watch
- Firstmark Credit Union
- Horizontal Rentals, Inc.
- Higdon, Hardy, and Zuflacht
- Nowlin Law Office
- Icon Building Systems
- Stratton Rehab Center
- Ayala Plastic Surgery
- Mays Energy
- Uhlenbrock CPA
- 360 Industrial Solutions
- Sirius Computer Solutions
- Southside ISD
- Resonant Technologies
- Amistad Home Health
- Halliburton
- WPS Inc
- Karnes County
- Laurel Ridge Treatment Center
- Loyalty Founders
- Texas State University
- Pipoly Law
- River City Roofing
- Sana International
- The Total Source
- Trinity University
- Unisys
- United States Air Force
- Valero Energy
- City of Alice
- Mark Medley Law
- Infrahealth Inc.
- Radiation Oncology San Antonio
- QwikPipe
- EZ Bell Construction
- Quickline
- AAIG
- Hooey
- Espy Law Office
- Quintanilla Management

# Exhibit 1

## Professional Memberships

- High Technology Crime Investigation Association (HTCIA)
- Texas Association of Licensed Investigators (TALI)
- North San Antonio Chamber of Commerce