UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC, <br>    Plaintiff, <br><br> v. <br><br> JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., <br>    Defendants. | § § § § § § § § § § § § | No. 5:20-CV-00571-OG |

## ORDER DENYING PLAINTIFF'S FIRST AMENDED APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTIVE RELIEF

The First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief filed by Plaintiff Jonathan Villareal, individually and derivatively on behalf of ZroBlack LLC, is hereby **DENIED** in all things.

So **ORDERED** this _____ day of _____, 2021.

 

_____
The Hon. Orlando L. Garcia,
Chief United States District Judge

4827-5738-7227.1