IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC.** **Plaintiffs,** v. **JOHN SAENZ, MIGUEL VILLARREAL, JR., and GUNN, LEE, & CAVE, P.C.** **Defendants** | § § § § § § § § § § | **CIVIL ACTION NO. 5:20-cv-00571-OLG** |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSES TO DEFENDANTS RULE 12 MOTIONS TO DISMISS AND DEFENDANT JOHN SAENZ'S RESPONSE TO PLAINTIFF'S APPLICATION FOR SEIZURE**

Plaintiff, JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, (collectively the "Plaintiffs"), files this Unopposed Motion to Extend time to File Responses to Defendants Rule 12 Motions to Dismiss (Docs. 40 and 41) and Defendant John Saenz's Response to Plaintiff's Application for Seizure (Doc. 42) and would respectfully show as follows:

**I.**

1.  The deadline to file Responses to Defendants' Rule 12 Motions to Dismiss is Thursday, February 18, 2021. L.R. CV-7(e) (2). The deadline to file a Reply to Defendant John Saenz's Response to Plaintiff's Application for Seizure was February 11, 2021.

2.  As this Honorable Court is no doubt aware, an historic winter storm is affecting the San Antonio area. Due to the severe cold weather affecting the San Antonio area, the undersigned has been mostly without power and Internet since Monday, February 15, 2021, and has been unable to travel to his office until Wednesday, February 17, 2021, where he was able to work for a short

period of time. Additionally, the same winter storm is affecting the Houston area, where the Vethan Law Firm's home office is located, and where the attorney's assisting the undersigned work. All of those attorneys have been without power and Internet since approximately Monday. Thus, counsel is unable to complete the responses.

3. Additionally, as the Response to the Application for Seizure or Alternatively Injunctive Relief was filed on the same day as the Motions to Dismiss, counsel mistakenly believed a response or reply would also be due on February 18, 2021.

4. For the foregoing reasons, Plaintiffs request an extension of time for filing responses to Defendants Rule 12 Motions to Dismiss (Docs 40 and 41) and a reply to Defendant John Saenz's Response to Plaintiff's Application for Seizure or Alternatively Injunctive Relief (Doc. 42). As shown above, good cause exists for granting the extension. This motion is not made for purposes of delay.

Respectfully submitted,

THE VETHAN LAW FIRM, PC

By: /s/ *Joseph L. Lanza*

Charles M. R. Vethan
Attorney-in-Charge
Texas Bar No.  00791852
Steven A. Costello
Texas Bar No. 24062677
VETHAN LAW FIRM - HOUSTON
Two Memorial City Plaza
820 Gessner, Suite 1510
Houston, Texas 77024
Tel: (713) 526-2222
Fax: (713) 526-2230
Email: edocs@vwtexlaw.com

        Joseph L. Lanza
        Texas bar No. 00784447
        VETHAN LAW FIRM – SAN ANTONIO
        11459 Huebner, Suite 101
        San Antonio, Texas 78230
        Tel: (210) 824-2220
        Fax: (713) 526-2230
        Email: edocs@vwtexlaw.com

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on the 18th day of February 2021, and electronically served on the date reflected in the ECF system upon all parties registered to receive notice pursuant to the Court's CM/ECF system.

David A. Vanderhinder
State bar No. 24070787
DVanderhinder@dykema.com
Ryan J. Sullivan
State Bar No. 24102548
RSullivan@dykema.com
Dykema Gossett PLLC
112 East Pecan St., Suite 1800
San Antonio, Texas 78205

**Attorney for Defendant John Saenz**

George R. Spencer, Jr.
State Bar. No. 18921001
gspencer@langleybanack.com
Natalie F. Wilson
State Bar. No. 24067769
nwilson@langleybanack.com

**Attorneys for Defendants Gunn, Lee & Cave, P.C.
And Miguel Villarreal, Jr.**

/s/ *Joseph L. Lanza*
Joseph L. Lanza