IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, Plaintiff, | § § § § § | CIVIL ACTION NO.: 5:20-CV-00571-OLG |
| v | § § § | |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., Defendants | § § § § | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' RULE 12 MOTIONS TO DISMISS AND A REPLY TO DEFENDANT JOHN SAENZ'S RESPONSE TO PLAINTIFF'S APPLICATION FOR RECEIVER**

On this date, the Court considered *Plaintiff's Motion for an Extension of Time to File his Responses to Defendants' Rule 12 Motions to Dismiss and a Reply to Defendant John Saenz's Response to Plaintiffs' Application for Seizure or Alternatively Injunctive Relief*. After considering the said motion, and the response and arguments of counsel, if any, the Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED that Plaintiff's Responses to Defendants' Rule 12 Motions to Dismiss and a Reply to Defendant John Saenz's Response to Plaintiffs' Application for Seizure or Alternatively Injunctive Relief filed on or before February 25, 2021 are considered timely.

Date: February ___, 2021.

_____
**JUDGE PRESIDING**