4:42

◀ Search

<            **John Saenz**

    📄 ADB Device ID
    05/09/2019 at 4:35 AM

    📄 Clear MacOS iDevice…
    05/09/2019 at 5:16 AM

    📄 Samsung ID - AT Com…
    05/10/2019 at 7:26 AM

    📄 LG Device ID - Analyti…
    05/10/2019 at 7:26 AM

    📄 Full Device ID and Di…
    05/10/2019 at 7:26 AM

    📄 iOS Full Hardware Di…
    05/14/2019 at 7:45 AM

    📄 Note
    05/18/2019 at 3:44 PM

Type a message…                    Send

**PLAINTIFF'S EXHIBIT**

**42**