

PLAINTIFF'S
EXHIBIT

**43**