

PLAINTIFF'S EXHIBIT 44