IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ZROBLACK, LLC; | § § § § | 5-20-CV-00571-OLG-RBF |
| *Plaintiff,* | § § | |
| vs. | § § | |
| JOHN SAENZ, MIGUEL VILLARREAL, JR., GUNN, LEE & CAVE, P.C., | § § § | |
| *Defendants.* | § § | |

**ORDER SETTING MOTIONS HEARING**

Before the Court is the status of the above-referenced case. Pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, this case was referred to me for disposition of all pretrial matters including motions for temporary restraining order and preliminary injunctions. *See* Dkt. Nos. 22 & 36. **IT IS ORDERED** that this case is set for a motions hearing on **March 23, 2021**, at **10:00 am**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference. The parties should be prepared to argue all pending motions including but not limited to following the motions reflected on the docket at entries #34, #40, and #41.

**IT IS SO ORDERED.**

SIGNED this 1st day of March, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE