IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLARREAL, § <br> **Individually and derivatively on behalf** § <br> **Of ZROBLACK, LLC** § <br>     **Plaintiffs,** § <br> § <br> v. § <br> § <br> **JOHN SAENZ, et al.,** § <br>     **Defendants.** § | No. 5:20-cv-00571-OLG |

**STIPULATION AND AGREED ORDER FOR DEADLINES RELATED TO
DEFENDANTS' REPLIES TO (I) PLAINTIFFS' RESPONSE TO DEFENDANTS GUNN,
LEE & CAVE, P.C.'S AND MIGUEL VILLARREAL'S SECOND RULE 12(B)(6)
MOTION TO DISMISS [DKT. 45]  AND
(II) PLAINTIFF'S RESPONSE TO DEFENDANT JOHN SAENZ'S RULE 12(B)(6)
MOTION TO DISMISS [DKT 46]**

**CAME ON FOR CONSIDERATION** the request by Defendants JOHN SAENZ, MIGUEL VILLARREAL, JR., and GUNN, LEE, & CAVE, P.C. ("Defendants") to enter a Stipulation and Agreed Order Related to the deadline for Defendants to file Replies to (I) Response to Defendants Gunn, Lee & Cave, P.C.'s and Miguel Villarreal's Second Rule 12(b)(6) Motion to Dismiss [Dkt 45] and (II) Plaintiffs' Response to John Saenz's Rule 12(b)(6) Motion to Dismiss [Dkt 46] (together, the "Responses").  The Court, having considered the Parties' stipulation and representations and the record in this case, finds that the request is well-taken and should be Granted.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the deadline for Defendants to file Replies to the Responses shall be March 11, 2021.

[Signature Page Follows]

Dated March _3_, 2021.



_____
RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE

STIPULATED AND AGREED TO BY

| | |
|---|---|
| /s/ *Natalie F. Wilson*<br>**LANGLEY & BANACK, INC.**<br>745 E. Mulberry, Suite 700<br>San Antonio, Texas 78212<br>(210) 736-6600 Telephone<br>(210) 735-6889 Telecopier<br>Email:  nwilson@langleybanack.com<br><br>GEORGE H. SPENCER, JR.<br>State Bar No. 18921001<br>NATALIE F. WILSON<br>State Bar No. 24067769<br><br>Counsel to MIGUEL VILLARREAL, JR., and GUNN, LEE & CAVE, PC | /s/ *David A. Vanderhider* (with permission)<br>**DYKEMA GOSSETT PLLC**<br>112 E. Pecan Street - Suite 1800<br>San Antonio, TX 78205<br>210-554-5484<br>Fax: 210-226-8395<br><br>DAVID A. VANDERHIDER<br>State Bar No. 24070787<br>RYAN J. SULLIVAN<br>State Bar No. 24102548<br><br><br>Counsel to Defendant JOHN SAENZ |
| /s/ *Joseph L. Lanza* (with permission)<br>**VETHAN LAW FIRM**<br>11459 Huebner Road, Suite 101<br>San Antonio, TX 78230<br>210-824-2220<br>Fax: 713-526-2230<br><br>CHARLES M.R. VETHAN<br>State Bar No. 00791852<br>JOSEPH L. LANZA<br>State Bar No. 00784447<br>STEVEN A. COSTELLO<br>State Bar No. 240672677<br><br>Counsel to PLAINTIFFS | |