IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC. Plaintiffs, v. <br><br> JOHN SAENZ, MIGUEL VILLARREAL, JR., and GUNN, LEE, & CAVE, P.C. Defendants | § § § § § § § § § § § | CIVIL ACTION NO. 5:20-cv-00571-OLG |

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO RESET THE HEARING CURRENTLY SET FOR MARCH 23, 2021**
_____

Plaintiff JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK, LLC, (collectively the "Plaintiffs"), by and through its undersigned counsel, files this Unopposed Motion to Reset the Hearing Currently Set for March 23, 2021 at 10:00 a.m. and would respectfully show the Court as follows:

### I.   BACKGROUND

1. On March 1, 2021, by written order (Dkt. 47) the Court set for hearing Defendants' Rule 12 Motions to Dismiss (Dkts. 40 and 41) and Plaintiff's Application for Seizure or Alternatively Preliminary Injunction (Dkt. 22). The hearing is scheduled for March 23, 2021 at 10:00 a.m.

2. Plaintiff's counsel Charles Vethan and Joseph Lanza are set for another hearing in Fort Bend County on the same date and same time in Cause No. 20-DCV-271902; *Wendy Quan and Brenda Ung, Individually and Derivatively on Behalf of Capital Plastics Int'l, Inc., Element Plastics Mfg., Inc., and Cash 10702 Investment, LL et al v. Jeff Quan et al.*, in the 240th District

Court. The hearing is for the appointment of a rehabilitative receiver under the Texas Business Organizations Code and is expected to take three days.

## II.     CERTIFICATE OF CONFERENCE

3.     The undersigned conferred with counsel representing Defendants on March 2 and 3, 2021, and again on March 12 to determine whether they were opposed and if not to determine dates for availability. Counsel for all defendants have advised that they are not opposed to resetting the hearing for April 13, 14, 15 (morning only), 16, 20, 21, 22 (morning only), 27, 28 or 29 (morning only).

## III.     REQUESTED RELIEF

4.     Plaintiffs respectfully requests that the hearing currently scheduled for March 23, 2021 at 10:00 a.m. be rescheduled to April 13, 14, 15 (morning only), 16, 20, 21, 22 (morning only), 27, 28 or 29 (morning only).

5.     This request is made not for improper purpose and will not materially delay the adjudication of this case.

## IV.     PRAYER

6.     Based on the foregoing argument, Plaintiffs respectfully ask the Court to grant Plaintiffs the relief requested. Plaintiffs further pray for all such other relief to which they may show themselves justly entitled at law or in equity.

Respectfully submitted,

THE VETHAN LAW FIRM, PC

By: /s/ *Joseph L. Lanza*

Charles M. R. Vethan
Attorney-in-Charge
Texas Bar No.  00791852
VETHAN LAW FIRM - HOUSTON
Two Memorial City Plaza
820 Gessner, Suite 1510
Houston, Texas 77024
Tel: (713) 526-2222
Fax: (713) 526-2230
Email: edocs@vwtexlaw.com


Joseph L. Lanza
Texas bar No. 00784447
VETHAN LAW FIRM – SAN ANTONIO
11459 Huebner, Suite 101
San Antonio, Texas 78230
Tel: (210) 824-2220
Fax: (713) 526-2230
Email: edocs@vwtexlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court on the 12th day of March 2021, and electronically served on the date reflected in the ECF system upon all parties registered to receive notice pursuant to the Court's CM/ECF system.

David A. Vanderhinder
State bar No. 24070787
DVanderhinder@dykema.com
Ryan J. Sullivan
State Bar No. 24102548
RSullivan@dykema.com
DYKEMA GOSSETT PLLC
112 East Pecan St., Suite 1800
San Antonio, Texas 78205

**Attorney for Defendant John Saenz**

George R. Spencer, Jr.
State Bar. No. 18921001
gspencer@langleybanack.com
Natalie F. Wilson
State Bar. No. 24067769
nwilson@langleybanack.com

**Attorneys for Defendants Gunn, Lee & Cave, P.C.
And Miguel Villarreal, Jr.**

                                              /s/ *Joseph L. Lanza*
                                                  Joseph L. Lanza