IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JONATHAN VILLAREAL, individually** | § | |
| **and derivatively on behalf of** | § | |
| **ZROBLACK, LLC.** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 5:20-cv-00571-OLG** |
| | § | |
| **JOHN SAENZ, MIGUEL** | § | |
| **VILLARREAL, JR., and GUNN, LEE,** | § | |
| **& CAVE, P.C.** | § | |
| **Defendants** | § | |

# ORDER
_____

**CAME ON FOR CONSIDERATION** the request by Plaintiff Jonathan Villarreal, Individually and on Behalf of ZroBlack, LLC, Unopposed Motion to Reset the Hearing Currently Set for March 23, 2021 at 10:00 a.m. The Court, having considered the motion, the response, if any, argument of counsel, and record in this case, finds that the motion is well-taken and should be granted. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that the hearing currently set for March 23, 2021 at 10:00 a.m. be reset to _____.

_____
RICHARD B. FARRAR
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

| | |
|---|---|
| THE VETHAN LAW FIRM, PC<br><br>/s/ *Joseph L. Lanza*<br><br>Charles M. R. Vethan<br>Attorney-in-Charge<br>Texas Bar No.  00791852<br>VETHAN LAW FIRM - HOUSTON<br>Two Memorial City Plaza<br>820 Gessner, Suite 1510<br>Houston, Texas 77024<br>Tel: (713) 526-2222<br>Fax: (713) 526-2230<br>Email: edocs@vwtexlaw.com<br><br><br>Joseph L. Lanza<br>Texas bar No. 00784447<br>VETHAN LAW FIRM – SAN ANTONIO<br>11459 Huebner, Suite 101<br>San Antonio, Texas 78230<br>Tel: (210) 824-2220<br>Fax: (713) 526-2230<br>Email: edocs@vwtexlaw.com<br><br>**Attorneys for Plaintiff** | DYKEMA GOSSETT PLLC<br><br>/s/ David A. Vanderhinder<br>David A. Vanderhinder<br>State bar No. 24070787<br>DVanderhinder@dykema.com<br>Ryan J. Sullivan<br>State Bar No. 24102548<br>RSullivan@dykema.com<br>112 East Pecan St., Suite 1800<br>San Antonio, Texas 78205<br><br>**Attorney for Defendant John Saenz** |
| | LANGLEY & BANACK, INC.<br><br>/s/Natalie F. Wilson<br>George R. Spencer, Jr.<br>State Bar. No. 18921001<br>gspencer@langleybanack.com<br>Natalie F. Wilson<br>State Bar. No. 24067769<br>nwilson@langleybanack.com<br><br>**Attorneys for Defendants Gunn, Lee & Cave, P.C. and Miguel Villarreal, Jr.** |

/s/ *Joseph L. Lanza*
Joseph L. Lanza