UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC,  Plaintiff, | § § § § § | |
| v. | § § | No. 5:20-CV-00571-OG |
| JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C.,  Defendants. | § § § § | |

## ORDER GRANTING DEFENDANT JOHN SAENZ'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO PLAINTIFF'S FIRST AMENDED APPLICATION FOR SEIZURE, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTIVE RELIEF

Defendant John Saenz's Motion For Leave To File Sur-Reply in Support of his Response in Opposition to Plaintiff's First Amended Application For Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief (the "Motion") is hereby **GRANTED** in all things.

It is therefore **ORDERED** that the Clerk shall promptly file Defendant John Saenz's Sur-Reply in Support of his Response in Opposition to Plaintiff's First Amended Application For Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief attached as Exhibit "A" to the Motion.

So **ORDERED** this _____ day of _____, 2021.

_____
The Hon. Orlando L. Garcia,
Chief United States District Judge

4827-5738-7227.1