UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, <br> individually and derivatively on behalf of <br> ZROBLACK LLC, <br>    Plaintiff, <br><br> v. <br><br> JOHN SAENZ; MIGUEL VILLAREAL, <br> JR.; and GUNN, LEE & CAVE, P.C.; <br>    Defendants. | § § § § § § § § § § § | No. 5:20-CV-00571-OG |

## JOINT ADVISORY

Defendant John Saenz ("Saenz"), Plaintiff Jonathan Villareal ("Villareal"), and Plaintiff ZroBlack LLC ("ZroBlack") file this Joint Advisory pursuant to the Court's Order of April 14, 2021 (ECF No. 56).

The Court ordered Saenz, Villareal, and ZroBlack to meaningfully confer regarding Plaintiffs' First Amended Application for Seizure, Temporary Restraining Order, Preliminary Injunction, and Permanent Injunctive Relief ("Application"), and then file a joint advisory regarding the status of their discussions. Apr. 14, 2021, Order (ECF No. 56).

Pursuant to the Court's Order, counsel for Saenz, Villareal, and ZroBlack conferred. Counsel exchanged multiple emails discussing possible parameters of an agreement. They exchanged several drafts of a proposed agreement. Negotiations exposed some unanticipated issues. Counsel tried to work around those issues but were ultimately unsuccessful.

Despite their efforts, the parties could not reach agreement. Saenz, Villareal, and ZroBlack therefore respectfully request that the Court issue a Report and Recommendation as to the Application.

Should the Court require additional information concerning the parties' efforts to confer, Saenz, Villareal, and ZroBlack will provide a copy of counsel's correspondence for *in camera* review upon request.

Respectfully submitted this 16th day of April 2021.

| | |
|---|---|
| By: */s/ Joseph L. Lanza*<br>Charles M. R. Vethan<br>State Bar No. 00791852<br>cvethan@vethanlaw.com<br>Steven A. Costello<br>State Bar No. 24062677<br>scostello@vethanlaw.com<br>VETHAN LAW FIRM<br>Two Memorial City Plaza<br>820 Gessner, Suite 1510<br>Houston, Texas 77024<br>(713) 526-2222 – Telephone<br>(713) 526-2230 – Facsimile<br><br>Joseph L. Lanza<br>State Bar No. 00784447<br>jlanza@vethanlaw.com<br>VETHAN LAW FIRM<br>11459 Huebner, Suite 101<br>San Antonio, Texas 78230<br>(210) 824-2220 – Telephone<br>(713) 526-2230 – Facsimile<br><br>*Attorneys for Jonathan Villareal and ZroBlack LLC* | By: */s/ Ryan J. Sullivan*<br>David A. Vanderhider<br>State Bar No. 24070787<br>DVanderhider@dykema.com<br>Ryan J. Sullivan<br>State Bar No. 24102548<br>RSullivan@dykema.com<br>DYKEMA GOSSETT PLLC<br>112 East Pecan St., Suite 1800<br>San Antonio, Texas 78205<br>(210) 554-5500 – Telephone<br>(210) 226-8395 – Facsimile<br><br>*Attorneys for John Saenz* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Court on the 16th day of April 2020, and electronically served on the date reflected in the ECF system upon all parties registered to receive notice pursuant to the Court's CM/ECF system.

By: */s/ Ryan J. Sullivan*
Ryan J. Sullivan