**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JONATHAN VILLAREAL, individually** | § | |
| **and derivatively on behalf of** | § | |
| **ZROBLACK, LLC.** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 5:20-CV-00571-OLG** |
| | § | |
| **JOHN SAENZ, MIGUEL** | § | |
| **VILLARREAL, JR., and GUNN, LEE,** | § | |
| **& CAVE, P.C.** | § | |
| **Defendants** | § | |

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

This Court, having considered Charles M.R. Vethan's, Joseph L. Lanza's, and the Vethan Law Firm, P.C.'s ("Movants")'s Motion to Withdraw as Counsel for Plaintiff, and having heard arguments made by both sides, if any, hereby

**ORDERS** that Movants' Unopposed Moton to Withdraw as Counsel is **GRANTED.** Charles M.R. Vethan, Joseph L. Lanza, and The Vethan Law Firm, P.C. are hereby relieved of any duty in the above-styled case.

Signed on this _____ day of _____, 2021.

_____
PRESIDING JUDGE