IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL,<br>INDIVIDUALLY AND DERIVATIVELY<br>ON BEHALF OF ZROBLACK, LLC;<br><br>*Plaintiff*,<br><br>vs.<br><br>JOHN SAENZ, MIGUEL VILLARREAL,<br>JR., GUNN, LEE & CAVE, P.C.,<br><br>*Defendants*. | §§§§§§§§§§§§§ | 5-20-CV-00571-OLG-RBF |

**ORDER**

Before the Court is the Motion to Withdraw as attorneys for Plaintiffs Jonathan Villarreal and ZroBlack, LLC, filed by attorneys Charles M.R. Vethan and Joseph Lanza. *See* Dkt. No. 60. Mr. Vethan and Mr. Lanza represent that Mr. Villarreal—one of ZroBlack's founding members— has terminated their services and directed counsel to withdraw. *See id.* The Motion, Dkt. No. 60, is **GRANTED**. The Clerk of Court is directed to terminate Charles M.R. Vethan, Joseph Lanza, and any other attorney associated with the Vethan Law Firm as counsel of record for Plaintiffs.

Villarreal, however, is advised that an LLC, like a corporation, is "a fictional legal person" that "can only be represented by licensed counsel." *Joe Hand Promotions, Inc v. Behind The Fence, LLC*, No. CV 16-00196, 2016 WL 5416836, at *3 (W.D. La. Aug. 22, 2016), *report and recommendation adopted sub nom.*, 2016 WL 5477977 (W.D. La. Sept. 28, 2016) (citing *Donovan v. Road Rangers Country Junction*, 736 F.2d 1004, 1005 (5th Cir. 1984)). Therefore, ZroBlack needs to obtain counsel and have them enter an appearance on the docket within **30**

**days** from the date of this Order in order to avoid dismissal of its claims. *See Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 & n.5 (5th Cir. 2004).

The Clerk of Court is directed to transmit a copy of this Order to Plaintiffs via regular mail and certified mail, return receipt requested, at Villarreal's last known address: 179 Enterprise Parkway #101, Boerne, Texas 78006.

**IT IS SO ORDERED.**

SIGNED this 25th day of June, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE