06/25/2021

SA-20-CV-571-OLG

ORDER #62

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ _____
☐ Return
☐ Certifi
☐ Adult
☐ Adult

Postage
$

Total Po:
$

Sent To

JONATHAN VILLAREAL
179 Enterprise Parkway #101
Boerne, Texas 78006.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 5225 9906