# STATEMENT

Statement # 2902 - 2020-02-07

Statement # 2902
Date: 2020-02-07
Due Upon Receipt

# Vethan Law Firm, P.C.

820 Gessner Rd., Suite 1510
Houston, Texas 77024
Phone: 844-824-2224
http://vethanlaw.com/houston/

ZroBlack, LLC.
179 Enterprise Parkway #101
Boerne, TX 78006

## 003 P-2019-11-ZROBLACK,

## 003 Pursue claims for breach of contract against John Saenz ("Matter")

| Type | Date | Staff Member | Details | Quantity | Rate | Total |
|------|------|--------------|---------|----------|------|-------|
| Expense | 2019-10-29 | Wendy Pinel | Reimbursable expenses: Non-Refundable Minimum Charge per Section 4 of the Executed Engagement Agreement | 1.00 | $1,000.00 | $1,000.00 |
| Service | 2019-12-10 | Joseph Lanza | Draft: Draft memorandum framing background; divided project into three phases, allocate tasks and hours; issue. | 0.30 | $375.00 | $112.50 |
| Service | 2019-12-12 | Cameron Weir | Receive and Review: Review client documents including, ZroBlack, LLC Professional Services Agreement, First Amended Professional Services Agreement and Exhibits, and Unanimous Written Consent declaration. | 0.70 | $300.00 | $210.00 |
| Service | 2019-12-17 | Steven Costello | Receipt and Review: Rec's and review of attorney Lanza's assignment memo to attorney Weir. Began legal research. | 0.30 | $375.00 | $112.50 |

| | |
|---|---|
| Quantity Subtotal | 1.3 |
| Quantity Total | 1.3 |
| Total | $1,435.00 |
| Payment (2020-02-07) | -$1,435.00 |
| Balance Owing | $0.00 |

## Detailed Statement of Account

### Current Statement

| Statement Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2902 | 2020-02-07 | $1,435.00 | $1,435.00 | $0.00 |

Payment is due upon receipt unless payment was authorized in your Engagement Agreement.