**From:** **je@ZroBlack**  je@zroblack.com
**Subject:** Login Info
**Date:** May 9, 2019 at 2:07 AM
**To:** Daniel.oberg@blancco.com
**Cc:** Russ Ernst russ.ernst@blancco.com, Matt Jones matt.jones@blancco.com, JV jv@zroblack.com

Daniel,

Please email me the login information so that I may copy my logs.  As I mentioned yesterday, I started the logs when I first arrived.  I wanted both ZroBlack and Blancco to have a record of all the progress we were making.  This is also an added benefit for accounting, auditing, and tracking purposes.  I will copy my logs every morning for the previous day.

Sincerely,
John E. Saenz
CEO

e: je@zroblack.com
p: 210-473-1694
w: www.zroblack.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.