**From:** jonathan lee jonathanvill00@gmail.com 📎
**Subject:** Let's work a deal
**Date:** June 25, 2021 at 2:30 AM
**To:** David Vanderhider dvanderhider@dykema.com, Ryan Sullivan RSullivan@dykema.com

Mr. Vanderhider and Mr. Sullivan,

1. Your client is still deleting my company data, the LinkedIn page is gone. Exhibit 39 page 8. The criminal acts are stacking up against your client.

2. I have the proof that your client deleted the files off of my company laptop, and the proof is irrefutable. The proof comes straight from Evernote. There is a great article written by a former Dykema attorney, let me quote it for you.

"In a second case, the defendant-company preserved some files from a hard drive, but then destroyed the drive itself.6 The company claimed the hard drive had crashed and was then disassembled. The company then used a computer program to copy some files from the drive before discarding it. The court discovered holes in the company's argument, however, including the fact that certain files copied from the drive were created after the date when the drive purportedly crashed. The court, having concluded that the company destroyed relevant evidence and then lied to cover its tracks, imposed an adverse-inference jury instruction and barred the company from using any file from the hard drive as evidence at trial." -

Stephen M. Mahieu
source: https://www.lexology.com/library/detail.aspx?g=95915d1b-c0b3-4252-a446-b4cb4ee404a2

Attached are screenshots of what I'm referring to... you will love the notes John made to the CEO of Blancco...

"What are you doing about security, Markus is now writing code to pull Apple info, you need to protect your code, we are ready for government forensics what's the plan"

He actually sent a more detailed and alarming email to the CEO of Blancco speaking about the critical need to secure the Apple code base I have invented.

This was just 1 of many Evernote notes John made with je@zroblack.com, and of course he would not want to turn over the email server because the email notifications that show I shared the code lives in the email server. Not only are you illegally refusing me the right to examine the laptop, forensic report and email server so that I can defend myself from your lies, you are aiding your client in this criminal act.

These emails are meant as a way to resolve these issues, and avoid wasting the court's time, the people's money, my time, and my money, your time etc. Rule 26(a) (1), the headlines of Rule 26(a) (1)...use common sense and provide everything I am asking for and I have been asking for so that I can defend myself against your lies because you're going to make this situation worse.

The court is going to love how many times your client has accessed my company data after he signed the company over to me.

I will file sanctions every time you lie in any regard. Ridiculous claims of John's 25yr old son and daughter waiting in line to use my company laptop for their homework, when John's son didn't even live at home at the time, and his daughter had her own computer are not going to fly. I have hard facts refuting that ridiculous claim, and all of your other made up lies. I'm 10 steps ahead of you, and for every lie you tell I have 5 truths with hard evidence to shut you down.

The longitude, latitude and altitude of where John was when he created these notes is in this attachment for you as well. I have a lot more

these notes is in this attachment for you as well. I have a lot more details, and your highly unqualified forensic examiner is soon to be a disqualified forensic examiner. I will be bringing in Evernote themselves, LinkedIn will also receive a subpoena and you both will be hit with motions to sanction very soon.

What do I want?

A sit down with you and your client and a list made of everything that is going to be turned over to me. Your client will owe me money, a lot of it, but let's squash this and come to terms before I make headlines as a pro se litigant.

Let's do a zoom call today: June 25th, 2021
I'm available from noon to 5pm CST

Send me the invite so I know you're ready for discussions. I think you'll find I'm really easy going and easy to get along with. I only want back what is mine, and nothing more. I believe people are inherently good, but now that you know the truth and there is a lot more truth to tell, you have a choice.

A) Work out a deal with me
B) Face the sanctions you deserve and any other repercussion that comes with aiding and continuing representation for a client actively engaged in criminal activity.


Respectfully,
Jonathan Villarreal