7:59

AA  🔒 linkedin.com  ↻



English (English)

**Page not found**

Uh oh, we can't seem to find the page you're looking for. Try going back to the previous page or see our **Help Center** for more information

Go to your feed



© 2020   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Guest Controls