🔒 linkedin.com

(BBA) • Marketing

1992 – 1997

## Skills

Coaching · Business Analysis ·
Financial Services · Investments · Insurance ·
Leadership · Management Consulting ·
Portfolio Management · Marketing ·
Retirement · Retirement Planning ·
Strategic Financial Planning ·
Strategic Planning · Strategy ·
Wealth Management · Recruiting ·
Financial Planning · Management ·
Mutual Funds · Financial Advisory ·
Life Insurance · Small Business

See less ⌃

## Contact



**LinkedIn**
https://www.linkedin.com/in/john-e-saenz-zroblack