2:56

← John Saenz



## John Saenz · 3rd

Never stop learning

The University of Texas Rio Grande Valley

San Antonio, Texas Metropolitan Area ·
120 connections

🔒 Message    More...

---

### Activity
**121 followers**

Posts John created, shared, or commented on in the last 90 days are displayed here.

See all activity

---

### Experience

**Wealth Manager, Owner**
Southern Oak Financial
Mar 2016 - Apr 2018 · 2 yrs 2 mos

**Financial Advisor**

| Home | My Network | Post | Notifications | Jobs |