# Notes for Matt

No internal security system in place to for dev RD, Quality assurance

What is the status of the report we sent you?
What are you doing about the security. Markus is now writing code to pull apple info. You need to protect your tech

If its not OEM it is broken. The serial numbers need to match, it is broken and not an apple product.

Need to shift from is this Botton broken or not broken, to is this original OEM or not.

We are ready for gov't forensics what is the plan

How are we getting paid.

Asenture consulting at what they do and charge.

We need assurance for our future business,

Instead of cable we have engineerd a box, with variable resisters built into it. Now you can use any cables, but you sell the box to them.

 Notes

CTIA and Barcelona world Congress

CTIA - what are planning to demo?/?

We need to be part of the marketing plan cause you don't know what you are even selling.
We need to be in sync

Our milestone - launch of he product
1 We need to have marketing documents

2 we need to have engineering document

3 we need have full scope of work

The launch of this product depends on our input

What are you going to show at CTIA

We need to know so we can help you prep.

We need to know what your launch ad time lines

All for Allen Bentley

And Matt

What is our Revenue plan?

If we didn't catch wind of the problems they had with Mac OS, they would have put it out with all the bugs in it and none of us win.

They are going to need new certification for them to do business. What is the amount of data they are wanting to collect.

The game is about data…….