```
<!DOCTYPE html>
<html>
  <head>
    <meta charset="utf-8">
    <meta name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no">
    <meta itemprop="application" content="Evernote">
    <meta itemprop="export-data" content="20210921T124956Z">
    <meta itemprop="version" content="10.18.3">
    <style>
/*!
 * ce-128.0.16354 e04743285488a56407baec08b761b3d6a8da556d
 * Copyright 2013-2021 Evernote Corp. All rights reserved.
 * http://www.evernote.com
 *
 */en-note.peso,en-note.peso *{box-sizing:border-box}en-note.peso{word-wrap:break-word;font-feature-settings:"liga" 0;-webkit-touch-callout:text;box-sizing:initial;color:#333;display:block;flex-grow:1;font-family:Source Sans Pro,-apple-system,system-ui,Segoe UI,Roboto,Oxygen,Ubuntu,Cantarell,Fira Sans,Droid Sans,Helvetica Neue,sans-serif;font-size:16px;font-variant-ligatures:none;line-height:1.45!important;min-height:100%;outline:none;overflow-wrap:break-word;padding:0 20px 80px;position:relative;touch-action:manipulation;-webkit-user-select:text;-moz-user-select:text;user-select:text;white-space:pre-wrap;white-space:break-spaces}en-note.peso>:last-child:last-child{margin-bottom:26px}@media print{en-note.peso{max-width:none!important;padding:0!important}}en-note.peso .para,en-note.peso h1,en-note.peso h2,en-note.peso h3,en-note.peso h4,en-note.peso h5{color:var(--textblock-lightmode-color,inherit)}en-note.peso table{max-width:100%}body.darkMode en-note.peso{background-color:#262626;color:#e6e6e6}body.darkMode en-note.peso .para,body.darkMode en-note.peso h1,body.darkMode en-note.peso h2,body.darkMode en-note.peso h3,body.darkMode en-note.peso h4,body.darkMode en-note.peso h5{color:var(--textblock-darkmode-color,inherit)}en-note.peso p{margin:0}.drag-image-holder a,en-note.peso a{color:#0081c2;cursor:pointer;text-decoration:underline}body.darkMode .drag-image-holder a,body.darkMode en-note.peso a{color:#00a3f4}en-note.peso pre{white-space:pre-wrap}en-note.peso li{pointer-events:none;position:relative}en-note.peso li>*{pointer-events:auto}.drag-image-holder{font-family:Source Sans Pro,-apple-system,system-ui,Segoe UI,Roboto,Oxygen,Ubuntu,Cantarell,Fira Sans,Droid Sans,Helvetica Neue,sans-serif}._2er-G{align-items:flex-start;background-color:#fff;border:1px solid #66b3da;border-radius:4px;box-shadow:0 3px 10px rgba(0,0,0,.15);display:flex;flex-direction:column;height:48px;justify-content:space-between;padding:10px;width:84px}body.darkMode ._2er-G{background-color:#262626;border-color:#00a3f4}._2er-G>*{background:#b2d9ec;height:4px}._2er-G :first-child,._2er-G :nth-child(3){width:100%}._2er-G :nth-child(2){width:70%}.mU8Qh{word-wrap:break-word;background-color:#fff;border:1px solid #66b3da;border-radius:4px;box-shadow:0 3px 10px rgba(0,0,0,.15);font-size:16px;margin:0;max-height:300px;max-width:300px;overflow:hidden;padding:8px 16px;white-space:pre-wrap;width:auto}body.darkMode .mU8Qh{background-color:#262626;border-color:#00a3f4}.mU8Qh address,.mU8Qh blockquote,.mU8Qh center,.mU8Qh dd,.mU8Qh div,.mU8Qh dt,.mU8Qh p{line-height:1.5}.mU8Qh blockquote{margin:0;padding-left:20px}.mU8Qh>*{overflow:hidden;text-overflow:ellipsis;white-space:nowrap}._272G7{font-size:20px}._1mCDl{background-color:#66b3da;pointer-events:none;position:absolute;z-index:50}body.darkMode ._1mCDl{background-color:#026fac}._1mCDl.rectangle{background-color:initial;border:2px solid #66b3da}body.darkMode ._1mCDl.rectangle{background-color:initial;border-color:#026fac}._1mCDl.overX{border-right:2px dotted #66b3da}body.darkMode ._1mCDl.overX{border-color:#026fac}._1mCDl.overY{border-bottom:2px dotted #66b3da}body.darkMode ._1mCDl.overY{border-color:#026fac}.drag-image-holder{position:fixed}.drag-image-holder:after{background-color:#fff;content:"";display:block;height:2px;left:calc(100% - 2px);position:fixed;right:calc(100% - 2px);width:2px}body.darkMode .drag-image-holder:after{background-color:#333}.x51qb{border:2px solid #f2f2f2;border-radius:6px;height:auto;margin:12px 0;max-width:100%;outline:none;position:relative;transition:border-color .2s;width:376px}body.darkMode .x51qb{border-color:#333}.x51qb._2-kIL{width:100%}.x51qb.e8tAu ._2TPV5,.x51qb.xw_TL ._2TPV5{font-style:italic}.x51qb>:first-child{border-radius:4px 4px 0 0}.x51qb>:last-child{border-radius:0 0 4px 4px}.x51qb>:only-child{border-radius:4px}.x51qb:hover{border-color:#e6e6e6}body.darkMode .x51qb:hover{border-color:#404040}.x51qb:hover ._1ctXZ{--header-background:#e6e6e6;background:#e6e6e6}body.darkMode .x51qb:hover ._1ctXZ{--header-background:#404040;background-color:#404040}.x51qb:hover ._1ctXZ._2DBCa{--header-background:#026fac;background:#026fac}body.darkMode .x51qb:hover ._1ctXZ._2DBCa{--header-background:#00a3f4;background-color:#00a3f4}.selected .x51qb{border-color:#66b3da}body.darkMode .selected .x51qb{border-color:#00a3f4}@media print{.selected .x51qb{border-color:#f2f2f2}}.hasNestedSelection .x51qb{border-color:rgba(102,179,218,.5)}body.darkMode .hasNestedSelection .x51qb{border-color:rgba(0,163,244,.5)}.android-unselectable .x51qb,.android-unselectable .x51qb *{-webkit-user-select:none!important;-moz-user-select:none!important;user-select:none!important}@-webkit-keyframes _3GjlF{0%{left:-112px}to{left:100%}}@keyframes _3GjlF{0%{left:-112px}to{left:100%}}._1ctXZ{--header-background:#f2f2f2;align-items:center;background-color:#f2f2f2;color:#666;cursor:pointer;display:flex;font-size:16px;font-weight:600;height:32px;justify-content:space-between;padding:0 6px;transition:background-color .2s;width:100%}._1ctXZ._2DBCa{--header-background:#0081c2;background:#0081c2;color:#fff}body.darkMode ._1ctXZ{--header-background:#333;background-color:#333;color:#a6a6a6}body.darkMode ._1ctXZ._2DBCa{--header-background:#00a3f4;background:#00a3f4;color:#000}body.neutron ._1ctXZ{font-weight:700;height:44px}._1ctXZ *{-webkit-user-select:none;-moz-user-select:none;user-select:none}body.firefox ._1ctXZ *{-webkit-user-select:all;-moz-user-select:all;user-select:all}._1ctXZ .SxzPi{background:transparent;border-radius:6px 6px 0 0;height:6px;left:-2px;overflow:hidden;position:absolute;right:-2px;top:-2px}.selected ._1ctXZ .SxzPi{top:0}._1ctXZ .SxzPi:before{background:#d9d9d9;content:"";height:2px;position:absolute;top:0;width:100%}body.darkMode ._1ctXZ .SxzPi:before{background:#333}._1ctXZ .SxzPi:after{-webkit-animation:_3GjlF 2s linear infinite;animation:_3GjlF 2s linear infinite;background:linear-gradient(270deg,rgba(0,129,194,0),#0081c2 51%,rgba(0,129,194,0));content:"";height:2px;position:absolute;top:0;width:112px}.accentuate,accentuate{background:#d6e627;border-bottom:2px solid #bbcd00;display:inline}body.darkMode .accentuate,body.darkMode accentuate{background-color:#616a00;border-color:#a2a958}.accentuate.primary,accentuate.primary{background:#0081c2;border-color:#036ca0;color:#fff}body.darkMode .accentuate.primary,body.darkMode accentuate.primary{background-color:rgba(2,111,172,.6);border-color:#0081c2}._28cOK{background-color:#404040;border:1px solid #666;border-radius:4px;color:#fff;font-family:-apple-system,system-ui,Segoe UI,Roboto,Oxygen,Ubuntu,Cantarell,Fira Sans,Droid Sans,Helvetica Neue,sans-serif;font-size:13px;max-width:360px;padding:10px 16px;pointer-events:none;position:absolute;text-align:center;z-index:2147483647}body.neutron ._28cOK{font-family:Source Sans Pro,-apple-system,system-ui,Segoe UI,Roboto,Oxygen,Ubuntu,Cantarell,Fira Sans,Droid Sans,Helvetica Neue,sans-serif}body.darkMode ._28cOK{background-color:#ccc;border:1px solid #737373;color:#000}._28cOK ._3pV2w:after,._28cOK ._3pV2w:before{border-color:#404040 transparent transparent;border-style:solid;border-width:6px 6px 0;bottom:-6px;content:"";height:0;left:calc(50% - 6px);position:absolute;width:0}body.darkMode ._28cOK ._3pV2w:after,body.darkMode ._28cOK ._3pV2w:before{border-top-color:#ccc}._28cOK ._3pV2w:before{border-top-color:#666;border-width:8px 8px 0;bottom:-8px;left:calc(50% - 8px)}body.darkMode ._28cOK ._3pV2w:before{border-top-color:#737373}._28cOK ._3pV2w._3LUPj:after,._28cOK ._3pV2w._3LUPj:before{border-color:transparent transparent #404040;border-width:0 6px 6px;bottom:auto;top:-6px}body.darkMode ._28cOK ._3pV2w._3LUPj:after,body.darkMode ._28cOK ._3pV2w._3LUPj:before{border-bottom-color:#ccc}._28cOK ._3pV2w._3LUPj:before{border-bottom-color:#666;border-width:0 8px 8px;top:-8px}body.darkMode ._28cOK ._3pV2w._3LUPj:before{border-bottom-color:#737373}foreign-content{display:block}._3gYPM ._35HJJ{fill:#666;flex-shrink:0;height:24px;padding:2px;width:24px}body.neutron ._3gYPM ._35HJJ{height:24px;padding:0;width:24px}._3gYPM ._2fJbY{stroke:#666}._3gYPM .pj5Ka{flex-grow:1;min-width:0;overflow:hidden;padding:0 6px;text-align:left;text-overflow:ellipsis;white-space:nowrap}._3gYPM ._2FVEo,._3gYPM .kc2Bs{position:relative}._3gYPM ._2FVEo{border-left:2px solid transparent;border-right:2px solid transparent;overflow-x:auto;width:100%}body.neutron ._3gYPM ._2FVEo{-webkit-overflow-scrolling:touch;overflow-x:auto}._3gYPM ._829Yv{height:auto;margin:6px;position:relative;-webkit-user-select:text;-moz-user-select:text;user-select:text;white-space:normal}._3gYPM ._829Yv *{caret-color:inherit!important}._3gYPM ._829Yv:focus{outline:none}._3gYPM ._829Yv ._3vDbV{align-items:center;background-color:#f8f8f8;border:1px solid #ccc;border-radius:3px;color:#4d4d4d;cursor:pointer;display:inline-flex;font-size:15px;padding:4px;position:relative}._3gYPM ._829Yv ._3vDbV svg{height:20px;margin-right:2px;width:20px}._3gYPM ._829Yv en-todo{background-image:url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAACQAAAAkBAMAAAATLoWrAAAAIVBMVEUAAACxsbG0tLS1tbW7u7vz8/Pz8/O0tLS0tLS0tLT7+/v8d5OVAAAACXRSTlMAJ66vy+Xp8PLhUQqEAAAASElEQVQoz2NgIA4wasxEAk0CQCHxmSigECik6bYKCaRMAgp1ZiELLZsBFJq5CgXMHBUamkKoUbt0BkYCCJmEPZkwWmAkJmIAAHlqRIXBCNTWAAAAAElFTkSuQmCC);background-position:50%;background-repeat:no-repeat;background-size:18px 18px;border:none;display:inline-block;height:24px;width:24px}._3gYPM ._829Yv en-todo[checked=true]{background-image:url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAACQAAAAkCAMAAADW3miqAAAAXVBMVEUAAAB2dnZ3d3d2d2dnaEhlTr6+vs7Ox2dnZ2dnZ2dnaFhYWJiYmKioqLi4uNjY2Pj4+lpaWtra2/v7/Hx8fMzMzU1NTn5+fo6Ojs7Ozu7u7y8vL4+Pj5+fn6+vr7+/sSwu0tAAAACXRSTlMAJ66vy+Xp8PLhUQqEAAAArklEQVQ4y9XUuxqDIAwFYKBeOK21d7UFff/HrIldiBA7uHjW/EPIlyFKIxGt5GxKMCm9UsiKIZEig3JII2lGBe0QMDAB9oX65/29huwVOBseTQZoWORNbTnkzamL9PR5vClmRPYC3PqFCVEzlUZFTlhM5RQ1pKf26MrE0Nd5RcxiBLMKzHJOToUmMsy2Qt2tboFp7H7Wlz3OfD5O7szz35n/9WEIeVj/ejbKFxwhWmc59bkmAAAAAElFTkSuQmCC)}._3gYPM ._829Yv ._1-Ay_{background-image:url(data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAI4AAAAoCAMAAAAfZjLJAAAAOVBMVEX///////8AAAAGBgYHBwcLCwsMDAwuLi4vLy8wMDA0NDQ4ODiQkJCRkZGSkpLk5OT4+Pj5+fn///+VivCvAAAAAnRSTlP7/tveKlUAAACYSURBVFjD7djNCoAgEEZRtTR/MrX3f9ggKiHL5TiLb5aXWRwQFBRCMhohdlbDjSM5aSQ44IADDjhsOSUGY0IsY8qbk5w6x6UR5c0p14ZSNtOXhrOpZzb60nBCXQn0peFMdWWmLz2OoS/cDyvWlUhfGk6298aS6cv/NWjTiPLxSKxea7+WMQUvOjjggAMOOH0O/gZ7HF4fuQcB4Uk8+rg51gAAAABJRU5ErkJggg==);background-size:71px 20px;border:1px solid #000;border-radius:3px;display:inline-block;height:20px;width:71px}._3gYPM ._1kfRz,._3gYPM ._31v5t{background-repeat:repeat-y;background-size:6px 1px;bottom:0;opacity:0;position:absolute;top:0;transition:opacity .15s;width:6px;z-index:50}._3gYPM ._31v5t{background-image:linear-gradient(90deg,rgba(38,38,38,.15),rgba(38,38,38,0));left:0}._3gYPM ._1kfRz{background-image:linear-gradient(270deg,rgba(38,38,38,.15),rgba(38,38,38,0));right:0}._35JT7 ._3gYPM,._35JT7 ._3gYPM *{-webkit-user-select:none!important;-moz-user-select:none!important;user-select:none!important}._3gYPM ._17vqN{overflow-x:overlay!important}._3gYPM ._17vqN::-webkit-scrollbar{background-color:initial;height:7px}._3gYPM ._17vqN::-webkit-scrollbar-thumb{border:2px solid transparent;border-radius:3.5px;box-shadow:inset 0 0 7px 7px #857f7f}en-note.peso ._1Yqd4 dl,en-note.peso ._1Yqd4 li,en-note.peso ._1Yqd4 ol,en-note.peso ._1Yqd4 ul{margin:revert;padding:revert;position:revert}en-note.peso ._1Yqd4 li{list-style-type:revert}.drag-image-holder ._3BOlz,en-note.peso ._3BOlz{background-color:#f2f2f2;border:1px solid #ccc;border-radius:3px;display:inline;font-style:normal;font-weight:400;margin:0 2px;padding:2px 4px;text-decoration:none;vertical-align:initial}body.darkMode .drag-image-holder ._3BOlz,body.darkMode en-note.peso ._3BOlz{background-color:#333;border-color:#737373}.drag-image-holder .b3m3C,en-note.peso .b3m3C{font-family:"Source Serif Pro",serif}.drag-image-holder h1 .b3m3C,en-note.peso h1 .b3m3C{font-weight:600}.drag-image-holder h1 .b3m3C b,en-note.peso h1 .b3m3C b{font-weight:700}.drag-image-holder h2 .b3m3C,en-note.peso h2 .b3m3C{font-weight:400}.drag-image-holder h2 .b3m3C b,.drag-image-holder h3 .b3m3C,.drag-image-holder h4 .b3m3C,.drag-image-holder h5 .b3m3C,.drag-image-holder h6 .b3m3C,en-note.peso h2 .b3m3C b,en-note.peso h3 .b3m3C,en-note.peso h4 .b3m3C,en-note.peso h5 .b3m3C,en-note.peso h6 .b3m3C{font-weight:600}.drag-image-holder h3 .b3m3C b,.drag-image-holder h4 .b3m3C b,.drag-image-holder h5 .b3m3C b,.drag-image-holder h6 .b3m3C b,en-note.peso h3 .b3m3C b,en-note.peso h4 .b3m3C b,en-note.peso h5 .b3m3C b,en-note.peso h6 .b3m3C b{font-weight:700}.drag-image-holder ._1bs0F,en-note.peso ._1bs0F{font-family:Zilla Slab,serif,slab-serif}.drag-image-holder h1 ._1bs0F,en-note.peso h1 ._1bs0F{font-weight:600}.drag-image-holder h1 ._1bs0F b,en-note.peso h1 ._1bs0F b{font-weight:700}.drag-image-holder h2 ._1bs0F,en-note.peso h2 ._1bs0F{font-weight:400}.drag-image-holder h2 ._1bs0F b,en-note.peso h2 ._1bs0F b{font-weight:600}.drag-image-holder h3 ._1bs0F,.drag-image-holder h4 ._1bs0F,.drag-image-holder h5 ._1bs0F,.drag-image-holder h6 ._1bs0F,en-note.peso h3 ._1bs0F,en-note.peso h4 ._1bs0F,en-note.peso h5 ._1bs0F,en-note.peso h6 ._1bs0F{font-size:20px;font-weight:600}.drag-image-holder h3 ._1bs0F b,.drag-image-holder h4 ._1bs0F b,.drag-image-holder h5 ._1bs0F b,.drag-image-holder h6 ._1bs0F b,en-note.peso h3 ._1bs0F b,en-note.peso h4 ._1bs0F b,en-note.peso h5 ._1bs0F b,en-note.peso h6 ._1bs0F b{font-weight:700}.drag-image-holder ._5xfxW,en-note.peso ._5xfxW{font-family:Source Code Pro,monospace;letter-spacing:-.01em}.drag-image-holder h1 ._5xfxW,en-note.peso h1 ._5xfxW{font-weight:600}.drag-image-holder h1 ._5xfxW b,en-note.peso h1 ._5xfxW b{font-weight:700}.drag-image-holder h2 ._5xfxW,en-note.peso h2 ._5xfxW{font-weight:400}.drag-image-holder h2 ._5xfxW b,.drag-image-holder h3 ._5xfxW,.drag-image-holder h4 ._5xfxW,.drag-image-holder h5 ._5xfxW,.drag-image-holder h6 ._5xfxW,en-note.peso h2 ._5xfxW b,en-note.peso h3 ._5xfxW,en-note.peso h4 ._5xfxW,en-note.peso h5 ._5xfxW,en-note.peso h6 ._5xfxW{font-weight:600}.drag-image-holder h3 ._5xfxW b,.drag-image-holder h4 ._5xfxW b,.drag-image-holder h5 ._5xfxW b,.drag-image-holder h6 ._5xfxW b,en-note.peso h3 ._5xfxW b,en-note.peso h4 ._5xfxW b,en-note.peso h5 ._5xfxW b,en-note.peso h6 ._5xfxW b{font-weight:700}.drag-image-holder .VbSnR,en-note.peso .VbSnR{font-family:Dancing Script,cursive,script}.drag-image-holder h1 .VbSnR,en-note.peso h1 .VbSnR{font-weight:400}.drag-image-holder h1 .VbSnR b,en-note.peso h1 .VbSnR b{font-weight:700}.drag-image-holder h2 .VbSnR,en-note.peso h2 .VbSnR{font-weight:400}.drag-image-holder h2 .VbSnR b,en-note.peso h2 .VbSnR b{font-weight:700}.drag-image-holder h3 .VbSnR,.drag-image-holder h4 .VbSnR,.drag-image-holder h5 .VbSnR,.drag-image-holder h6 .VbSnR,en-note.peso h3 .VbSnR,en-note.peso h4 .VbSnR,en-note.peso h5 .VbSnR,en-note.peso h6 .VbSnR{font-weight:400}.drag-image-holder h3 .VbSnR b,.drag-image-holder h4 .VbSnR b,.drag-image-holder h5 .VbSnR b,.drag-image-holder h6 .VbSnR b,en-note.peso h3 .VbSnR b,en-note.peso h4 .VbSnR b,en-note.peso h5 .VbSnR b,en-note.peso h6 .VbSnR b{font-weight:700}.drag-image-holder .Qcxnj,en-note.peso .Qcxnj{font-family:Kalam,cursive,handwritten;font-weight:300;letter-spacing:-.01em}.drag-image-holder .Qcxnj b,.drag-image-holder h1 .Qcxnj,en-note.peso .Qcxnj b,en-note.peso h1 .Qcxnj{font-weight:400}.drag-image-holder h1 .Qcxnj b,en-note.peso h1 .Qcxnj b{font-weight:700}.drag-image-holder h2 .Qcxnj,en-note.peso h2 .Qcxnj{font-weight:300}.drag-image-holder h2 .Qcxnj b,.drag-image-holder h3 .Qcxnj,.drag-image-holder h4 .Qcxnj,.drag-image-holder h5 .Qcxnj,.drag-image-holder h6 .Qcxnj,en-note.peso h2 .Qcxnj b,en-note.peso h3 .Qcxnj,en-note.peso h4 .Qcxnj,en-note.peso h5 .Qcxnj,en-note.peso h6 .Qcxnj{font-weight:400}.drag-image-holder h3 .Qcxnj b,.drag-image-holder h4 .Qcxnj b,.drag-image-holder h5 .Qcxnj b,.drag-image-holder h6 .Qcxnj b,en-note.peso h3 .Qcxnj b,en-note.peso h4 .Qcxnj b,en-note.peso h5 .Qcxnj b,en-note.peso h6 .Qcxnj b{font-weight:700}.drag-image-holder .k2w_o,en-note.peso .k2w_o{color:var(--lightmode-color)}body.darkMode .drag-image-holder .k2w_o,body.darkMode en-note.peso .k2w_o{color:var(--darkmode-color)}.drag-image-holder .us9dG,en-note.peso .us9dG{padding:3px 0}.drag-image-holder .us9dG.IaCF7,en-note.peso .us9dG.IaCF7{background-color:rgba(255,219,39,.45)}body.darkMode .drag-image-holder .us9dG.IaCF7,body.darkMode en-note.peso .us9dG.IaCF7{background-color:rgba(236,218,129,.45)}.drag-image-holder .us9dG._18SgL,en-note.peso .us9dG._18SgL{background-color:rgba(253,117,151,.45)}body.darkMode .drag-image-holder .us9dG._18SgL,body.darkMode en-note.peso .us9dG._18SgL{background-color:rgba(234,167,182,.45)}.drag-image-holder .us9dG._2Z59W,en-note.peso .us9dG._2Z59W{background-color:rgba(95,237,153,.45)}body.darkMode .drag-image-holder .us9dG._2Z59W,body.darkMode en-note.peso .us9dG._2Z59W{background-color:rgba(156,227,185,.45)}.drag-image-holder .us9dG._2IkgD,en-note.peso .us9dG._2IkgD{background-color:rgba(73,213,231,.45)}body.darkMode .drag-image-holder .us9dG._2IkgD,body.darkMode en-note.peso .us9dG._2IkgD{background-color:rgba(145,214,222,.45)}.drag-image-holder .us9dG._2kkLl,en-note.peso .us9dG._2kkLl{background-color:rgba(139,137,255,.45)}body.darkMode .drag-image-holder .us9dG._2kkLl,body.darkMode en-note.peso .us9dG._2kkLl{background-color:rgba(178,176,236,.45)}.drag-image-holder .us9dG._2r3Sy,en-note.peso .us9dG._2r3Sy{background-color:rgba(255,153,79,.45)}body.darkMode .drag-image-holder .us9dG._2r3Sy,body.darkMode en-note.peso .us9dG._2r3Sy{background-color:rgba(236,185,149,.45)}@media print{.drag-image-holder .us9dG,en-note.peso .us9dG{-webkit-print-color-adjust:exact!important;color-adjust:exact!important}}.drag-image-holder li[data-checked=true] .us9dG,en-note.peso li[data-checked=true] .us9dG{text-decoration:line-through}._1rQe5{overflow:hidden;padding-top:56.25%;position:relative}.dpcsg{vertical-align:top}._3xgdr,.dpcsg{height:100%;left:0;position:absolute;top:0;width:100%}._3xgdr{background:#1a1a1a}._2Ilj2{-webkit-animation:_1C84u 2s linear infinite;animation:_1C84u 2s linear infinite;border:6px solid #f2f2f2;border-radius:50%;border-top-color:#1e83bd;height:100px;left:50%;position:absolute;top:50%;width:100px}@-webkit-keyframes _1C84u{0%{transform:translate(-50%,-50%) rotate(0deg)}to{transform:translate(-50%,-50%) rotate(1turn)}}@keyframes _1C84u{0%{transform:translate(-50%,-50%) rotate(0deg)}to{transform:translate(-50%,-50%) rotate(1turn)}}.v8UD1 .AqNet{background-color:initial;flex-shrink:0;height:24px;padding:2px;width:24px}.v8UD1 .AqNet body.neutron{padding:0}.v8UD1 ._1jN9b{fill:#a6a6a6;background-color:initial;border:none;cursor:pointer;flex-shrink:0;height:24px;padding:2px;width:24px}body.darkMode .v8UD1 ._1jN9b{fill:#737373}body.neutron .v8UD1 ._1jN9b{padding:0}.v8UD1 ._1jN9b:focus{outline:none}.v8UD1 ._2k9SQ{flex-grow:1;min-width:0;overflow:hidden;padding:0 6px;text-align:left;text-overflow:ellipsis;white-space:nowrap}._2S8HO{align-items:center;background:none;border:none;color:#0081c2;cursor:pointer;display:flex;flex:none;font-family:inherit;font-size:14px;padding:0;position:relative}._2S8HO svg{--c-background:#a6a6a6;--c-badge:#666;--c-foreground:var(--header-background)}body.darkMode ._2S8HO svg{--c-badge:#a6a6a6;--c-background:#737373}body.darkMode ._2S8HO{color:#00a3f4}._2S8HO:hover{text-decoration:underline}._2S8HO ._1wgi-{padding:0 12px}._2ZuRU{font-size:13px;line-height:16px;padding:10px 16px;text-align:center}._3bjB4{font-style:italic;margin-top:8px}.H0Cam{cursor:-webkit-grab;cursor:grab}.H0Cam>svg{fill:currentColor;display:block;height:100%;opacity:.25;transition:opacity .2s ease-in-out;width:100%}.H0Cam:hover>svg{opacity:.4}.task{--task-height:40px;border:none;max-width:760px;outline:none;position:relative}.drag-image-holder .task{background-color:#fff}body.darkMode .drag-image-holder .task{background-color:#333}.task button{margin:0}.task.ProseMirror-selectednode,.task.selected{border-color:none;outline:none}.task.ProseMirror-selectednode{border-radius:6px;box-shadow:0 3px 10px rgba(0,0,0,.15)}._2Mpio{align-items:flex-start;border:1px solid transparent;border-radius:6px;cursor:pointer;cursor:default;display:flex;flex-wrap:wrap;margin-bottom:2px;max-width:760px;min-height:var(--task-height);outline:none;padding:0 8px}._2Mpio._3RxYr{background:#f8f8f8}body.darkMode ._2Mpio._3RxYr{background:#333;border-color:#404040}._2Mpio._3qu0n._1jqGD{cursor:pointer}._2Mpio ._3jFxd>*,._2Mpio>*{min-height:var(--task-height)}.task.ProseMirror-selectednode ._2Mpio,.task.selected ._2Mpio{border-color:#66b3da;outline:none}body.darkMode .task.ProseMirror-selectednode ._2Mpio,body.darkMode .task.selected ._2Mpio{border-color:#00a3f4}._1R93i{background-color:initial;border:none;cursor:pointer;display:inline-block;outline:none;padding:0}._1R93i._2-9sS,._1R93i:disabled,._3qu0n:not(._1jqGD) ._1R93i{cursor:default}._1R93i._2-9sS.arLNp svg,._1R93i._2-9sS.arLNp svg:hover,._1R93i._2-9sS svg,._1R93i._2-9sS svg:hover,._1R93i:disabled.arLNp svg,._1R93i:disabled.arLNp svg:hover,._1R93i:disabled svg,._1R93i:disabled svg:hover,._3qu0n:not(._1jqGD) ._1R93i.arLNp svg,._3qu0n:not(._1jqGD) ._1R93i.arLNp svg:hover,._3qu0n:not(._1jqGD) ._1R93i svg,._3qu0n:not(._1jqGD) ._1R93i svg:hover,en-note.editable ._1R93i._2-9sS svg:hover,en-note.editable ._1R93i:disabled svg:hover,en-note.editable ._3qu0n:not(._1jqGD) ._1R93i svg:hover{color:#a6a6a6}body.darkMode ._1R93i._2-9sS.arLNp svg,body.darkMode ._1R93i._2-9sS.arLNp svg:hover,body.darkMode ._1R93i._2-9sS svg,body.darkMode ._1R93i._2-9sS svg:hover,body.darkMode ._1R93i:disabled.arLNp svg,body.darkMode ._1R93i:disabled.arLNp svg:hover,body.darkMode ._1R93i:disabled svg,body.darkMode ._1R93i:disabled svg:hover,body.darkMode ._3qu0n:not(._1jqGD) ._1R93i.arLNp svg,body.darkMode ._3qu0n:not(._1jqGD) ._1R93i.arLNp svg:hover,body.darkMode ._3qu0n:not(._1jqGD) ._1R93i svg,body.darkMode ._3qu0n:not(._1jqGD) ._1R93i svg:hover,body.darkMode en-note.editable ._1R93i._2-9sS svg:hover,body.darkMode en-note.editable ._1R93i:disabled svg:hover,body.darkMode en-note.editable ._3qu0n:not(._1jqGD) ._1R93i svg:hover{color:#4d4d4d}._3qu0n._1jqGD ._1R93i{cursor:pointer}._1R93i svg{color:#737373;display:inline-block;height:24px;max-width:24px;vertical-align:middle}body.darkMode ._1R93i svg{color:#a6a6a6}en-note.editable ._1R93i svg:hover{color:#a73cbd}body.darkMode en-note.editable ._1R93i svg:hover{color:#b95ccc}._2Mpio._3z2cX ._1R93i svg{color:#ccc}body.darkMode ._2Mpio._3z2cX ._1R93i svg{color:#666}._3jFxd ._1R93i{display:none;margin:0 7px}._2Mpio._3RxYr ._3jFxd ._1R93i{display:inline-block}._3jFxd ._1R93i:last-child{margin-right:0}._3jFxd ._1R93i svg{height:14px}._2Mpio._3RxYr ._3jFxd ._1R93i svg{height:24px}._1R93i.arLNp{flex:0 0 24px}._1R93i.arLNp svg{color:#a73cbd;vertical-align:text-top}body.darkMode ._1R93i.arLNp svg{color:#a73cbd}._2Mpio._3z2cX ._1R93i.arLNp svg{color:#a6a6a6}body.darkMode ._2Mpio._3z2cX ._1R93i.arLNp svg{color:#737373}._3jFxd ._1R93i._303eQ._17QMK{display:inline-block}._3jFxd ._1R93i._303eQ._17QMK svg{color:#e54e40}._2Mpio._3z2cX ._3jFxd ._1R93i._303eQ._17QMK svg{color:#ccc}body.darkMode ._2Mpio._3z2cX ._3jFxd ._1R93i._303eQ._17QMK svg{color:#666}body.darkMode ._3jFxd ._1R93i._303eQ._17QMK svg{color:#e86357}body.darkMode ._2Mpio._3RxYr ._3jFxd ._1R93i._303eQ._17QMK svg{color:#e54e40}._3jFxd ._1R93i._2fwqB.zlvwT{display:inline-block}._3jFxd ._1R93i._2fwqB.zlvwT svg{color:#0081c2}body.darkMode ._3jFxd ._1R93i._2fwqB.zlvwT svg{color:#00a3f4}._2Mpio._3z2cX ._3jFxd ._1R93i._2fwqB.zlvwT svg{color:#ccc}body.darkMode ._2Mpio._3z2cX ._3jFxd ._1R93i._2fwqB.zlvwT
```