# 11/19/2021

# 5:20-cv-571-OLG

# R&R (DOC #74)

