# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC, <br>    Plaintiff, <br><br> v. <br><br> JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., <br>    Defendants. | § § § § § § § § § § § § | No. 5:20-CV-00571-OG |

### ORDER GRANTING DEFENDANT JOHN SAENZ'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE CLAIMS ASSERTED BY JONATHAN VILLARREAL, INDIVIDUALLY

On this date, the Court considered *Defendant John Saenz's Motion for Judgment on the Pleadings, or, In the Alternative, Motion to Dismiss the Claims Asserted by Jonathan Villarreal, Individually (the "Motion")*. After considering the Motion, any responses or replies to the Motion, the arguments of counsel, if any, and all other matters properly before the Court, the Court believes that the Motion should be granted in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS further ORDERED that, pursuant to Federal Rule of Civil Procedure 12(c), judgement is hereby entered on the pleadings against Jonathan Villarreal, Individually, based on the fact that Jonathan Villarreal, Individually, has no remaining claims against Defendant John Saenz in this matter.

IT IS further ORDERED that any and all claims asserted by Jonathan Villarreal, Individually, against Defendant John Saenz are hereby dismissed with prejudice.

4863-1777-6902.1

SIGNED AND ENTERED this _____ day of _____, 202__.

                                                                                         _____
                                                                                          CHIEF UNITED STATES DISTRICT JUDGE
                                                                                          ORLANDO L. GARCIA