03/04/22

SA-20-CV-571-OLG
R&R (DOC #78)

