**FILED**

March 25, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____   JU

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JONATHAN VILLAREAL, INDIVIDU-ALLY AND DERIVATIVELY ON BE-HALF OF ZROBLACK, LLC; | § § § § | |
| *Plaintiff*, | § § | CIVIL NO. SA-20-CV-00571-OLG |
| v. | § § § | |
| JOHN SAENZ, MIGUEL VILLARREAL, JR., GUNN, LEE & CAVE, P.C., | § § § | |
| *Defendants*. | § | |

## O R D E R

This case is before the Court on the Motion for Judgment on the Pleadings, or in the Alternative, Motion to Dismiss the Claims Asserted by Jonathan Villareal, Individually, filed by Defendant John Saenz.  *See* Dkt. No. 76 (the "Motion").  Pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge Richard B. Farrer issued a March 4, 2022 report and recommendation (the "R&R"), in which he recommended that the Court dismiss all individually held claims asserted by Plaintiff.  *See* Dkt. No. 78.  Magistrate Judge Farrer afforded the parties fourteen days to file written objections to the R&R from the date it was served.  *Id.*  No party has objected to Magistrate Judge Farrer's R&R in the time allotted.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a *de novo* review of the entire record.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."); Fed. R. Civ. P. 72(b).  Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the

R&R and the papers on file in this case, the Court concludes that Magistrate Judge Farrer's report and recommendation is correct and should be adopted.

It is therefore **ORDERED** that Magistrate Judge Farrer's recommendation (Dkt. No. 78) is **ADOPTED IN FULL**.  All claims asserted by Plaintiff John Villareal individually against Defendant John Saenz, are hereby **DISMISSED**, to the extent any remaining claims exist.

It is so **ORDERED**.

**SIGNED** this  25th day of March, 2022.

ORLANDO L. GARCIA
Chief United States District Judge

2