UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONATHAN VILLAREAL, individually and derivatively on behalf of ZROBLACK LLC, Plaintiff, v. JOHN SAENZ; MIGUEL VILLAREAL, JR.; and GUNN, LEE & CAVE, P.C., Defendants. | No. 5:20-CV-00571-OG |

## JUDGMENT

On this date, the Court considered *Defendant John Saenz's Motion to Dismiss Counterclaims without Prejudice and to Enter Judgment (the "Motion")*. After considering the Motion, any responses or replies to the Motion, the arguments of counsel, if any, and all other matters properly before the Court, the Court believes that the Motion should be granted in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all claims and causes of action asserted against John Saenz ("Saenz") by Jonathan Villareal, individually, and ZroBlack, LLC (collectively, "Plaintiffs") are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Saenz's counterclaims asserted against Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE.

This order disposes of all claims and causes of action asserted by the parties and is a final, appealable judgment. This judgment does not dispose of or otherwise affect Saenz's recovery of attorneys' fees, which will be considered separately by this Court.

4855-4694-2232.3

SIGNED AND ENTERED this _____ day of _____, 2022.

                                                                                                            
_____
CHIEF UNITED STATES DISTRICT JUDGE
ORLANDO L. GARCIA