IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ZROBLACK, LLC; | § § § § § § § § § § § § § § | 5-20-CV-00571-OLG-RBF |
| *Plaintiff*, | | |
| vs. | | |
| JOHN SAENZ, | | |
| *Defendant*. | | |

**ORDER RETURNING CASE TO DISTRICT COURT**

Before the Court is the above-styled cause of action, which was referred for disposition of all pretrial matters. *See* Dkt. Nos. 22 & 36. The Court is in receipt of Defendant John Saenz's motion to voluntarily dismiss his counterclaims against Plaintiffs Jonathan Villarreal and ZroBlack, LLC. *See* Dkt. No. 81. As this case appears ready for entry of Final Judgment, it is **ORDERED THAT** it is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 30th day of March, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE