Case 5:20-cv-00571-OLG   Document 83   Filed 03/29/22   Page 1 of 2

**FILED**
March 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL, INDIVIDU-ALLY AND DERIVATIVELY ON BE-HALF OF ZROBLACK, LLC;<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN SAENZ, MIGUEL VILLARREAL, JR., GUNN, LEE & CAVE, P.C.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL NO. SA-20-CV-00571-OLG |

## **FINAL JUDGMENT**

On this day, the Court considered Defendant John Saenz's Motion to Dismiss Counterclaims without Prejudice and to Enter Judgment. *See* Dkt. No. 81 (the "Motion"). After considering the Motion and all other matters properly before the Court, the Court believes that the Motion should be granted in its entirety.

It is **THEREFORE ORDERED** that the Motion (Dkt. No. 81) is **GRANTED**.

It is **FURTHER ORDERED** that all claims and causes of action asserted against John Saenz by Jonathan Villareal, individually, and ZroBlack, LLC (collectively, "Plaintiffs") are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Saenz's counterclaims asserted against Plaintiffs are hereby **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiffs' claims against Defendants Miguel Villareal, Jr. and Gunn, Lee & Cave, P.C. are hereby **SEVERED** and **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

This Order disposes of all claims and causes of action asserted by the parties and is a final, appealable judgment. This judgment does not dispose of or otherwise affect Saenz's recovery of attorneys' fees, which will be considered separately by this Court.

It is so **ORDERED**.

**SIGNED** this  29th  day of March, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge