UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JONATHAN VILLAREAL,<br>individually and derivatively on behalf of<br>ZROBLACK LLC,<br>    Plaintiff,<br><br>v.<br><br>JOHN SAENZ; MIGUEL VILLAREAL,<br>JR.; and GUNN, LEE & CAVE, P.C.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 5:20-CV-00571-OG |

## ORDER GRANTING MOTION TO RECOVER ATTORNEYS' FEES

Before the Court is the Motion to Recover Attorneys' Fees (the "Motion") filed by Defendant John Saenz ("Saenz"). After considering the Motion, any responses or replies to the Motion, the arguments of counsel, if any, and all other matters properly before the Court, the Court believes that the Motion should be granted in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Saenz is hereby awarded the sum of **$161,606.00** in attorneys' fees from and against Plaintiffs Jonathan Villareal ("Villareal") and ZroBlack, LLC ("ZroBlack"), jointly and severally.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE
ORLANDO L. GARCIA

120206.000001 4873-0310-0955.1