**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. JONATHAN VILLAREAL
   28251 Boerne Stage Rd.
   Boerne, TX 78006

9590 9402 5947 0062 1124 32

2. Article Number (Transfer from service label)
   7020 0640 0000 5220 9555

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED
DEC 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK



USPS TRACKING #
9590 9402 5947 0062 1124 32

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
262 W. Nueva St., Room 1-400
San Antonio, TX 78207

SA-20-CV-571-OLG, RtR #87

**Track your package**
Data provided by USPS

Tracking number 70200640000052209555

**Delivered** ✓
December 27, 10:41AM
San Antonio, TX

🌐 View details on USPS

📞 Call 1-800-275-8777

🚚 Track another package