**FILED**

January 11, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **JU**

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JONATHAN VILLAREAL,                )
individually and derivatively on   )
behalf of ZROBLACK, LLC            )
                                   )
      Plaintiff                 )
                                   )
v.                                 )    CIVIL NO. SA-20-CV-571-OLG
                                   )
                                   )
JOHN SAENZ, MIGUEL                 )
VILLAREAL, JR., GUNN, LEE &        )
CAVE, P.C.                         )
                                   )
      Defendants                )

## ORDER

The Court has considered the recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on November 30, 2022. Docket no. 87. The parties were served with a copy of the recommendation, and no objections have been filed.[1] The Court has reviewed the recommendation, and the findings and conclusions therein are neither clearly erroneous nor contrary to law.

It is therefore ORDERED that the recommendation of United States Magistrate Judge Richard B. Farrer (docket no. 87) is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

---

[1]A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). Service is made to the last known address of the party or his attorney, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b).

For the reasons stated in the recommendation, Defendant John Saenz's Motion for Attorney's Fees (docket no. 85) is GRANTED IN PART and DENIED IN PART and Defendant Saenz is hereby awarded the sum of $38,766.00 in attorney's fees as the prevailing party in this case.

SIGNED on the 11th day of January, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE